# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In Re: )<br><br>RONALD D. RUNYEON and )<br>LINDA SUE SIMMONS, )<br> )<br>Debtors, )<br> )<br>RONALD D. RUNYEON and )<br>LINDA SUE SIMMONS )<br> )<br>Plaintiffs, )<br> )<br>Vs. )<br> )<br>MR. COOPER GROUP, INC., )<br> )<br>Defendant. ) | Case No. 3:10-BK-12006<br>Chapter 11<br>Judge Mashburn |

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: DECEMBER 3, 2018**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: JANUARY 9, 2019**

---

## NOTICE OF COMPLAINT FOR CONTEMPT AGAINST MR. COOPER GROUP, INC., FOR A VIOLATION OF THE DISCHARGE INJUNCTION OF 11 USC §524

Ronald D. Runyeon and Linda Sue Simmons (the "Debtors") have asked the court for the following relief: enforcement of the discharge or sanctions against Defendant, who willfully failed to abide by the terms of Debtors' Chapter 11 Plan of Reorganization.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: The Bankruptcy Court for The Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

If you need assistance with Electronic Filing, you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2.    Your response must state the deadline for filing responses, the date of the scheduled hearing, and the motion to which you are responding.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above.    **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**.  You may check whether a timely response has been filed by viewing the case on the court's website at https://ecf.tnmb.uscourts.gov .

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date:  November 12, 2018

/s/ Amy L. Wood
Amy L. Wood
SoBro Law Group, PLLC.
513 3rd Avenue South
Nashville, Tennessee 37210
Telephone: (615)988.9911
Facsimile: (615)988.9922
awood@sobrolaw.com
*Attorney for Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In Re: | ) |
| | ) |
| **RONALD D. RUNYEON and** | )     **Case No. 3:10-BK-12006** |
| **LINDA SUE SIMMONS,** | )     **Chapter 11** |
| | )     **Judge Mashburn** |
|     Debtors, | ) |
| | ) |
| **RONALD D. RUNYEON and** | ) |
| **LINDA SUE SIMMONS** | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| **Vs.** | ) |
| | ) |
| **MR. COOPER GROUP, INC.,** | ) |
| | ) |
|     Defendant. | ) |

## COMPLAINT FOR CONTEMPT AGAINST MR. COOPER GROUP, INC., FOR A VIOLATION OF THE DISCHARGE INJUNCTION OF 11 USC §524

COME the Debtors, through counsel, SoBro Law Group, PLLC, pursuant to 11 U.S.C. §350, §524, and Fed. R. Bankr. P. 9013, 9014, and 9020 and state the following:

1.     This is an action pursuant to Sections 524(a)(2) and 105(a) of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq., (the "Code"), and under the court's inherent authority to secure permanent injunctive relief and other equitable relief, including restitution, disgorgement, attorney's fees incurred, and Fifteen Thousand and 00/100 Dollars ($15,000.00) in punitive damages, against the Defendant for failing to maintain procedures ensuring compliance with bankruptcy discharge injunctions.

### JURISDICTION

2.     This Court has jurisdiction over this matter in accordance with 28 U.S.C. § 1334

## PARTIES

3.      Debtors/Plaintiffs are citizens of and domiciled in Davidson County, Tennessee

4.      Defendant, upon information and belief, is a Texas corporation with its principal place of business in Dallas, Texas.  Prior to August 2017, Defendant, Mr. Cooper Group, Inc. ("Mr. Cooper") conducted business under the name "Nationstar Mortgage Holdings, Inc." or "Nationstar."

## FACTS

5.      On November 4, 2010, Ronald D. Runyeon and Linda Sue Simmons ("Plaintiffs") filed a petition under Chapter 11 of the United States Bankruptcy Code before the United States Bankruptcy Court for the Middle District of Tennessee Nashville Division, which was assigned Case No. 310-12006.

6.      The Plaintiffs' Second Amended Plan of Reorganization was CONFIRMED and entered on November 2, 2011.  ("Confirmation Order")

7.      The Plaintiffs' Plan Payment Schedule ("Plan") per the Confirmation Order became a Final Order after fourteen (14) days, or November 16, 2011.  The Effective Date of the Plan was March 15, 2012.

8.      Section 2.6 of the Confirmation Order reads as follows, "Class 6 shall consist of the Allowed Secured Claim of Cenlar Central Loan Administration, now Ocwen Loan Servicing, LLC, ("Ocwen") in the approximate amount of $320,743.28 as of the Petition Date secured by a first priority lien on residential rental property located at 4508 Park Avenue, Nashville, Tennessee." ("Class 6 Collateral")

9.      The Confirmation Order allowed $255,000.00 to be modified so that it is amortized and payable over 360 months with fixed interest of five percent (5%) per annum.

10.    From April 2012 through May 2013 Plaintiffs tendered fourteen (14) payments to Ocwen in the amount of One Thousand Nine Hundred Forty and 95/100 Dollars ($1,940.95) per month for a total of Twenty-Seven Thousand One Hundred Seventy-Three and 30/100 Dollars ($27,173.30).

11.    In May 2013, Ocwen transferred the loan to Nationstar.

12.    From June 2013 through February 2016 Plaintiffs tendered thirty-three (33) payments to Nationstar via check in the amount of One Thousand Nine Hundred Forty and 95/100 Dollars ($1,940.95) per month for a total of Sixty-Four Thousand Fifty-One and 35/100 Dollars ($64,051.35).

13.    From March 2016 through July 2016 Plaintiffs tendered five (5) payments to Nationstar via online payment from Fifth Third Bank in the amount of One Thousand Nine Hundred Forty and 95/100 Dollars ($1,940.95) per month for a total of Nine Thousand Seven Hundred Four and 75/100 Dollars ($9,704.75).

14.    The payment made in July 2016 for August 2016 was refused by Nationstar. Nationstar has alleged the payment had not been made in accordance with their requirements for online payments, however, no communication was made to Plaintiffs regarding this error at the time it occurred.

15.    From August 2016 through December 2016 no payments were made due to the issues with the online payment method resulting in the Plaintiffs missing five (5) payments totaling Nine Thousand Seven Hundred Four and 75/100 ($9,704.75).

16.    In January 2017, Plaintiffs made an online payment in the amount of Nine Thousand Seven Hundred Four and 75/100 ($9,704.75) for the five (5) missed payments from

August through December 2016. This payment cleared the Plaintiffs' bank account on January 18, 2017.

17.     Since the account was brought current in January 2017, twenty-three (23) payments have been made online for the months of February 2017 through November 2018, totaling Forty-Four Thousand Six Hundred Forty-One and 90/100 Dollars ($44,641.85).

18.     In total, Plaintiffs have made eighty (80) payments under the Confirmation Order for a total amount of One Hundred Fifty-Five Thousand Two Hundred Seventy-Six and 00/100 Dollars ($155,276.00).

19.     In August 2017, Nationstar changed its name to Mr. Cooper.

20.     Plaintiffs received a statement dated May 21, 2018, that showed the balances as follows: $226,052.63 principal balance; $823.56 escrow balance; $2,452.14 regular monthly payment, and a past due payment amount of $8,619.00. The total payment amount of $2,452.14 is broken down as follows: $426.11 principal, $941.89 interest, and $1,084.14 escrow (attached hereto as **Exhibit "A"**).

21.     Plaintiffs received a statement dated June 19, 2018, that showed the balances as follows: $225,626.52 principal balance, reflecting a decrease of $426.11 from the previous month; $1,907.70 escrow balance, reflecting an increase of $1,084.14 from the previous month; $2,055.62 regular monthly payment, reflecting a decrease of $396.52 from the previous month; and a past due payment amount of $8,222.48, reflecting a decrease of $396.52 from the previous month. The total payment amount of $2,055.62 was broken down as follows: $427.89 principal, an increase of $1.78 per month; $940.11 interest, a decrease of $1.78 per month; and $687.62 escrow, for a decrease of $396.52 (attached hereto as **Exhibit "B"**).

22.     After receiving this statement, Plaintiffs sent a letter dated June 29, 2018,

requesting the account be corrected (attached hereto as **Exhibit "C"**).

23.    Plaintiffs received a letter from Mr. Cooper dated July 9, 2018, indicating that the matter was under review and a formal response would be issued on or before August 17, 2018 (attached hereto as **Exhibit "D"**). No response was received as advised in this letter.

24.    Plaintiffs received a statement dated July 18, 2018, that showed the balances as follows: $225,198.63 principal balance, a decrease of $427.89 from the previous month; $2,595.32 escrow balance, an increase of $687.62 from the previous month; $2,055.62 regular monthly payment, no change from previous month; and a past due payment amount of $8,222.48, no change from previous month. The total payment amount of $2,055.62 was broken down as follows: $429.07 principal, an increase of $1.18 from the previous month; $938.33 interest, a decrease of $1.78 from the previous month; and $687.62 escrow, no change from previous month (attached hereto as **Exhibit "E"**).

25.    Plaintiffs sent another letter dated August 13, 2018, outlining the issues and requesting that the account be corrected (attached hereto as **Exhibit "F"**)

26.    Plaintiffs received another letter from Mr. Cooper dated August 20, 2018, indicating that the matter was under review and a formal response would be issued on or before October 01, 2018 (attached hereto as **Exhibit "G"**). No response was received as advised in this letter.

27.    Plaintiffs received a statement dated August 20, 2018, that showed the balances as follows: $224,768.96 principal balance, a decrease of $429.67 from the previous month; $3,282.94 escrow balance, an increase of $687.62 from the previous month; $2,055.62 regular monthly payment, no change from previous month, and a past due payment amount of $8,222.48, no change from previous month. The total payment amount of $2,055.62 was broken

down as follows: $431.46 principal, an increase of $2.29 from the previous month; $936.54 interest, a decrease of $1.79 from the previous month; and $687.62 escrow, no change from previous month (attached hereto as **Exhibit "H"**).

28.     Plaintiffs have made numerous attempts to correct the account with Mr. Cooper, however, Mr. Cooper's statements continue to reflect four (4) missing payments, a large outstanding balance, and inconsistencies in the amounts due.

29.     Mr. Cooper has changed the monthly payment in violation of the Plan, first from $1,940.95 to $2,452.14 and then from $2,452.14 to $2,055.62.

30.     Mr. Cooper has refused to apply Plaintiffs payments correctly in violation of the Plan as evidenced by the statements indicating an outstanding balance even though all payments have been made and accepted.

31.     Mr. Cooper has refused to grant the Plaintiffs access to their online account, which is preventing them from monitoring their account and forcing them to rely on the statements provided by Mr. Cooper.

## CLAIMS

### I. Violation of Court Order

#### A. Mr. Cooper violated 11 U.S.C.A. § 1141(a).

32.     Once a Chapter 11 plan is confirmed, it is binding not only upon the debtor, but upon all claimants dealt with under plan. *In re Turner*, 221 B.R. 920 (1998). Bankr. Code, 11 U.S.C.A. § 1141(a).

33.     Section 1141(a) provides: "Except as provided in subsection (d)(2) and (d)(3) of this section, the provisions of a confirmed plan bind the debtor, any entity issuing securities

under the plan, any entity acquiring property under the plan, and any creditor, equity security holder, or general partner in the debtor, whether or not the claim or interest of such creditor, equity security holder, or general partner has accepted the plan. 11 U.S.C. §1141(a)(2010)

34.    When Ocwen transferred Plaintiffs' debt to Mr. Cooper, Mr. Cooper became bound by the Confirmation Order in accordance with Section 1141(d)(1)(A)(iii).

35.    Mr. Cooper has failed to abide by the Confirmation Order. Plaintiffs have provided Mr. Cooper with several certified copies of the Confirmation Order and the Plan Payment Schedule.

36.    Mr. Cooper is in violation of Section 1141(a) by failing to acknowledge and abide by the terms of the Plan Payment Schedule and the Confirmation Order entered by this Court.

37.    Section 105(a) of the Bankruptcy Code provides that "the court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title" 11 U.S.C. §105(a). Relief under Section 105 of the Bankruptcy Code is particularly appropriate in a Chapter 11 case when necessary to protect a debtor's ability to effectively confirm a plan and to preserve the property of a debtor's estate.

38.    Mr. Cooper's willful violations of the Confirmation Order and Plan Payment Schedule have affected Plaintiffs ability to properly conduct their business and manage their properties.

39.    Mr. Cooper has violated the Confirmation Order by failing to correctly apply payments as required by the Confirmation Plan.

40.    Plaintiffs are entitled to relief for Mr. Cooper's violation of the Confirmation Order because Mr. Cooper knowingly and willfully violated the plan.

## B. Mr. Cooper Violated 11 U.S.C. §524

41.     Because the violations under 11 U.S.C. §105(a) and 11 U.S.C. § 524 are willful, the Plaintiffs seek sanctions for Mr. Cooper's violation of the Court's Order and the §524 discharge provision.

42.     Plaintiffs are permitted to sue pursuant to §105 for violations of the Court's orders and the §524(i) Discharge Provision.

43.     §524(a) of the Bankruptcy Code provides that a discharge acts as an injunction against acts of a creditor as defined in 11 U.S.C.A. §524(a)(1-3).  See *Hardy v. United States, Internal Revenue Service (In re Hardy)*, 97 F.3d 1384, 1388-89.  (inherent contempt power of Court may be used to award damages based on injunction violation).

44.     §524(a) deems misapplication of plan payments a violation of the discharge injunction.  §524(i) states:

> "the willful failure of a creditor to credit payments received under a plan confirmed under this title, unless the order confirming the plan is revoked, the plan is in default, or the creditor has not received payments require to be made under the plan in the manner required by the plan (including the amounts required under the plan), shall constitute a violation of an injunction under subsection (a)(2) if the act of the creditor to collect and failure to credit payments in the manner required by the plan caused material injury to the debtor".

45.     Plaintiffs have timely tendered payments to Mr. Cooper as required by the Confirmation Order and Plan Payment Schedule.

46.     Mr. Cooper has failed to properly credit payments made under the plan, which

constitutes a violation of an injunction under §524(a)(2).

47. To be held in civil contempt for violating order of bankruptcy court, the offending party must have knowingly and willfully violated a definite and specific order of court.

48. Mr. Cooper has willfully violated the Confirmation Order by refusing to apply Plaintiffs payments correctly as required by the Plan Payment Schedule despite Plaintiff providing Mr. Cooper with several certified copies of the Confirmation Order, Plan Payment Schedule, and proof that there are no outstanding payments.

49. In bringing this action for violation of the discharge injunction, Plaintiffs have incurred attorney's fees and costs.

50. Plaintiffs are entitled to entry of a temporary and/or permanent injunction under 11 U.S.C. § 105 prohibiting Mr. Cooper from collecting debt not in accord with the Confirmation Order.

51. Pursuant to their authority to enter any necessary or appropriate orders, bankruptcy courts may award punitive sanctions for violations of their orders. Bankr. Code 11 U.S.C.A. §105(a)

## II. Violation of Fair Debt Collection Practices Act, 15 USC § 1692f(1)

52. Among other things, the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692(f)(i), precludes a debt collector from collecting any amount, including a collection fee or interest, unless collection of that amount is expressly authorized by the agreement creating the debt or by law.

53. Mr. Cooper violated 15 USC § 1692f(1) by attempting the collection of amounts not expressly authorized by the agreement creating the debt or permitted by law.

54. Mr. Cooper violated 15 USC § 1692f(1) by attempting to collect payments that

have already been made due to their failure to correctly apply payments.

55.     Mr. Cooper violated 15 USC § 1692f(1) by attempting to collect payments that do not conform with the Confirmation Order and the Planned Payment Plan.

Respectfully submitted,


BY:/s/ Amy L. Wood
Amy L. Wood (BPR # 21765)
SoBro Law Group, PLLC
513 3rd Avenue South
Nashville, TN 37210
(615) 988-9911
Facsimile: (615) 988-9922
Email: awood@sobrolaw.com

*Attorney for Debtors/Plaintiffs*

## CERTIFICATE OF SERVICE

On November 12, 2018, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Amy L. Wood
Amy L. Wood

# Exhibit "A"



**8950 Cypress Waters Blvd.**
Coppell, TX 75019

## INFORMATIONAL STATEMENT

### CONTACT INFORMATION
Customer Service: 877-343-5602
Monday - Friday: 8 a.m. – 5 p.m. CT
www.mrcooper.com
Your Dedicated Loan Specialist is Charlotte Kelly and can be
reached at (866)-316-2432 Ext. 5100296 or via mail at:
8950 Cypress Waters Blvd., Coppell, TX 75019

| | |
|---|---|
| Statement Date: | 05/21/2018 |
| Loan Number: | 608113569 |
| Payment Due Date: | 06/01/2018 |
| **Total Payment Amount:** | **$11,071.14** |

Property Address:
4508 PARK AVE
NASHVILLE, TN 37209

796025.2-NNNN-30081265.4827
RONALD D RUNYEON
PO BOX 90617
NASHVILLE, TN 37209

Our records show that you are a debtor in bankruptcy. We are sending this
statement to you for informational and compliance purposes only. It is not
an attempt to collect a debt against you.
If you want to stop receiving these statements, please contact us in writing
at the address on the following page.



## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $226,052.63 |
| Interest Rate | 5.000% |
| Escrow Balance | $823.56 |

The Principal Balance shown may not equal the payoff amount of the account and cannot be used for payoff purposes.

## Explanation of Total Payable Amount

| | |
|---|---|
| Principal | $426.11 |
| Interest | $941.89 |
| Escrow Amount (for Taxes and Insurance) | $1,084.14 |
| **Regular Monthly Payment** | **$2,452.14** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $8,619.00 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$11,071.14** |

## Past Payments Breakdown

| | Payments Rec'd Since 05/19/2018 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $1,267.77 |
| Interest | $0.00 | $2,836.23 |
| Escrow (Taxes & Insurance) | $0.00 | $3,252.42 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$7,356.42** |

## Transaction Activity (05/19/2018 to 05/21/2018)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|

## Important Messages                      (See Reverse side for Additional Critical Notices)

*If you no longer wish to receive a monthly statement, please send a written request to the following address:*
**PO Box 613287 Dallas, TX 75261**

*If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.*

*Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*

*If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.*

---

✂ DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

## VOLUNTARY PAYMENT COUPON

www.mrcooper.com

| ACCOUNT NUMBER | TOTAL PAYABLE AMOUNT | |
|---|---|---|
| 608113569 | 06/01/2018 | $11,071.14 |

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR
PHONE NUMBER HAS CHANGED. ENTER
CHANGES ON BACK OF COUPON

WRITE YOUR LOAN NUMBER ON YOUR
CHECK OR MONEY ORDER AND MAKE
PAYABLE TO MR. COOPER*

RONALD D RUNYEON

MR. COOPER
PO BOX 619094
DALLAS, TX 75261-9741

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

**TOTAL AMOUNT OF YOUR CHECK**
**DO NOT SEND CASH**

* All amounts must be paid in full before additional or repair can be made.

**Mr. COOPER**

8950 Cypress Waters Blvd.
Coppell, TX 75019

OUR INFO
ONLINE
www.mrcooper.com

05/21/2018

RONALD D RUNYEON
PO BOX 90617
NASHVILLE, TN 37209

LOAN INFO:
LOAN NUMBER: 608113569
PROPERTY ADDRESS:
4508 PARK AVE
NASHVILLE, TN 37209

Dear Ronald Runyeon,

At Mr. Cooper, we're committed to helping homeowners find solutions in times of difficulties.

Our records indicate that you are a debtor in bankruptcy and we are sending you this letter for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**Recent Account History:**

Payment due 12/01/2017: Fully paid on 03/01/2018

Payment due 01/01/2018: Fully paid on 05/01/2018

Payment due 02/01/2018: Unpaid balance of $2,452.14

Payment due 03/01/2018: Unpaid balance of $2,055.62

Payment due 04/01/2018: Unpaid balance of $2,055.62

Payment due 05/01/2018: Unpaid balance of $2,055.62

**Current payment due 06/01/2018: $2,452.14**
**As of 05/21/2018, the total payable amount is $11,071.14 to bring the loan current.**

If you wish to voluntarily pay the amount due, please call us to request the full amount due, as the amount stated above may not include recent interest or other charges and credits.

The loan recently transferred to Mr. Cooper. If the payment history above is less than 6 months, please review the prior monthly statements or contact your prior servicer for information regarding the 6-month payment history.

We are here to help. You do have options in addition to the options available in the current bankruptcy proceeding. *Here are some of the solutions that might be available, depending on your situation:

• Modifying the terms of the current loan.

• If you simply can't pay the mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off the current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. To locate a HUD-approved housing counselor who can help you explore possible solutions:

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287

Mr. Cooper is a proud member of the HOPE NOW Alliance. For information about resources that might be able to help you find a solution to your hardship:

- The Homeowners HOPE℠ Hotline Number: (888) 995-HOPE

If you have any questions, please contact our Customer Service Department at 877-343-5602 or via mail at the address listed above. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

The Loss Mitigation Department at Mr. Cooper

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.





## LEGAL RIGHTS AND PROTECTIONS UNDER THE SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USCA Section 3901) (SCRA).

### *Who May Be Entitled to Legal Protections Under the SCRA?*

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

### *What Legal Protections Are Servicemembers Entitled To Under the SCRA?*

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

### *How Does A Servicemember or Dependent Request Relief Under the SCRA?*

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

    Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-9741

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

### *How Does a Servicemember or Dependent Obtain Information About the SCRA?*

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.
- "Military OneSource" is the U. S. Department of Defense's information resource.
- If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Mr. Cooper reserves the right to exercise the legal rights only against the property securing the original obligation.

Exhibit "B"



## mr. cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019



809820.2-NNNN-30090896.4005
RONALD D RUNYEON
PO BOX 90617
NASHVILLE, TN 37209

**CONTACT INFORMATION**

Customer Service: 877-343-5602
Monday – Friday: 8 a.m. – 5 p.m. CT
www.mrcooper.com
Your Dedicated Loan Specialist is Charlotte Kelly and can be reached at (866)-316-2432 or via mail at:
8950 Cypress Waters Blvd., Coppell, TX 75019

| | |
|---|---|
| Statement Date: | 06/19/2018 |
| Loan Number: | 608113569 |
| Payment Due Date: | 07/01/2018 |
| **Total Payment Amount:** | **$10,278.10** |

Property Address:
4508 PARK AVE
NASHVILLE, TN 37209

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.
If you wish to stop receiving these statements, please contact us in writing at the address on the following page.

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $225,626.52 |
| Interest Rate | 5.000% |
| Escrow Balance | $1,907.70 |

The Principal Balance does not represent the payoff amount of the account and must not be used for payoff purposes.

### Explanation of Total Payable Amount

| | |
|---|---|
| Principal | $427.89 |
| Interest | $940.11 |
| Escrow Amount (for Taxes and Insurance) | $687.62 |
| Regular Monthly Payment | $2,055.62 |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $8,222.48 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$10,278.10** |

### Past Payments Breakdown

| | Payments Rec'd Since 05/22/2018 | Paid Year to Date |
|---|---|---|
| Principal | $426.11 | $1,603.88 |
| Interest | $941.89 | $3,778.12 |
| Escrow (Taxes & Insurance) | $1,084.14 | $4,336.56 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $2,452.14 | $9,808.56 |

### Transaction Activity (05/22/2018 to 06/19/2018)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 06/01/2018 | Payment | $2,452.14 | $426.11 | $941.89 | $1,084.14 | |
| 06/01/2018 | Adjustment-Misc Suspense | -$2,452.14 | | | | -$2,452.14 |
| 06/01/2018 | Partial Payment | -$2,452.14 | | | | $2,452.14 |
| 06/01/2018 | Adjustment-Misc Suspense | -$2,452.14 | | | | -$2,452.14 |

### Important Messages                                    (See Reverse side for Additional Critical Notices)

If you no longer wish to receive a monthly statement, please send a written request to the following address:
PO Box 613287 Dallas, TX 75261

If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.

Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise became obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

---

✂ DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

## mr. cooper
CHANGING THE FACE OF HOME LOANS    www.mrcooper.com

### VOLUNTARY PAYMENT COUPON

| ACCOUNT NUMBER | TOTAL PAYABLE AMOUNT | |
|---|---|---|
| 608113569 | 07/01/2018 | $10,278.10 |

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED ENTER CHANGES ON BACK OF COUPON

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER

RONALD D RUNYEON

MR. COOPER
PO BOX 619094
DALLAS, TX 75261-9741

| | |
|---|---|
| ADDITIONAL ESCROW | $_____ |
| **ADDITIONAL PRINCIPAL | $_____ |

**All amounts must be paid in full before additional principal can be made.

TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH



# mr. cooper

8950 Cypress Waters Blvd.
Coppell, TX 75019

CHANGING THE FACE OF HOME LOANS

RONALD D RUNYEON
PO BOX 90617
NASHVILLE, TN 37209

## INFORMATIONAL STATEMENT

### CONTACT INFORMATION

Customer Service: 877-343-5602
Monday – Friday: 8 a.m. – 5 p.m. CT
www.mrcooper.com

Your Dedicated Loan Specialist is Charlotte Kelly and can be
reached at (866)-316-2432 or via mail at:
8950 Cypress Waters Blvd, Coppell, TX 75019

| | |
|---|---|
| Statement Date: | 06/19/2018 |
| Loan Number: | 608113569 |
| Payment Due Date: | 07/01/2018 |
| **Total Payment Amount:** | **$10,278.10** |

Property Address:
4508 PARK AVE
NASHVILLE, TN 37209

**Transaction Activity (05/22/2018 to 06/19/2018) continued from Page 1**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 05/31/2018 | Partial Payment | $1,940.95 | | | | $1,940.95 |

# mr. cooper

CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

RONALD D RUNYEON
PO BOX 90617
NASHVILLE, TN 37209

06/19/2018

**LOAN INFO**
LOAN NUMBER: 608113569
PROPERTY ADDRESS:
4508 PARK AVE
NASHVILLE, TN 37209

Dear Ronald Runyeon:

At Mr. Cooper, we're committed to helping homeowners find solutions in times of difficulties.

Our records indicate that you are a debtor in bankruptcy and we are sending you this letter for informational and compliance purposes only. It is not an attempt to collect a debt against you.

*Recent Account History:*

| | |
|---|---|
| Payment due 01/01/2018: Fully paid on 05/01/2018 | Payment due 04/01/2018: Unpaid balance of $2,055.62 |
| Payment due 02/01/2018: Fully paid on 06/01/2018 | Payment due 05/01/2018: Unpaid balance of $2,055.62 |
| Payment due 03/01/2018: Unpaid balance of $2,055.62 | Payment due 06/01/2018: Unpaid balance of $2,055.62 |

**Current payment due 07/01/2018: $2,055.62**
**As of 06/19/2018, the total payable amount is $10,278.10 to bring the loan current.**

If you wish to voluntarily pay the amount due, please call us to request the full amount due, as the amount stated above may not include recent interest or other charges and credits.

The loan recently transferred to Mr. Cooper. If the payment history above is less than 6 months, please review the prior monthly statements or contact your prior servicer for information regarding the 6-month payment history.

We are here to help. You do have options in addition to the options available in the current bankruptcy proceeding. *Here are some of the solutions that might be available, depending on your situation:
• Modifying the terms of the current loan.
• If you simply can't pay the mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off the current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. To locate a HUD-approved housing counselor who can help you explore possible solutions:

• The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
• The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
• HUD Housing Counseling Agency Locator: (800) 569-4287

Mr. Cooper is a proud member of the HOPE NOW Alliance. For information about resources that might be able to help you find a solution to your hardship:

• The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

If you have any questions, please contact our Customer Service Department at 877-343-5602 or via mail at the address listed above. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

The Loss Mitigation Department at Mr. Cooper

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, please be advised this communication is for informational







513 3rd Avenue South | Nashville, TN 37210 | (615) 988-9911 O | (615) 988-9922 F | SoBroLaw.com

June 29, 2018

*Via U.S. Mail Certified – Return Receipt Requested*

Mr. Cooper
Attn: Charlotte Kelly
8950 Cypress Waters Boulevard
Coppell, Texas 75019

Mr. Cooper
Attn: Customer Relations
P.O. Box 619098
Dallas, Texas 75261

    **Re:**   *Ronald D. Runyeon and Linda Sue Simmons*
          *Bankruptcy Case Number 3:10-BK-12006*
          *Property Address: 4508 Park Avenue*
          *Account Number: 608113569*

To Whom It May Concern:

    Our firm represents Ronald D. Runyeon and Linda Sue Simmons (collectively the "Client") concerning the property located at 4508 Park Avenue (the "Property") and U.S. Bankruptcy case 3:10-BK-12006. On November 16, 2011, the Client's Second Amended Plan of Reorganization was confirmed ("Confirmation Order"). The Confirmation Order was finalized on November 16, 2011 (attached hereto as "Exhibit A"). The Confirmation Order allowed a secured claim in the amount of $255,000.00 payable, over three hundred sixty (360) months with a fixed interest rate of five percent (5%) per year. The Confirmation Order lists Cenlar Central Loan Administration, now Ocwen Loan Servicing, LLC., as the owner of the mortgage; however, upon information and belief, Nationstar Mortgage Lending ("Nationstar") now known as Mr. Cooper ("Mr. Cooper") is the current mortgage holder.

    The Client received a statement from Nationstar dated May 21, 2018 (the "Statement") (attached hereto as "Exhibit "B") showing an outstanding principal balance of $226,052.63 and an escrow balance of $823.56 with a total balance due of $11,071.14, of which $8,619.00 is a past due amount. Our Client avers there is no past due balance on the account.

    In August of 2016, Client submitted the monthly payment in the amount of $1,940.95 by the normal procedure, and the payment was cancelled by the bank. At this time, the bank automatically cancelled all future automatic payments. Client discovered the error in January of 2017 and promptly corrected it by submitting a payment in the amount of $9,704.75 on January 18, 2017 as a "catch up" payment for the months of August 2016 through December 2017 ($1,940.95 x 5 months = $9,704.75) (all proof of payments attached hereto as "Exhibit C"). The January 2017 payment was submitted on January 18, 2017, in the amount of $1,940.75; and the February 2017 payment was made on January 31, 2017. Since this time, Client have made all payments in a timely manner in compliance with the Confirmation Order so the past due balance on the Statement does not stem from the missed payments mentioned above.

The Statement incorrectly indicates that payments were submitted late or remain unpaid, however, all payments listed below were paid in a timely manner according to the Confirmation Order as follows:

- Payment due 12/1/2017 was paid on 11/30/2018, the Statement lists the payment date as 3/1/2018;
- Payment due 1/1/2018 was paid on 12/29/2018, the Statement lists the payment date as 5/1/2018;
- Payment due 2/1/2018 was made on 1/31/2018, the Statement shows this payment is outstanding;
- Payment due 3/1/2018 was made on 2/28/2018, the Statement shows this payment is outstanding;
- Payment due 4/1/ was made on 3/30/2018, the Statement shows this payment is outstanding;
- Payment due 5/1/2018 was made on 4/30/2018, the Statement shows this payment is outstanding; and
- Payment due 6/1/2018 was made on 5/31/2018 (see Exhibit "C").

After reviewing the enclosed bank statements, you will find that the Client is current on all payments. Please accept this correspondence as a formal demand to correct your records and make the necessary adjustments, which include removal of all incorrectly assessed interest and penalties.

Once a Chapter 11 plan is confirmed, it is binding not only upon the debtor, but upon all claimants or creditors as treated per under confirmed plan. 11 U.S.C.A §1141(a). Any attempt by Mr. Cooper Nationstar. to collect any amount not expressly authorized by the Confirmation Order is a violation of the Discharge Order, a copy of which is attached as Exhibit "E", which subjects Mr. Cooper to punitive damages and the Client's costs of defense, including but not limited to attorneys' fees. After reviewing the Statement, it appears the monthly payment has been adjusted from $1,940.95 to $2,452.14, a $511.19 per month increase, without any explanation. Property taxes for the Property were $5,793.58 in 2011 and $5,897.32 in 2017, a difference of only $103.74 which does not support the $511.19 increase (attached hereto as Exhibit "D"). Please provide an explanation in writing for this increase in the monthly payment. Again, such increase is not contemplated or allowed by the Confirmation Order or Discharge Order.

Any further action or inaction that continues to violate the Discharge Order or failure to remedy the current violations of the Discharge Order will trigger the filing of an adversary complaint for causes of action, including but not limited to discharge order violations, with a demand for punitive damages and all costs, including attorneys' fees.

Please do not hesitate to contact me with any questions or concerns.

Sincerely,

*Amy L Wood*

Amy L. Wood, Esq.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | Case No. 310-12006 |
|  | ) | Judge Paine |
| RONALD D. RUNYEON and | ) | Chapter 11 |
| LINDA SUE SIMMONS, | ) |  |
|  | ) |  |
| Debtors. | ) |  |

## DEBTORS' SECOND AMENDED PLAN
## OF REORGANIZATION DATED OCTOBER 31, 2011

The Debtors propose the following Plan of Reorganization pursuant to Chapter 11 of Title

11, United States Code:

### ARTICLE I

### DEFINITIONS

Unless the context otherwise requires, the following terms shall have the following meanings

when used in initially capitalized form in this Plan. Such meanings shall be equally applicable to

both the singular and plural forms of such terms. Any term used in initially capitalized form in this

Plan that is not defined herein, but that is defined in the Bankruptcy Code, shall have the meaning

assigned to such term in the Bankruptcy Code.

1.1    "Adequate Protection Payments" means payments made by the Debtors or any other

party to creditors holding claims secured by property of the Debtors, from the Petition Date to the

Effective Date of the Plan, whether or not such payments were made directly to the creditor or

deposited into an account, and whether or not such payments were made pursuant to an order of the

Court.

1.2    "Administrative Claim" means any claim including, but not limited to, claims for compensation of professionals made pursuant to §§ 330 and 331 of the Code and claims entitled to administrative priority pursuant to §§ 507(a)(1) and 503(b) of the Code.

1.3    "Allowed Claim" means any undisputed, liquidated and non-contingent Claim whose amount was properly listed in Debtors' Schedules, to which no subsequent objection is filed prior to the deadline set forth in this Plan, or any Claim that has been or is timely filed with the Clerk of the Court by the Holder of the Claim and to which Claim no written objection to the allowance thereof has been interposed within the period of time fixed by this Plan, or as to which Claim an objection to the Claim has resulted in the allowance of a Claim, in whole or in part, by a Final Order of the Court. Anytime "Allowed" is used to describe a secured claim, Allowed Claim shall mean an amount not greater than the value of the collateral that secures such claim minus the total amount of Adequate Protection Payments on account of such secured claim, if any.

1.4    "Bankruptcy Code" means Title 11 of the United States Code, as amended.

1.5    "Bar Date" means the date fixed by the Court as the last day for filing proofs of claim.

1.6    "Chapter 11 Case" means the above entitled and numbered case commenced by the Debtors pursuant to the provisions of Chapter 11 of the Code.

1.7    "Claim" means: (i) right of payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (ii) a right to an equitable remedy for breach of performance if such breach gives rise to a right of payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

2

1.8 "Claimant" means the holder of a Claim against or an Interest in the Debtors.

1.9 "Claims Objection Deadline" means the earlier of (a) 90 days after the Effective Date of the Plan or (b) the date on which the Debtors file a Motion for Final Decree pursuant to 11 U.S.C. §350.

1.10 "Confirmation" means the entry by the Court of the Confirmation Order.

1.11 "Confirmation Date" means the date upon which the Confirmation Order is entered by the Court.

1.12 "Confirmation Order" means the Order entered by the Court confirming the Plan.

1.13 "Court" means the United States Bankruptcy Court for the Middle District of Tennessee, Nashville Division.

1.14 "Debtors" means Ronald D. Runyeon and Linda Sue Simmons as Debtors-in-Possession and with the status and rights conferred by 11 U.S.C. § 1107.

1.15 "Debtors' Assets" means all of the Debtors' assets and interests, including but not limited to, all prepetition and postpetition causes of action.

1.16 "Debtors' Professionals" means attorneys, accountants, appraisers, auctioneers or other professional persons hired by the Debtors and whose employment is approved by the Court pursuant to § 327 of the Bankruptcy Code or whose services are utilized by the Debtors in the ordinary course of the Debtors' business.

1.17 "Disclosure Statement" means the Disclosure Statement for this Plan, together with any supplements, amendments, or modifications thereto.

1.18 "Disputed Claim" means a Claim to which a written objection to the allowance or classification thereof, in whole or in part, is timely filed by any party-in-interest and as to which no

3

Final Order or Final Judgment sustaining such objection or allowing or disallowing such Claim, in whole or in part, has been entered by the Court.

1.19   "Effective Date of the Plan" means 120 days after the Confirmation Order becomes a Final Order.

1.20   "Final Order" or "Final Judgment" means an order or judgment of the Court: (a) as to which the time to appeal, petition for certiorari, or seek reargument or rehearing has expired and as to which no appeal, reargument, certiorari petition, or rehearing is pending, or (b) if an appeal, reargument, certiorari or rehearing thereof has been sought, the order of the Court has been affirmed by the highest court to which the order was appealed or from which the reargument or rehearing was sought, or certiorari has been denied, or the appeal is dismissed or rendered moot, and the time to take any further appeal or to seek certiorari or further reargument or rehearing has expired.

1.21   "Petition Date" means November 4, 2010.

1.22   "Plan" means this Second Amended Plan of Reorganization and all future amendments and modifications thereof.

1.23   "Secured Claim" means an Allowed Claim secured by a lien, security interest or other charge against or interest in property in which the Debtors have an interest, or which is subject to setoff under § 553 of the Bankruptcy Code, to the extent of the value, determined in accordance with § 506(a) and § 506(b) of the Bankruptcy Code, of the interest of the holder of such Allowed Claim in the Debtors' interest in such property, or to the extent of the amount subject to such setoff as the case may be, and reduced by such further amount or amounts, if any, as may be determined by the Court after notice and a hearing to be the reasonable and necessary costs and expenses of preserving and disposing of such asset pursuant to § 506(c) of the Bankruptcy Code.

4

1.24   "Substantial Consummation" means the time at which the first distribution under the Plan is due to be made.

1.25   "Unsecured Claim" means any Allowed Claim that is not a Secured Claim, including but not limited to the following: (a) Claims under executory contracts and unexpired leases that have heretofore been rejected, that are rejected under this Plan or that may be rejected prior to the Confirmation Date; (b) Claims of general trade creditors; (c) Claims for unpaid wages or benefits (including claims for vacation, sick and holiday pay) to the extent not entitled to be priority claims under 11 U.S.C. § 507 as provided herein; and (d) any other obligations, liabilities, damages or any other Claim held against the Debtors of every type and nature whatsoever incurred on or before, the date of the entry of the order for relief in this case.

## ARTICLE II

## CLASSIFICATION OF CLAIMS AND INTERESTS

Claims and Interests are divided into the following classes:

2.1   Class 1 shall include costs and expenses of administration as defined in 11 U.S.C. § 503, excluding Claims that are expressly included in the definition of any other class.  Class 1 includes Claims of professionals pursuant to §§ 330 and 331 of the Bankruptcy Code and fees due the United States Trustee pursuant to 28 U.S.C. § 1930.

2.2   Class 2 shall consist of any Claims of governmental units for taxes, penalties or interest entitled to priority pursuant to 11 U.S.C. §507(a)(8).

2.3   Class 3 shall consist of the Allowed Secured Claim of Aurora Loan Services in the approximate amount of $121,833.31 as of the Petition Date secured by a first priority lien on residential rental property located at 500 Acklen Park Drive, Nashville, Tennessee (the "Class 3 Collateral").

5

2.4    Class 4 shall consist of the Allowed Secured Claim of BAC Home Loans in the approximate amount of $284,507.05 as of the Petition Date secured by a first priority lien on residential rental property located at 3723 Meadowbrook Avenue, Nashville, Tennessee (the "Class 4 Collateral").

2.5    Class 5 shall consist of the Allowed Secured Claim of Bank of America in the approximate amount of $196,355.95 as of the Petition Date secured by a first priority lien on residential rental property located at 4500 Park Avenue, Nashville, Tennessee (the "Class 5 Collateral").

2.6    Class 6 shall consist of the Allowed Secured Claim of Cenlar Central Loan Administration, now Ocwen Loan Servicing, LLC, in the approximate amount of $320,743.28 as of the Petition Date secured by a first priority lien on residential rental property located at 4508 Park Avenue, Nashville, Tennessee (the "Class 6 Collateral").

2.7    Class 7 shall consist of the Allowed Secured Claim of Chase Home Finance in the approximate amount of $59,761.14 as of the Petition Date secured by first priority lien on residential rental property located at 1118 Dog Creek Road, Kingston Springs, Tennessee (the "Class 7 Collateral").

2.8    Class 8 shall consist of the Allowed Secured Claim of Fidelity Bank in the approximate amount of $42,322.81 as of the Petition Date secured by a first priority lien on residential rental property located at 3908 Park Avenue, Nashville, Tennessee (the "Class 8 Collateral").

2.9    Class 9 shall consist of the Allowed Secured Claims of GreenBank in the approximate amount of $1,209,197.30 as of the Petition Date secured by first priority liens on residential rental property located at 3800 Murphy Road, Nashville, Tennessee and 3912 Elkins

6

Avenue, Nashville, Tennessee, and commercial rental property located at 336 22nd Avenue, Nashville, Tennessee (the "Class 9 Collateral").

2.10    Class 10 shall consist of the Allowed Secured Claims of Heritage Bank in the approximate amount of $1,181,989.63 as of the Petition Date secured by first priority liens on residential rental property located at 3811 Elkins Avenue, Nashville, Tennessee; 6113 Pennsylvania Avenue, Nashville, Tennessee; 6117 Pennsylvania Avenue, Nashville, Tennessee; 6119 Pennsylvania Avenue, Nashville, Tennessee; 1504 62nd Avenue North, Nashville, Tennessee; 5402 Tennessee Avenue, Nashville, Tennessee; 104 Cheshire Avenue, Charlotte, Tennessee; 3901 Whitland Avenue # 11, Nashville, Tennessee; 3901 Whitland Avenue # 23, Nashville, Tennessee; 1507 61st Avenue North, Nashville, Tennessee; 413 37th Avenue North, Nashville, Tennessee; 825 40th Avenue North, Nashville, Tennessee; and a second priority lien on residential rental property located at 4500 Park Avenue, Nashville, Tennessee (the "Class 10 Collateral").

2.11    Class 11 shall consist of the Allowed Secured Claim of Northpointe Bank in the approximate amount of $55,296.43 as of the Petition Date secured by a first priority lien on residential lots located Bluff Point Lake in Waverly, Tennessee (the "Class 11 Collateral").

2.12    Class 12 shall consist of the Allowed Secured Claim of OneWest Bank in the approximate amount of $190,540.38 as of the Petition Date secured by a first priority lien on residential rental property located at 3809 Elkins Avenue, Nashville, Tennessee (the "Class 12 Collateral").

2.13    Class 13 shall consist of the Allowed Secured Claims of Regions Bank in the approximate amount of $91,883.29 as of the Petition Date secured by second priority liens on residential rental property located at 3901 Whitland Avenue # 11, Nashville, Tennessee, and the

7

Debtors' personal residence located at 1116 Dog Creek Road, Kingston Springs, Tennessee (the "Class 13 Collateral").

2.14 Class 14 shall consist of the Allowed Secured Claims of Regions Mortgage in the approximate amount of $571,560.80 as of the Petition Date secured by first priority liens on residential rental property located at 3807 Elkins Avenue, Nashville, Tennessee; 3901 Elkins Avenue, Nashville, Tennessee; 505 Acklen Park Drive, Nashville, Tennessee; and the Debtors' personal residence located at 1116 Dog Creek Road, Kingston Springs, Tennessee (the "Class 14 Collateral").

2.15 Class 15 shall consist of the Allowed Secured Claim of RoundPoint Mortgage in the approximate amount of $51,227.15 as of the Petition Date secured by a second priority lien on residential rental property located at 4508 Park Avenue, Nashville, Tennessee (the "Class 15 Collateral").

2.16 Class 16 shall consist of the Allowed Secured Claim of Southeast Financial Credit Union in the approximate amount of $2,086,046.24 as of the Petition Date secured by a first priority lien on the remaining 25 condominium units located known as Dunham Station Condos at 246 White Bridge Pike, Nashville, Tennessee (the "Class 16 Collateral").

2.17 Class 17 shall consist of the Allowed Secured Claim of SunTrust Bank in the approximate amount of $84,115.68 as of the Petition Date secured by a second priority lien on residential rental property located at 3723 Meadowbrook Avenue, Nashville, Tennessee (the "Class 17 Collateral").

2.18 Class 18 shall consist of the Allowed General Unsecured Claims held by creditors not entitled to priority and not expressly included in the definition of any other class.

8

2.19   Class 19 shall consist of the ownership Interests of Ronald D. Runyeon and Linda Sue Simmons.

## ARTICLE III

## TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN

3.1   <u>Class 1 Claims</u>:  Except for quarterly fees owed to the United States Trustee, which will be paid when due, the holders of Class 1 Allowed Claims shall be fully paid within 10 business days of the later of: (i) the entry and finality of an order of the Court allowing such claim or (ii) the Effective Date of the Plan, or as otherwise deferred by agreement between the holder of the Claim and the Debtors. The Debtors shall continue to make post-confirmation quarterly fee payments to the United States Trustee until entry of a Final Decree pursuant to 11 U.S.C. §350.  Any administrative claims representing a liability incurred in the ordinary course of the Debtors' business may be paid in cash after the Confirmation Date.

3.2   <u>Class 2 Claims</u>:  Class 2 consists of Allowed Claims entitled to priority pursuant to 11 U.S.C. §507(a)(8). Allowed Class 2 Claims shall be fully paid with interest at four percent (4%) per annum in 60 equal monthly installments beginning on the first day of the month after the Effective Date of the Plan, and continuing on the first day of each successive month until paid in full.

3.3   <u>Class 3 Claim</u>:  Class 3 consists of the Allowed Secured Claim of Aurora Loan Services. The Class 3 Claim shall be Allowed in the amount of $121,833.31. The Class 3 Claim shall be modified so that it is amortized and payable over 300 months with fixed interest at five percent (5.0%) per annum.  To evidence this obligation, the reorganized Debtors shall, as of the Effective Date of the Plan, execute such modification or change in terms agreement as reasonably requested by the Class 3 Claimant, which shall contain provisions sufficient to effectuate the terms hereof and not inconsistent herewith. The first payment shall be due on the first day of the month

9

following the Effective Date of the Plan. The Class 3 Claimant shall retain its lien on the Class 3 Collateral.

3.4    Class 4 Claim: Class 4 consists of the Allowed Secured Claim of BAC Home Loans. The Class 4 Claim shall be Allowed in the amount of $260,000.00, pursuant to Memorandum dated October 24, 2011 (Docket No. 287). The Class 4 Claim shall be modified so that it is amortized and payable over 360 months with fixed interest at five percent (5.0%) per annum. To evidence this obligation, the reorganized Debtors shall, as of the Effective Date of the Plan, execute such modification or change in terms agreement as reasonably requested by the Class 4 Claimant, which shall contain provisions sufficient to effectuate the terms hereof and not inconsistent herewith. The first payment shall be due on the first day of the month following the Effective Date of the Plan. The Class 4 Claimant shall retain its lien on the Class 4 Collateral.

3.5    Class 5 Claims: Class 5 consists of the Allowed Secured Claim of Bank of America. The Class 5 Claim shall be Allowed in the amount of $204,909.00, pursuant to the Agreed Order on Objection to Confirmation entered August 18, 2011 (Docket No. 241). The Class 5 Claim shall be modified so that it is amortized and payable over 360 months with fixed interest at five percent (5.0%) per annum. The principal and interest payment amount is $1,100.00 monthly, plus monthly escrow amount for property taxes and insurance of $645.00, for a total monthly payment of $1,745.00. To evidence this obligation, the reorganized Debtors shall, as of the Effective Date of the Plan, execute such modification or change in terms agreement as reasonably requested by the Class 5 Claimant, which shall contain provisions sufficient to effectuate the terms hereof and not inconsistent herewith. The first payment shall be due on the Effective Date of the Plan. The Class 5 Claimant shall retain its lien on the Class 5 Collateral.

10

3.6     Class 6 Claims:  Class 6 consists of the Allowed Secured Claim of Cenlar Central Loan Administration, now Ocwen Loan Servicing, LLC.  The Class 6 Claim shall be Allowed in the amount of $255,000.00.  The Class 6 Claim shall be modified so that it is amortized and payable over 360 months with fixed interest at five percent (5.0%) per annum.  To evidence this obligation, the reorganized Debtors shall, as of the Effective Date of the Plan, execute such modification or change in terms agreement as reasonably requested by the Class 6 Claimant, which shall contain provisions sufficient to effectuate the terms hereof and not inconsistent herewith.  The first payment shall be due on the first day of the month following the Effective Date of the Plan.  The Class 6 Claimant shall retain its lien on the Class 6 Collateral.

3.7     Class 7 Claims:  Class 7 consists of the Allowed Secured Claim of Chase Home Finance.  The Class 7 Claim shall be Allowed in the amount of $59,761.14.  The Class 7 Claim shall be modified so that it is amortized and payable over 360 months with fixed interest at five percent (5.0%) per annum.  To evidence this obligation, the reorganized Debtors shall, as of the Effective Date of the Plan, execute such modification or change in terms agreement as reasonably requested by the Class 7 Claimant, which shall contain provisions sufficient to effectuate the terms hereof and not inconsistent herewith.  The first payment shall be due on the first day of the month following the Effective Date of the Plan.  The Class 7 Claimant shall retain its lien on the Class 7 Collateral.

3.8     Class 8 Claims:  Class 8 consists of the Allowed Secured Claim of Fidelity Bank.  The Class 8 Claim shall be Allowed in the amount of $42,322.81.  The Class 8 Claim shall be modified so that it is amortized and payable over 360 months with fixed interest at five percent (5.0%) per annum.  Monthly escrow amount for property taxes and insurance shall be $250.93.  To evidence this obligation, the reorganized Debtors shall, as of the Effective Date of the Plan, execute such modification or change in terms agreement as reasonably requested by the Class 8 Claimant,

11

which shall contain provisions sufficient to effectuate the terms hereof and not inconsistent herewith. The first payment shall be due on the first day of the month following the Effective Date of the Plan. The Class 8 Claimant shall retain its lien on the Class 8 Collateral.

3.9 Class 9 Claims: Class 9 consists of the Allowed Secured Claims of GreenBank. Pursuant to the *Agreed Order Resolving Motion for Relief by GreenBank* entered January 26, 2011 (Docket No. 101) the Class 9 Claimant has been granted relief from the automatic stay to proceed with the enforcement of its security interest in the Class 9 Collateral pursuant to the terms of its loan documents, deed of trust and applicable non-bankruptcy law. Any deficiency balance shall be treated as a Class 18 General Unsecured Claim.

3.10 Class 10 Claims: Class 10 consists of the Allowed Secured Claim of Heritage Bank. The Class 10 Claim shall be Allowed in the amount of $1,332,151.06. The Class 10 Claim shall be modified so that it is amortized and payable over 360 months. Interest shall be calculated at five and one-half percent (5.5%) per annum for the first 2 years of the loan, for a total payment of $7,914.06 per month. Beginning in the third year and continuing through the fifth year of the loan, interest shall be calculated at the current Prime rate, plus three percent (3%) per annum, with a minimum interest rate of six-and-one-half percent (6.5%) per annum and a maximum interest rate of eight-and-one-half percent (8.5%) per annum. The loan shall have a five-year balloon, at which time the outstanding principal balance shall be due and payable.

Upon the sale of each property securing the Class 10 Claim, the Class 10 Claim shall be released and modified by reducing the outstanding principal balance by an amount equal to said property's value pursuant to appraisals obtained by the Class 10 Claimant, and the Class 10 Claim shall be reamortized accordingly. The appraised values are as follows:

12

| Property | Appraisal Date | Appraisal Value/ Release Price |
|---|---|---|
| Pennsylvania Avenue | 12/22/2010 | $112,000 |
| Elkins Avenue | 02/25/2010 | $320,000 |
| 62nd Avenue | 04/08/2011 | $70,000 |
| Cheshire Avenue | 01/19/2011 | $37,350 |
| Whitland Avenue # 11 | 12/22/2010 | $97,000 |
| Whitland Avenue # 23 | 12/22/2010 | $97,000 |
| 40th Avenue | 12/23/2010 | $70,000 |
| 61st Avenue | 04/15/2011 | $28,000 |
| 37th Avenue | 12/23/2010 | $110,000 |
| Park Avenue | 02/25/2011 | $350,000 |
| Tennessee Avenue | 03/01/2011 | $126,000 |
| | | $1,417,350 |

To evidence this obligation, the reorganized Debtors shall, as of the Effective Date of the Plan, execute such modification or change in terms agreement as reasonably requested by the Class 10a Claimant, which shall contain provisions sufficient to effectuate the terms hereof and not inconsistent herewith. The first payment shall be due on the Effective Date of the Plan. The Class 10a Claimant shall retain its lien on the Class 10a Collateral.

3.11    Class 11 Claims:  Class 11 consists of the Allowed Secured Claim of Northpointe Bank. The Class 11 Claim shall be Allowed in the amount of $45,000.00. The Debtor shall make interest-only payments to the Class 11 Claimant with fixed interest at four percent (4.0%) per annum for a period of 12 months, during which time the Debtor will market and sell the residential lots. At the end of the 12 month period, if the Debtor has failed to sell any of the residential lots, the Debtor shall surrender the Class 11 Collateral to the Class 11 Claimant in full satisfaction of the debt. To evidence this obligation, the reorganized Debtors shall, as of the Effective Date of the Plan, execute such modification or change in terms agreement as reasonably requested by the Class 11 Claimant, which shall contain provisions sufficient to effectuate the terms hereof and not inconsistent herewith.

13

The first payment shall be due on the first day of the month following the Effective Date of the Plan. The Class 11 Claimant shall retain its lien on the Class 11 Collateral.

3.12 <u>Class 12 Claims</u>: Class 12 consists of the Allowed Secured Claim of One West Bank. The Class 12 Claim shall be Allowed in the amount of $148,000.00. The Class 12 Claim shall be modified so that it is amortized and payable over 360 months with fixed interest at five percent (5.0%) per annum. To evidence this obligation, the reorganized Debtors shall, as of the Effective Date of the Plan, execute such modification or change in terms agreement as reasonably requested by the Class 12 Claimant, which shall contain provisions sufficient to effectuate the terms hereof and not inconsistent herewith. The first payment shall be due on the first day of the month following the Effective Date of the Plan. The Class 12 Claimant shall retain its lien on the Class 12 Collateral.

3.13 <u>Class 13 Claims</u>: Class 13 consists of the Allowed Secured Claims of Regions Bank. Class 13 shall be subdivided as follows:

The Class 13a Claim, secured by the residential rental property located at 3901 Whitland Avenue # 11, Nashville, Tennessee, shall be Allowed in the amount of $0.00. The Class 13a Claimant shall no longer have a lien on the Class 13a Collateral.

The Class 13b Claim, secured by the Debtors' personal residence located at 1116 Dog Creek Road, Kingston Springs, Tennessee, shall be Allowed in the amount of $0.00. The Class 13b Claimant shall no longer have a lien on the Class 13b Collateral.

3.14 <u>Class 14 Claims</u>: Class 14 consists of the Allowed Secured Claims of Regions Mortgage. Class 14 shall be subdivided as follows:

The Class 14a Claim, secured by the residential rental property located at 3901 Elkins Avenue, Nashville, Tennessee, shall be Allowed in the amount of $102,207.53. The Class 14a Claim shall be modified so that it is amortized and payable over 360 months with fixed interest at

14

five percent (5.0%) per annum. Monthly escrow amount for property taxes and insurance shall be $262.42. To evidence this obligation, the reorganized Debtors shall, as of the Effective Date of the Plan, execute such modification or change in terms agreement as reasonably requested by the Class 14a Claimant, which shall contain provisions sufficient to effectuate the terms hereof and not inconsistent herewith. The first payment shall be due on the first day of the month following the Effective Date of the Plan. The Class 14a Claimant shall retain its lien on the Class 14a Collateral.

The Class 14b Claim, secured by the residential rental property located at 505 Acklen Park Drive, Nashville, Tennessee, shall be Allowed in the amount of $111,639.14. The Class 14b Claim shall be modified so that it is amortized and payable over 360 months with fixed interest at five percent (5.0%) per annum. Monthly escrow amount for property taxes and insurance shall be $181.09. To evidence this obligation, the reorganized Debtors shall, as of the Effective Date of the Plan, execute such modification or change in terms agreement as reasonably requested by the Class 14b Claimant, which shall contain provisions sufficient to effectuate the terms hereof and not inconsistent herewith. The first payment shall be due on the first day of the month following the Effective Date of the Plan. The Class 14b Claimant shall retain its lien on the Class 14b Collateral.

The Class 14c Claim, secured by the residential rental property located at 3807 Elkins Avenue, Nashville, Tennessee, shall be Allowed in the amount of $166,337.46. The Class 14c Claim shall be modified so that it is amortized and payable over 360 months with fixed interest at five percent (5.0%) per annum. Monthly escrow amount for property taxes and insurance shall be $406.22. To evidence this obligation, the reorganized Debtors shall, as of the Effective Date of the Plan, execute such modification or change in terms agreement as reasonably requested by the Class 14c Claimant, which shall contain provisions sufficient to effectuate the terms hereof and not

15

inconsistent herewith. The first payment shall be due on the first day of the month following the Effective Date of the Plan. The Class 14c Claimant shall retain its lien on the Class 14c Collateral.

The Class 14d Claim, secured by a first priority lien on the Debtors' personal residence located at 1116 Dog Creek Road, Kingston Springs, Tennessee, shall be Allowed in the amount of $147,000.00, pursuant to Memorandum dated October 24, 2011 (Docket No. 287) to reflect a valuation equal to the amount of the insurance check received by the Debtors. The Class 14d Claim shall be modified so that it is amortized and payable over 360 months with fixed interest at five percent (5.0%) per annum. The ongoing payment amount is subject to adjustment due to changes in escrowed taxes and/or insurance currently being paid by Regions Mortgage. To evidence this obligation, the reorganized Debtors shall, as of the Effective Date of the Plan, execute such modification or change in terms agreement as reasonably requested by the Class 14d Claimant, which shall contain provisions sufficient to effectuate the terms hereof and not inconsistent herewith. The first payment shall be due on the first day of the month following the Effective Date of the Plan. The Class 14d Claimant shall retain its lien on the Class 14d Collateral.

3.15    Class 15 Claims:  Class 15 consists of the Allowed Secured Claim of RoundPoint Mortgage. The Class 15 Claim shall be Allowed in the amount of $0.00. The Class 15 Claimant shall no longer have a lien on the Class 15 Collateral.

3.16    Class 16 Claims:  Class 16 consists of the Allowed Secured Claim of Southeast Financial Credit Union. The Class 16 Claim shall be Allowed in the amount of $1,603,574.23, pursuant to the Agreed Order on Objection to Confirmation entered October 13, 2011 (Docket No. 283). . The Class 16 Claim shall be modified so that it is amortized and payable over 360 months with fixed interest at seven percent (6.5%) per annum, for a principal and interest payment amount

16

of $10,135.68, plus monthly escrow amount for property taxes and insurance of $1,612.54, for a total monthly payment of $11,748.22.

Following the Effective Date of the Plan, and continuing for four (4) years thereafter, the Debtors shall sell three (3) condominium units per year. Each condominium unit sold shall be released in the amount of Seventy-Five Thousand Dollars ($75,000). Any sales proceeds in excess of $75,000.00 per unit and the usual closing costs including but not limited to all pre-closing property taxes for each sold condo unit shall be paid to the Debtors. Beginning on the anniversary of the Confirmation Date and continuing on each anniversary date thereafter, and provided that the Debtors have actually closed three (3) condominium units during the immediately preceding one-year period and that the Debtors are not then otherwise in default under the terms of the loan documents as modified hereby, then the Class 16 Claim shall be reamortized to reflect the $75,000.00 per unit reduction in the then outstanding total loan balance.

To evidence this obligation, the reorganized Debtors shall, as of the Effective Date of the Plan, execute such modification or change in terms agreement as reasonably requested by the Class 16 Claimant, which shall contain provisions sufficient to effectuate the terms hereof and not inconsistent herewith. The first payment shall be due on the first day of the month following the date that is fourteen (14) days after the Confirmation Date of the Plan. The Class 16 Claimant shall retain its lien on the Class 16 Collateral. The Bankruptcy Court shall not retain jurisdiction over the SFCU collateral property after Confirmation.

3.17    Class 17 Claims: Class 17 consists of the Allowed Secured Claim of SunTrust Bank. The Class 17 Claim shall be Allowed in the amount of $0.00. The Class 17 Claimant shall no longer have a lien on the Class 17 Collateral.

3.18   Class 18 Claims:  Class 18 consists of all Allowed General Unsecured Claims not entitled to priority and not expressly included in the definition of any other class. The Class 18 Claimants shall receive a total of ten percent (10%) of their Allowed Claims, payable over 60 months. The Debtors reserve the right to change the treatment for any creditor who may possess lien rights. The first payment shall be due on the first day of the month following the Effective Date of the Plan.

3.19   Class 19 Interests:  Class 19 shall consist of the ownership interests of Ronald D. Runyeon and Linda Sue Simmons.  Upon Confirmation, ownership of all property of the estate shall vest in the Debtors.

## ARTICLE IV

## IMPAIRED AND UNIMPAIRED CLASSES OF CLAIMS AND INTERESTS

Classes 1 and 19 are unimpaired under the Plan.  All other classes are impaired.

## ARTICLE V

## MEANS FOR EXECUTION OF THE PLAN

The Debtors, as reorganized, will retain all property of the estate, excepting property which is to be sold or otherwise disposed of as provided herein, executory contracts which are rejected pursuant to this Plan, and property transferred to creditors of the Debtors pursuant to the express terms hereof. The retained property shall be used and employed by the Debtors in the continuance of their business.

## ARTICLE VI

## OBJECTIONS TO CLAIMS

The Debtors or any party in interest may file an objection to any Claim in any class on or before the Claims Objection Deadline.  Objections not filed within such time will be deemed

18

waived. If any Claim or portion thereof is challenged by an objection or otherwise, distribution may, in the Debtors' sole discretion, be made on any portion of such disputed Claim which is undisputed pending resolution of the Claim allowance as a whole.

## ARTICLE VII

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

7.1.    The Debtors are party to numerous residential and commercial real property leases, as described in more detail on the attached Exhibit "1". The Debtors shall assume these leases.

7.2.    The Debtors are party to contracts with Verizon Wireless for cell phone and internet service. The Debtors shall assume these contracts.

7.3.    To the extent the Debtors are party to any other executory contracts or unexpired leases of real or personal property not specifically addressed herein, the Debtors expressly assume any such leases or executory contracts.

## ARTICLE VIII

## PRESERVATION OF CAUSES OF ACTION

All causes of action, including without limitation, actions for the avoidance and recovery pursuant to § 550 of the Bankruptcy Code of transfers avoidable by reason of §§ 544, 545, 547, 548, 549 or 553(b) of the Bankruptcy Code, or otherwise, and whether or not such actions have been commenced prior to the Effective Date of the Plan, shall be retained by the Debtors.

NOTICE TO POTENTIAL DEFENDANTS:  In the Statement of Financial Affairs on file with the Court, the Debtors listed all payments made within ninety (90) days prior to the Petition Date, and payments made within one (1) year prior to the Petition Date to insiders of the Debtors. Each and every person listed as having received any such payment, as well as any other unlisted party that did, in fact, receive any such transfer, or believes it may have received such a transfer, is

19

on notice that the rights of the Debtors to recover such payments are preserved for possible prosecution by the Debtors. Recovery shall not be limited to the amounts set forth in the Statement of Financial Affairs. To the extent the Debtors may have inadvertently omitted any such payment or transfer, all rights of the Debtors to avoidance and recovery as are provided by the Bankruptcy Code are also preserved.

Any party requiring explanation of the Code sections cited in this section or any of the statements herein should seek the advice of counsel.

## ARTICLE IX

## MISCELLANEOUS PROVISIONS

9.1    Notwithstanding anything contained herein, all distributions to classes under this Plan will only be made after creditors in said classes have had their Claims fully fixed and Allowed by the Court; however, distribution may be made, in the Debtors' and/or Trustee's discretion, on any portion of a disputed Claim which is undisputed pending resolution of the Claim allowance as a whole. On the date that any distribution to Allowed General Unsecured Claims is due, a Claim must be Allowed, non-contingent, liquidated and undisputed in order to have a right to share in such distribution.

9.2    To the extent that any Claimant treated under this Plan has, prior to the Effective Date of the Plan, received any payments from any source on any obligation treated in this Plan, any such payments shall be applied first to principal.

9.3    To the extent that any provisions of this Plan conflict with any of the terms or conditions of any note, security agreement, loan agreement, deed of trust or similar instrument, the provisions of this Plan shall control.

9.4    Upon motion and for cause shown, the Debtors may at any time move the Court to grant a moratorium or extension of distributions to Claimants in any of the classes set out herein for a reasonable period of time. Additionally, the Debtors may propose amendments to or modifications of this Plan at any time prior to Confirmation of the Plan. After Confirmation of the Plan, the Debtors, with approval of the Court, and so long as it does not materially or adversely affect the interests of Claimants, may remedy any defect or reconcile any inconsistencies in the Plan or in the Confirmation Order in such manner as may be necessary to carry out the purposes and effect of this Plan.

9.5    Except as provided herein, pursuant to 11 U.S.C. § 1123(b)(3), the Debtors shall retain each and every claim, demand or cause of action whatsoever which the Debtors or Debtors-in-Possession had or had power to assert immediately prior to confirmation of the Plan, including without limitation, actions for the avoidance and recovery pursuant to § 550 of the Bankruptcy Code of transfers avoidable by reason of §§ 544, 545, 547, 548, 549 or 553(b) of the Bankruptcy Code, and may commence or continue in any appropriate court or tribunal any suit or other proceeding for the enforcement of same. The Debtors expressly retain the right to compromise, settle or adjust any and all claims for payment owed by another without further notice thereof to creditors and other parties in interest.

9.6    On the Effective Date of the Plan, all title to all assets constituting property of the Debtors' estate shall vest in the Debtors free and clear of all claims, interests, liens or other charges of creditors arising prior to the Effective Date of the Plan, except as otherwise expressly provided in this Plan. After the Confirmation Date, the Debtors shall operate and conduct their affairs free of any restrictions and notice requirements of the Bankruptcy Code and the Bankruptcy Rules

21

(including, but not limited to, the employment and compensation of professional persons), except as specifically provided for in the Plan or the Confirmation Order.

9.7    The Debtors shall be permitted without penalty to prepay any obligation under this Plan prior to the due date or maturity date of such obligation. There shall be no penalty for any such prepayment.

9.8    The Debtors may execute such promissory notes, deeds of trust (including amendments, restatements or modifications thereof) or any other documents necessary to effectuate the terms of this Plan.

9.9    Whenever any payment or distribution to be made under the Plan shall be due on a day other than a business day, such payment or distribution shall instead be made, without interest, on the next business day.

9.10    The Debtors shall be entitled to a fifteen (15) day grace period for all payment obligations arising pursuant to this Plan.

9.11    Whenever interest is calculated on a Claim prior to the Confirmation Date, the rate utilized shall be equal to the rate provided for such Claim in Article III of this Plan.

9.12    This Court shall retain such jurisdiction over this Plan and related items to hear and determine matters in controversy as this Court is granted under applicable law.

9.13    If it becomes necessary for the Debtors to seek confirmation of the Plan pursuant to 11 U.S.C. § 1129(b), it shall be implied for all payment terms proposed herein that the Court shall impose different or additional payment terms if the Court determines that the Plan either: (a) unfairly discriminates against a non-accepting Class, or (b) is not fair and equitable with respect to a non-accepting Class.

22

**ARTICLE X**

**CLOSING OF THE CASE**

Pursuant to 11 U.S.C. §1141(d)(5), in a case in which the Debtors are individuals, Confirmation of the Plan does not discharge any debt provided for in the Plan until the Court grants a discharge on completion of all payments under the Plan. However, §1141(d)(5)(B) states that at any time after the Confirmation of the Plan, and after notice and a hearing, the Court my grant a discharge to the Debtors before completing all payments under the Plan if (1) the value, as of the Effective Date of the Plan, of property actually distributed under the Plan on account of each Allowed Unsecured Claim is not less than the amount that would have been paid on such Claim if the estate of the Debtors had been liquidated under Chapter 7 on such date, and (2) modification of the Plan under Section 1127 is not practicable.

Accordingly, at such time as this case has been fully administered, that is, when all administrative matters or issues requiring action or resolution by the Court have been completed or resolved, the Confirmation Order has become final, and the due date for the first payments under the Plan has occurred, this case may be closed. To close the case, the Debtors shall file a Motion for Final Decree as soon as practicable following Substantial Consummation. **The Debtors shall continue to pay U.S. Trustee quarterly fees until the Final Decree is entered.**

In the period after the Confirmation Date but before closing of the case, the Debtors may continue to avail themselves of the services of professional persons whose employment was approved at or prior to the Confirmation Date in completing administration of the case and in the consummation and performance of the Plan and, if necessary, employ additional professional persons to render services in and in connection with the case. With respect to services rendered and expenses incurred in or in connection with the case by any professional person during such period,

23

the professional person may render periodic billing thereafter to the Debtors who shall promptly pay the same, but each such payment shall be subject to review and approval by the Court as to the reasonableness thereof, as set forth herein below. In their Motion for Final Decree, the Debtors shall detail all amounts paid during such period to professional persons as compensation for services rendered or reimbursement of expenses incurred, and with respect to which no prior application for allowance thereof has been made to the Court. At any hearing upon the Debtors' Motion for Final Decree, the Court shall consider and determine whether or not such payments shall be approved as reasonable.

## ARTICLE XI

## CONTINUING JURISDICTION OF THE COURT

In addition to the continued jurisdiction after the Confirmation Date that is provided for as a matter of law by the Bankruptcy Code and Bankruptcy Rules, the Court shall retain exclusive jurisdiction for the following:

(a) To determine any and all objections to the allowance, extent, priority or nature of any Claims, the amount and proper classification of the Claim of any holder and the determination of such objections as may be filed to any Claims;

(b) To determine any and all applications for compensation and reimbursement pursuant to §§ 330 or 331 of the Bankruptcy Code;

(c) To determine any and all applications for the assumption or rejection of executory contracts and unexpired leases, and the allowance of any Claims resulting from rejection thereof;

(d) To determine any and all applications, adversary proceedings and litigated matters that may be filed in this Court;

24

(e)     To interpret, enter Final Orders relating to, and otherwise act upon or in regard to the terms and provisions of the Plan;

(f)     To cause the correction of any defect, the curing of any omission or the reconciliation of any inconsistency in this Plan or the Confirmation Order as may be necessary to carry out the purposes and intent of the Plan;

(g)     To consider the modification of this Plan after the Confirmation Date as allowed pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code;

(h)     Except as otherwise provided in this Plan, to make any determinations and to issue any Final Orders to enforce, interpret or effectuate the Plan;

(i)     To enter a Final Order concluding and terminating this case; and

(j)     To determine such other matters as may be provided for in the Confirmation Order.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

DATED: October 31, 2011.                Respectfully submitted,


                                        /s/ Ronald D. Runyeon
                                        Ronald D. Runyeon


                                        /s/ Linda Sue Simmons
                                        Linda Sue Simmons



/s/ Elliott W. Jones
Elliott W. Jones (#003687)
Warner Jones (#028021)
Emerge Law PLC
1600 Division Street, Suite 675
Nashville, Tennessee 37203
(615) 916-5264
Fax: (615) 916-5261
elliott@emergelaw.net
warner@emergelaw.net

ATTORNEYS FOR DEBTORS

26

Exhibit "B"

## CONTACT INFORMATION

Customer Service: 877-143-5602
Monday - Fridays 8 a.m. - 5 p.m. CT
www.mrcooper.com

Your Dedicated Loan Specialist is Charlotte Kelly and can be reached at (866)-316-2432 Ext. 8100296 or can mail at:
8950 Cypress Waters Blvd., Coppell, TX 75019

| | |
|---|---|
| Statement Date: | 05/21/2018 |
| Loan Number: | 608113569 |
| Payment Due Date: | 06/01/2018 |
| Total Payment Amount: | $11,071.14 |

Property Address:
4508 PARK AVE
NASHVILLE, TN 37209

MR. COOPER
8950 Cypress Waters Blvd.
Coppell, TX 75019



796026.2-NNNN-3008125S.4827
RONALD D RUNYEON
PO BOX 90617
NASHVILLE, TN 37209

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $226,052.63 |
| Interest Rate | 5.000% |
| Escrow Balance | $823.56 |

### Explanation of Total Payable Amount

| | |
|---|---|
| Principal | $426.11 |
| Interest | $941.89 |
| Escrow Amount (for Taxes and Insurance) | $1,084.14 |
| Regular Monthly Payment | $2,452.14 |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $8,619.00 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$11,071.14** |

### Past Payments Breakdown

| | Payments Rec'd Since 05/19/2018 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $1,267.77 |
| Interest | $0.00 | $2,836.25 |
| Escrow (Taxes & Insurance) | $0.00 | $3,252.42 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| Total | $0.00 | $7,356.42 |

### Transaction Activity 05/19/2018 to 09/21/2018

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|

(See Reverse Side for Additional Critical Notices)

### Important Messages

If you no longer wish to receive a monthly statement, please send a written request to the following address:
PO Box 613287 Dallas, TX 75261

If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.
Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise became obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

---

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

## VOLUNTARY PAYMENT COUPON

MR. COOPER
www.mrcooper.com

| ACCOUNT NUMBER | TOTAL PAYABLE AMOUNT |
|---|---|
| 608113569 | 06/01/2018    $11,071.14 |

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER

RONALD D RUNYEON

MR. COOPER
PO BOX 619094
DALLAS, TX 76281-9741

ADDITIONAL ESCROW                         $_____
**ADDITIONAL PRINCIPAL                    $_____

TOTAL AMOUNT OF YOUR CHECK
DO NOT SEND CASH

**All amounts must be paid in full before additional principal can be made

COOPER
CHANGING THE FACE OF HOME LOANS
6950 Cypress Waters Blvd.
Coppell, TX 75019

OUR INFO
ONLINE
www.mrcooper.com

05/21/2018

RONALD D RUNYEON
PO BOX 90617
NASHVILLE, TN 37209

LOAN INFO
LOAN NUMBER: 608113569
PROPERTY ADDRESS:
4508 PARK AVE
NASHVILLE, TN 37209

Dear Ronald Runyeon:

At Mr. Cooper, we're committed to helping homeowners find solutions in times of difficulties.

Our records indicate that you are a debtor in bankruptcy and we are sending you this letter for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**Recent Account History:**

Payment due 12/01/2017: Fully paid on 03/01/2018          Payment due 03/01/2018: Unpaid balance of $2,055.62

Payment due 01/01/2018: Fully paid on 05/01/2018          Payment due 04/01/2018: Unpaid balance of $2,055.62

Payment due 02/01/2018: Unpaid balance of $2,462.14       Payment due 05/01/2018: Unpaid balance of $2,055.62

Current payment due 06/01/2018: $2,452.14
As of 05/21/2018, the total payable amount is $11,071.14 to bring the loan current.

If you wish to voluntarily pay the amount due, please call us to request the full amount due, as the amount stated above may not include recent interest or other charges and credits.

The loan recently transferred to Mr. Cooper. If the payment history above is less than 6 months, please review the prior monthly statements or contact your prior servicer for information regarding the 6-month payment history.

We are here to help. You do have options in addition to the options available in the current bankruptcy proceeding. *Here are some of the solutions that might be available, depending on your situation:
• Modifying the terms of the current loan.
• If you simply can't pay the mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off the current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. To locate a HUD-approved housing counselor who can help you explore possible solutions:

• The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
• The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
• HUD Housing Counseling Agency Locator: (800) 569-4287

Mr. Cooper is a proud member of the HOPE NOW Alliance. For information about resources that might be able to help you find a solution to your hardship:

• The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

If you have any questions, please contact our Customer Service Department at 877-343-5602 or via mail at the address listed above. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

The Loss Mitigation Department at Mr. Cooper

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise or divorce, and are not a borrower on the security instrument) and have not assumed the debt, this communication is for informational purposes only and is not an attempt to collect a debt against you personally.





## LEGAL RIGHTS AND PROTECTIONS UNDER THE SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USCA Section 3901) (SCRA).

### Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

### What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6% during the period of military service and 90 days thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within 90 days after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

### How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

  Mr. Cooper, Attn: Military Families, PO Box 619098, Dallas, TX 75261-0741

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

### How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.
- "Military OneSource" is the U.S. Department of Defense's information resource.
- If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

If this account is active or has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt. Please note, however Mr. Cooper reserves the right to exercise the legal rights only against the property securing the original obligation.



FIFTH THIRD BANK

# Exhibit "C"

## June 2016

### Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 06/03 | 980.00 | Distinctive Nash 555-555-5555 Return 000002182185549 Distinctive Nashville 060316 |
| 06/03 | 1,050.00 | Linda S Simmons CASH DISB 2722097870 060316 OFFSET TRANSACTION |
| 06/03 | 1,096.10 | Linda S Simmons CREDITS 2722097870 060316 OFFSET TRANSACTION |
| 06/03 | 1,352.45 | Linda S Simmons Distributi 2722097870 060316 OFFSET TRANSACTION |
| 06/03 | 1,806.21 | Linda S Simmons CREDITS 2722097870 060316 OFFSET TRANSACTION |
| 06/03 | 2,310.00 | Linda S Simmons CREDITS 2722097870 060316 OFFSET TRANSACTION |
| 06/03 | 2,702.00 | Linda S Simmons CREDITS 2722097870 060316 OFFSET TRANSACTION |
| 06/03 | 2,931.49 | Linda S Simmons Distributi 2722097870 060316 OFFSET TRANSACTION |
| 06/03 | 3,520.01 | Linda S Simmons CREDITS 2722097870 060316 OFFSET TRANSACTION |
| 06/03 | 10,016.23 | Linda S Simmons CREDITS 2722097870 060316 OFFSET TRANSACTION |
| 06/03 | 0.33 | 5/3 ONLINE PYMT TO DIRECTV- ACCT XXXXX006 |
| 06/03 | 86.24 | 5/3 ONLINE PYMT TO WASTE CONN- ACCT XXXXX6868 |
| 06/03 | 224.42 | 5/3 ONLINE PYMT TO WASTE CONN- ACCT XXXXX3757 |
| 06/03 | 429.64 | 5/3 ONLINE PYMT TO SETERUS IN- ACCT XXXX3941 |
| 06/03 | 450.26 | 5/3 ONLINE PYMT TO FIDELITY B- ACCT XXXXX8102 |
| 06/03 | 1,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXX4508' |
| 06/06 | 32.38 | WEB INITIATED PAYMENT AT PAYPAL INST XFER LANDSENDINC 060616 |
| 06/07 | 735.00 | Linda S Simmons Rents 2722097870 060716 OFFSET TRANSACTION |
| 06/07 | 3,934.59 | Linda S Simmons CASH DISB 2722097870 060716 OFFSET TRANSACTION |
| 06/10 | 4,662.00 | Linda S Simmons CREDITS 2722097870 061016 OFFSET TRANSACTION |
| 06/10 | 4,974.11 | Linda S Simmons CREDITS 2722097870 061016 OFFSET TRANSACTION |
| 06/10 | 89.25 | SERVICE CHARGE |
| 06/13 | 108.64 | WEB INITIATED PAYMENT AT PAYPAL INST XFER MICROSOFTCO 061316 |
| 06/13 | 50.00 | 5/3 ONLINE PYMT TO OTTAWA COU- ACCT XXXXX3953 |
| 06/14 | 312.50 | Distinctive Nash 555-555-5555 Return 000002213481033 Distinctive Nashville 061416 |
| 06/15 | 2,731.91 | Linda S Simmons CREDITS 2722097870 061516 OFFSET TRANSACTION |
| 06/15 | 5,000.00 | Linda S Simmons CREDITS 2722097870 061516 OFFSET TRANSACTION |
| 06/17 | 2,751.93 | Linda S Simmons CREDITS 2722097870 061716 OFFSET TRANSACTION |
| 06/17 | 5,843.50 | Linda S Simmons CREDITS 2722097870 061716 OFFSET TRANSACTION |
| 06/21 | 1,720.00 | Linda S Simmons Rents 2722097870 062116 OFFSET TRANSACTION |
| 06/21 | 53.59 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX3302 |
| 06/21 | 69.12 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX7302 |
| 06/21 | 116.15 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX7304 |
| 06/21 | 161.88 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX2300 |
| 06/21 | 1,481.29 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX3300 |
| 06/22 | 6.19 | 5/3 ONLINE PYMT TO WATER AUTH- ACCT XXXXXXXX0004 |
| 06/23 | 2,476.00 | WEB INITIATED PAYMENT AT SELECTIVE PMT SELECTIVE 000000723326378 062316 |
| 06/23 | 27.16 | 5/3 ONLINE PYMT TO NASHVILLE- ACCT XXXXXXXXXX4127 |
| 06/23 | 29.00 | 5/3 ONLINE PYMT TO NASHVILLE- ACCT XXXXXXXXXX6172 |
| 06/23 | 56.41 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX3300 |
| 06/23 | 108.57 | 5/3 ONLINE PYMT TO NASHVILLE- ACCT XXXXXXXXXX0597 |
| 06/23 | 130.89 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2301 |
| 06/23 | 175.51 | 5/3 ONLINE PYMT TO REPUBLIC S- ACCT XXXXXXXQ2503 |
| 06/23 | 184.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5301 |
| 06/23 | 186.55 | 5/3 ONLINE PYMT TO NASHVILLE- ACCT XXXXXXXXXX6171 |
| 06/23 | 227.62 | 5/3 ONLINE PYMT TO NASHVILLE- ACCT XXXXXXXXXX4123 |
| 06/23 | 474.83 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX7301 |
| 06/23 | 922.64 | 5/3 ONLINE PYMT TO ERIE INSUR- ACCT XXXX0593 |
| 06/23 | 3,906.69 | 5/3 ONLINE PYMT TO NASHVILLE- ACCT XXXXXXXXXX6594 |
| 06/23 | 4,649.12 | 5/3 ONLINE PYMT TO ERIE INSUR- ACCT XXXXX0112 |
| 06/24 | 19.89 | DEBIT CARD PURCHASE AT HORTON GROUP, 615-292-8642, TN ON 062316 FROM CARD#: XXXXXXXXXXXX8737 |
| 06/24 | 9.27 | 5/3 ONLINE PYMT TO GREATER DI- ACCT XXXXXXXXX4595 |
| 06/24 | 34.76 | 5/3 ONLINE PYMT TO PIEDMONT N- ACCT XXXXXXXXX3009 |
| 06/24 | 50.00 | 5/3 ONLINE PYMT TO PIEDMONT N- ACCT XXXXXXXXX5603 |
| 06/24 | 65.82 | 5/3 ONLINE PYMT TO PIEDMONT N- ACCT XXXXXXXXX3001 |
| 06/24 | 82.39 | 5/3 ONLINE PYMT TO PIEDMONT N- ACCT XXXXXXXXX5029 |
| 06/27 | 2.28 | WEB INITIATED PAYMENT AT ATT Payment 215845004INYW9X 062716 |
| 06/27 | 45.84 | METRO WATER UT BILL 0021330301 062716 |



**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

JULY 2016

| Date | Amount | Description |
|------|--------|-------------|
| 07/01 | 429.64 | 5/3 ONLINE PYMT TO SETERUS IN- ACCT XXXX3944 |
| 07/01 | 450.26 | 5/3 ONLINE PYMT TO FIDELITY B- ACCT XXXXXX8302 |
| 07/01 | 1,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXXX4500 |
| 07/05 | 200.00 | 5/3 JEANIE WITHDRAWAL - 003132 1 TERMINAL DRIVE NASHVILLE TN |
| 07/05 | 240.00 | RECURRING PURCHASE AT APPFOLIO, 805-617-2167, CA ON 070216 FROM CARD#: XXXXXXXXXXXX8737 |
| 07/07 | 2,994.50 | Linda S Simmons CASH DISB 2722097870 070716 OFFSET TRANSACTION |
| 07/08 | 95.67 | TIMEWARNERNEO BANK DRAFT 001327851601001 070816 |
| 07/08 | 980.00 | Distinctive Nash 555-555-5555 Return 00000172079026 Distinctive Nashvile 070816 |
| 07/08 | 2,699.98 | Linda S Simmons CREDITS 2722097870 070816 OFFSET TRANSACTION |
| 07/08 | 4,364.00 | Linda S Simmons CREDITS 2722097870 070816 OFFSET TRANSACTION |
| 07/08 | 13,509.31 | Linda S Simmons CREDITS 2722097870 070816 OFFSET TRANSACTION |
| 07/12 | 60.00 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX6868 |
| 07/12 | 86.24 | 5/3 ONLINE PYMT TO WASTE CONN- ACCT XXXXXXXXX0000 |
| 07/12 | 100.51 | 5/3 ONLINE PYMT TO NASHVILLE- ACCT XXXXXXXXXX7844 |
| 07/12 | 120.00 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX6802 |
| 07/12 | 180.57 | 5/3 ONLINE PYMT TO REPUBLIC S- ACCT XXXXXXXX2503 |
| 07/12 | 224.42 | 5/3 ONLINE PYMT TO WASTE CONN- ACCT XXXX3757 |
| 07/12 | 451.94 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX7301 |
| 07/13 | 6.19 | 5/3 ONLINE PYMT TO WATER AUTH- ACCT XXXXXXXX0004 |
| 07/13 | 50.00 | 5/3 ONLINE PYMT TO OTTAWA COU- ACCT XXXX3953 |
| 07/13 | 89.25 | SERVICE CHARGE |
| 07/14 | 2,731.91 | Linda S Simmons CREDITS 2722097870 071416 OFFSET TRANSACTION |
| 07/14 | 3,725.00 | Linda S Simmons CREDITS 2722097870 071416 OFFSET TRANSACTION |
| 07/18 | 500.00 | Distinctive Nash 555-555-5555 Return 00000173989233 Distinctive Nashvile 071816 |
| 07/20 | 1,589.52 | 5/3 ONLINE PYMT TO REPUBLIC S- ACCT XXXXXXXX7082 |
| 07/21 | 53.59 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX7304 |
| 07/21 | 102.46 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX7302 |
| 07/21 | 212.41 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX0300 |
| 07/21 | 1,895.27 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0300 |
| 07/22 | 3,159.00 | Linda S Simmons CREDITS 2722097870 072216 OFFSET TRANSACTION |
| 07/22 | 3,293.72 | Linda S Simmons CREDITS 2722097870 072216 OFFSET TRANSACTION |
| 07/22 | 89.86 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX0300 |
| 07/22 | 149.64 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX0301 |
| 07/22 | 172.89 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX0301 |
| 07/22 | 922.64 | 5/3 ONLINE PYMT TO ERIE INSUR- ACCT XXX0593 |
| 07/25 | 19.99 | DEBIT CARD PURCHASE AT NORTON GROUP, 615-292-8642, TN ON 072316 FROM CARD#: XXXXXXXXXXXX8737 |
| 07/25 | 21.95 | RECURRING PURCHASE AT INTUIT *QB ONLINE, 800-286-6800, CA ON 072316 FROM CARD#: XXXXXXXXXXXX8737 |
| 07/25 | 2,162.01 | Linda S Simmons CREDITS 2722097870 072516 OFFSET TRANSACTION |
| 07/27 | 458.00 | WEB INITIATED PAYMENT AT PAYPAL INST XFER CSIMMONS050 072716 |
| 07/28 | 61.36 | METRO WATER UT BILL 0021330301 072816 |
| 07/29 | 5,594.74 | Linda S Simmons CREDITS 2722097870 072916 OFFSET TRANSACTION |

## Deposits / Credits

4½ items totalling $135,727.60

| Date | Amount | Description |
|------|--------|-------------|
| 07/01 | 375.00 | DEPOSIT |
| 07/01 | 860.00 | MDHA SEC 8 ACH 28554486 DISTINCTIVE NASH RENTA 070116 |
| 07/01 | 10,578.34 | Distinctive Nash 555-555-5555 Settlement 00001690906534 Distinctive Nashville 070116 |
| 07/05 | 35.00 | APPFOLIO INC 8666481536 687668249250 070516 |
| 07/05 | 600.00 | DEPOSIT |
| 07/05 | 23,070.66 | Distinctive Nash 555-555-5555 Settlement 00000170490626 Distinctive Nashville 070516 |
| 07/05 | 48,758.89 | Distinctive Nash 555-555-5555 Settlement 00001695924910 Distinctive Nashville 070516 |
| 07/05 | 25.00 | 5/3 JEANIE DEPOSIT - 006555 3415 MURPHY RD NASHVILLE TN |
| 07/05 | 88.00 | 5/3 JEANIE DEPOSIT - 006555 3415 MURPHY RD NASHVILLE TN |
| 07/05 | 150.00 | 5/3 JEANIE DEPOSIT - 006555 3415 MURPHY RD NASHVILLE TN |
| 07/05 | 150.00 | 5/3 JEANIE DEPOSIT - 006555 3415 MURPHY RD NASHVILLE TN |
| 07/05 | 219.00 | 5/3 JEANIE DEPOSIT - 006555 3415 MURPHY RD NASHVILLE TN |
| 07/05 | 265.00 | 5/3 JEANIE DEPOSIT - 006555 3415 MURPHY RD NASHVILLE TN |

**Reports**

View: <u>Disbursements</u>▾| <u>Hide Chart</u>

*AUGUST 2016*



**Disbursements**
From 01/01/16 to 12/31/16

■ Mortgage Payment

*Cancelled*

100.0%

| Paid To | $ Amount | Deliver By ↑ | Status | Pay From | Check | Confirmation |
|---------|----------|--------------|--------|----------|-------|--------------|
| Nationstar Mortgage ...4508 | 1,940.95 | 08/04/16 | Canceled | Distinctive Nash ...6494 | | RW99KOX |
| Subtotal: AUG | $1,940.95 | | | | | |
| Nationstar Mortgage ...4508 | 1,940.95 | 07/01/16 | Paid | Distinctive Nash ...6494 | | X8R93XLD |
| Subtotal: JUL | $1,940.95 | | | | | |
| Nationstar Mortgage ...4508 | 1,940.95 | 06/03/16 | Paid | Distinctive Nash ...6494 | | FBC9AZIX |
| Subtotal: JUN | $1,940.95 | | | | | |
| Nationstar Mortgage ...4508 | 1,940.95 | 05/04/16 | Paid | Distinctive Nash ...6494 | | W8X012ZI |
| Subtotal: MAY | $1,940.95 | | | | | |
| Nationstar Mortgage ...4508 | 1,940.95 | 04/04/16 | Paid | Distinctive Nash ...6494 | | Z649H3SZ |
| Subtotal: APR | $1,940.95 | | | | | |
| Nationstar Mortgage ...4508 | 1,940.95 | 03/04/16 | Paid | Distinctive Nash ...6494 | | IB9PJN4 |
| Subtotal: MAR | $1,940.95 | | | | | |
| Total: | $11,645.70 | | | | | |

⤸ Previously downloaded



**FIFTH THIRD BANK**

## Withdrawals / Debits · continued

| Date | Amount | Description |
|------|--------|-------------|
| 01/05 | 260.00 | RECURRING PURCHASE AT APPFOLIO, 805-617-2167, CA ON 010417 FROM CARD#: XXXXXXXXXXXX8737 |
| 01/05 | 500.00 | Linda S Simmons CREDITS 2722097870 010517 OFFSET TRANSACTION |
| 01/05 | 2,731.91 | Linda S Simmons CREDITS 2722097870 010517 OFFSET TRANSACTION |
| 01/05 | 10,733.03 | Linda S Simmons CREDITS 2722097870 010517 OFFSET TRANSACTION |
| 01/05 | 64.94 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2301 |
| 01/05 | 86.24 | 5/3 ONLINE PYMT TO WASTE CONN- ACCT XXXXX8868 |
| 01/05 | 116.71 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX5301 |
| 01/05 | 223.54 | 5/3 ONLINE PYMT TO REPUBLIC S- ACCT XXXXXXX2503 |
| 01/05 | 224.42 | 5/3 ONLINE PYMT TO WASTE CONN- ACCT XXXX3757 |
| 01/06 | 1,020.00 | Distinctive Nash 555-555-5555 Return 0000022284 14190 Distinctive Nashville 010617 |
| 01/06 | 11,360.25 | Linda S Simmons CREDITS 2722097870 010617 OFFSET TRANSACTION |
| 01/06 | 6.19 | 5/3 ONLINE PYMT TO WATER AUTH- ACCT XXXXXXXX0004 |
| 01/12 | 89.25 | SERVICE CHARGE |
| 01/13 | 313.44 | RECURRING PURCHASE AT VZWRLSS*BILL PAY V, 800-922-0204, FL ON 011317 FROM CARD#: XXXXXXXXXXXX8737 |
| 01/13 | 500.00 | Linda S Simmons CREDITS 2722097870 011317 OFFSET TRANSACTION |
| 01/13 | 5,133.51 | Linda S Simmons CREDITS 2722097870 011317 OFFSET TRANSACTION |
| 01/13 | 8,946.22 | Linda S Simmons CREDITS 2722097870 011317 OFFSET TRANSACTION |
| 01/13 | 9,718.48 | Linda S Simmons CREDITS 2722097870 011317 OFFSET TRANSACTION |
| 01/13 | 33.27 | 5/3 ONLINE PYMT TO OTTAWA COU- ACCT XXXXX3951 |
| 01/13 | 60.00 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX5802 |
| 01/13 | 120.00 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX6802 |
| 01/13 | 333.03 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX7301 |
| 01/13 | 1,110.00 | 5/3 ONLINE PYMT TO ERIE INSUR- ACCT XXXXX4655 |
| 01/17 | 45.47 | WEB INITIATED PAYMENT AT INFINITE ECOMMER IAT PAYPAL L00048280 4290 011717 |
| 01/18 | 88.24 | Linda S Simmons CREDITS 2722097870 011817 OFFSET TRANSACTION |
| 01/18 | 783.03 | Linda S Simmons CREDITS 2722097870 011817 OFFSET TRANSACTION |
| 01/18 | 22.15 | 5/3 ONLINE PYMT TO NASHVILLE- ACCT XXXXXXXXXX6172 |
| 01/18 | 27.16 | 5/3 ONLINE PYMT TO NASHVILLE- ACCT XXXXXXXXX4127 |
| 01/18 | 38.30 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX3308 |
| 01/18 | 45.84 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX0301 |
| 01/18 | 85.70 | 5/3 ONLINE PYMT TO NASHVILLE- ACCT XXXXXXXXXX4140 |
| 01/18 | 175.96 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX3300 |
| 01/18 | 158.98 | 5/3 ONLINE PYMT TO NASHVILLE- ACCT XXXXXXXXXX6171 |
| 01/18 | 1,990.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXXX4508 |
| 01/18 | 9,704.75 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXXX4508 |
| 01/19 | 130.77 | 5/3 ONLINE PYMT TO PIEDMONT N- ACCT XXXXXXXXX5030 |
| 01/20 | 500.00 | Linda S Simmons CREDITS 2722097870 012017 OFFSET TRANSACTION |
| 01/20 | 3,388.32 | Linda S Simmons CASH DISB 2722097870 012017 OFFSET TRANSACTION |
| 01/20 | 12,408.00 | Linda S Simmons CREDITS 2722097870 012017 OFFSET TRANSACTION |
| 01/20 | 69.12 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX7304 |
| 01/20 | 84.64 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX3302 |
| 01/20 | 84.64 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX7302 |
| 01/20 | 119.18 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2300 |
| 01/20 | 1,353.67 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX3300 |
| 01/24 | 19.99 | DEBIT CARD PURCHASE AT HORTON GROUP, 615-292-8642, TN ON 0123 17 FROM CARD#: XXXXXXXXXXXX8737 |
| 01/24 | 21.95 | RECURRING PURCHASE AT INTUIT *QB ONLINE, 800-286-6800, CA ON 012317 FROM CARD#: XXXXXXXXXXXX8737 |
| 01/30 | 500.00 | Linda S Simmons CREDITS 2722097870 013017 OFFSET TRANSACTION |
| 01/30 | 18,451.92 | Linda S Simmons CREDITS 2722097870 013017 OFFSET TRANSACTION |
| 01/30 | 1.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX3302 |
| 01/30 | 13.30 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX3308 |
| 01/30 | 45.46 | 5/3 ONLINE PYMT TO NASHVILLE- ACCT XXXXXXXXXX0525 |
| 01/30 | 122.38 | 5/3 ONLINE PYMT TO REPUBLIC S- ACCT XXXXXXX7082 |
| 01/30 | 184.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXX3300 |
| 01/30 | 295.86 | 5/3 ONLINE PYMT TO NASHVILLE- ACCT XXXXXXXXXX4173 |
| 01/30 | 9,071.07 | 5/3 ONLINE PYMT TO NASHVILLE- ACCT XXXXXXXXXX6694 |
| 01/31 | 23.92 | ATT Payment 034577012EPAYP 013117 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX9800 |

*January 2017*
*Catch up*
*August 2016-*
*December 2016*

Page 2 of 4

**FIFTH THIRD BANK**
(TENNESSEE)
P.O. BOX 630900 CINCINNATI OH 45263-0900

LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS
OR RON RUNYEON
PO BOX 90617
NASHVILLE TN 37209-0617

0

5516

Banking Center: Metrocenter
Banking Center Phone: 615-248-0729
Business Banking Support: 877-534-2264

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX3800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX4800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX8800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX9800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX3800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX9800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX4800 |
| 01/31 | 10.74 | 5/3 ONLINE PYMT TO GREATER DI- ACCT XXXXXXXX4995 |
| 01/31 | 30.00 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX3800 |
| 01/31 | 50.00 | 5/3 ONLINE PYMT TO PIEDMONT N- ACCT XXXXXXXXXX9003 |
| 01/31 | 71.65 | 5/3 ONLINE PYMT TO PIEDMONT N- ACCT XXXXXXXXX3001 |
| 01/31 | 101.83 | 5/3 ONLINE PYMT TO PIEDMONT N- ACCT XXXXXXXXXX1009 |
| 01/31 | 1,056.00 | 5/3 ONLINE PYMT TO ERIE INSUR- ACCT XXXXX4734 |
| 01/31 | 1,413.45 | 5/3 ONLINE PYMT TO PIEDMONT N- ACCT XXXXXXXXXX5029 |
| 01/31 | 1,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXXX0150B |

*February 2017*

36 Items totaling $140,586.16

## Deposits / Credits

| Date | Amount | Description |
|---|---|---|
| 01/03 | 35.00 | APPFOLIO INC 8566481536 754812116635 010317 |
| 01/03 | 150.00 | Linda S Simmons DEBITS 2222097870 010317 OFFSET TRANSACTION |
| 01/03 | 547.00 | HOHA SEG 8 ACH 28554486 DISTINCTIVE NASH RENTA 010317 |
| 01/03 | 17,333.60 | Distinctive Nash 555-555-5555 Settlement 00000200608166 Distinctive Nashville 010317 |
| 01/03 | 48,500.30 | Distinctive Nash 555-555-5555 Settlement 00000205240858 Distinctive Nashville 010317 |
| 01/04 | 440.00 | APPFOLIO INC 8566481536 712811700033 010417 |
| 01/04 | 490.00 | APPFOLIO INC 8566481536 690813344495 010417 |
| 01/04 | 900.00 | APPFOLIO INC 8566481536 708811668660 010417 |
| 01/04 | 6,472.50 | Distinctive Nash 555-555-5555 Settlement 00000212702774 Distinctive Nashville 010417 |
| 01/04 | 150.00 | 5/3 JEANIE DEPOSIT - 005903 5625 CHARLOTTE PIKE NASHVILLE TN |
| 01/04 | 150.00 | 5/3 JEANIE DEPOSIT - 005903 5625 CHARLOTTE PIKE NASHVILLE TN |
| 01/04 | 150.00 | 5/3 JEANIE DEPOSIT - 005903 5625 CHARLOTTE PIKE NASHVILLE TN |
| 01/04 | 150.00 | 5/3 JEANIE DEPOSIT - 005903 5625 CHARLOTTE PIKE NASHVILLE TN |
| 01/05 | 750.00 | DEPOSIT |
| 01/05 | 12,302.50 | Distinctive Nash 555-555-5555 Settlement 00000222201862 Distinctive Nashville 010517 |

FIFTH THIRD BANK
(TENNESSEE)
P.O. BOX 63900 CINCINNATI OH 45263-0900

Statement Period Date: 2/1/2017 - 2/28/2017
Account Type: BUS ADVANTAGE CHKING
Account Number: 7361326494



LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS
OR RON RUNYEON
PO BOX 90617
NASHVILLE TN 37209-0617

0.

5510

Banking Center: Metrocenter
Banking Center Phone: 615-248-0729
Business Banking Support: 877-534-2264

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 02/23 | 321.93 | RECURRING PURCHASE AT VZWRLSS*BILL PAY V, 800-922-0204, FL ON 022317 FROM CARD#: XXXXXXXXXXXX8737 |
| 02/23 | 50.00 | 5/3 ONLINE PYMT TO PIEDMONT N- ACCT XXXXXXXXX9003 |
| 02/23 | 71.76 | 5/3 ONLINE PYMT TO PIEDMONT N- ACCT XXXXXXXXX3001 |
| 02/23 | 963.35 | 5/3 ONLINE PYMT TO PIEDMONT N- ACCT XXXXXXXXX5029 |
| 02/24 | 19.99 | DEBIT CARD PURCHASE AT HORTON GROUP, 615-292-8642, TN ON 022317 FROM CARD#: XXXXXXXXXXXX8737 |
| 02/24 | 21.95 | RECURRING PURCHASE AT INTUIT *QB ONLINE, 800-286-6800, CA ON 022317 FROM CARD#: XXXXXXXXXXXX8737 |
| 02/24 | 40.00 | WEB INITIATED PAYMENT AT PAYPAL INST XFER SHONMCNEAL1 022417 |
| 02/27 | 15.00 | WEB INITIATED PAYMENT AT PAYPAL INST XFER SHONMCNEAL1 022717 |
| 02/27 | 33.58 | METRO WATER UT BILL 0021330301 022717 |
| 02/28 | 500.00 | Linda S Simmons CREDITS 2722097870 022817 OFFSET TRANSACTION |
| 02/28 | 1,019.50 | WEB INITIATED PAYMENT AT PAYPAL INST XFER LASVEGASCOM 022817 |
| 02/28 | 11,789.68 | Linda S Simmons CREDITS 2722097870 022817 OFFSET TRANSACTION |
| 02/28 | 1,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXXX4508 |

march 2017

## Deposits / Credits

29 items totaling $127,677.08

| Date | Amount | Description |
|------|--------|-------------|
| 02/01 | 1,015.00 | APPFOLIO INC 8666481536 731855475077 020117 |
| 02/01 | 12,429.80 | Distinctive Nash 555-555-5555 Settlement 000002292665822 Distinctive Nashville 020117 |
| 02/02 | 500.00 | APPFOLIO INC 8666481536 689855612494 020217 |
| 02/02 | 41,237.00 | Distinctive Nash 555-555-5555 Settlement 000002297577582 Distinctive Nashville 020217 |
| 02/03 | 100.00 | Linda S Simmons DEBITS 2722097870 020317 OFFSET TRANSACTION |
| 02/03 | 1,736.90 | DEPOSIT |
| 02/03 | 3,900.00 | APPFOLIO INC 8666481536 676855720480 020317 |
| 02/03 | 7,267.32 | Distinctive Nash 555-555-5555 Settlement 000002306100114 Distinctive Nashville 020317 |
| 02/06 | 6,347.00 | Distinctive Nash 555-555-5555 Settlement 000002312309074 Distinctive Nashville 020317 |
| 02/07 | 650.00 | APPFOLIO INC 8666481536 727855582388 020717 |
| 02/07 | 25,566.44 | Distinctive Nash 555-555-5555 Settlement 000002320689442 Distinctive Nashville 020717 |
| 02/08 | 1,606.50 | Distinctive Nash 555-555-5555 Settlement 000002328543322 Distinctive Nashville 020817 |
| 02/09 | 655.00 | APPFOLIO INC 8666481536 723856102772 020917 |
| 02/10 | 100.00 | Linda S Simmons DEBITS 2722097870 021017 OFFSET TRANSACTION |
| 02/10 | 900.00 | APPFOLIO INC APPFOLIO 691861994069 021017 |
| 02/10 | 1,489.00 | Distinctive Nash 555-555-5555 Settlement 000002335862618 Distinctive Nashville 021017 |
| 02/13 | 650.00 | APPFOLIO INC APPFOLIO 711856210948 021317 |
| 02/13 | 990.00 | Distinctive Nash 555-555-5555 Settlement 000002339254938 Distinctive Nashville 021317 |
| 02/17 | 100.00 | Linda S Simmons DEBITS 2722097870 021717 OFFSET TRANSACTION |
| 02/17 | 350.00 | APPFOLIO INC 8666481536 757868409728 021717 |
| 02/21 | 150.00 | MOBILE DEPOSIT |
| 02/21 | 279.56 | Distinctive Nash 555-555-5555 Settlement 000002356325338 Distinctive Nashville 022117 |
| 02/21 | 335.15 | DEPOSIT |
| 02/22 | 2,072.50 | Distinctive Nash 555-555-5555 Settlement 000002359133430 Distinctive Nashville 022217 |
| 02/23 | 1,717.00 | Distinctive Nash 555-555-5555 Settlement 000002364936406 Distinctive Nashville 022317 |

**FIFTH THIRD BANK**
(TENNESSEE)
P.O. BOX 630900 CINCINNATI OH 45263-0900

LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS
OR RON RUNYEON
PO BOX 50617
NASHVILLE TN 37209-0617

0

5652

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 03/22 | 544.67 | 5/3 ONLINE PYMT TO PIEDMONT N- ACCT XXXXXXXXX5029 |
| 03/27 | 500.00 | Linda S Simmons CREDITS 2722097870 032717 OFFSET TRANSACTION |
| 03/27 | 14,546.80 | Linda S Simmons CREDITS 2722097870 032717 OFFSET TRANSACTION |
| 03/28 | 3,500.00 | Linda S Simmons CREDITS 2722097870 032817 OFFSET TRANSACTION |
| 03/31 | 78.39 | DEBIT CARD PURCHASE AT LEMONGRASS SUSHI &, NASHVILLE, TN ON 033117 FROM CARD#: XXXXXXXXXXXX1861 |
| 03/31 | 55.00 | WEB INITIATED PAYMENT AT PAYPAL INST XFER SNONMCNEAL1 033117 |
| 03/31 | 77.67 | 5/3 ONLINE PYMT TO AT&T / SBC- ACCT XXXXX4870 |
| 03/31 | 91.56 | 5/3 ONLINE PYMT TO ERIE INSUR- ACCT XXXXX0137 |
| 03/31 | 429.64 | 5/3 ONLINE PYMT TO SETERUS IN- ACCT XXXX3944 |
| 03/31 | 481.72 | 5/3 ONLINE PYMT TO FIDELITY D- ACCT XXXXX8302 |
| 03/31 | 1,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXXX4508 |
| 03/31 | 1,947.33 | 5/3 ONLINE PYMT TO SELECT POR- ACCT XXXXXX4606 |
| 03/31 | 2,575.45 | 5/3 ONLINE PYMT TO ERIE INSUR- ACCT XXXXX0112 |

*April 2017*

## Deposits / Credits

44 items totaling $148,526.23

| Date | Amount | Description |
|------|--------|-------------|
| 03/01 | 300.00 | MOBILE DEPOSIT |
| 03/01 | 11,845.00 | Distinctive Nash 555-555-5555 Settlement 000002380632810 Distinctive Nashville 030117 |
| 03/02 | 47,485.04 | Distinctive Nash 555-555-5555 Settlement 000002386019718 Distinctive Nashville 030217 |
| 03/03 | 1,590.00 | APPFOLIO INC 8666481536 689880119424 030317 |
| 03/03 | 17,666.87 | Distinctive Nash 555-555-5555 Settlement 000002395601494 Distinctive Nashville 030317 |
| 03/06 | 950.00 | APPFOLIO INC 8666481536 693880105132 030617 |
| 03/06 | 8,370.33 | Distinctive Nash 555-555-5555 Settlement 000002402232046 Distinctive Nashville 030617 |
| 03/07 | 35.00 | APPFOLIO INC 8666481536 698877713791 030717 |
| 03/07 | 341.67 | APPFOLIO INC 8666481536 752877715965 030717 |
| 03/07 | 26,630.36 | Distinctive Nash 555-555-5555 Settlement 000002411105326 Distinctive Nashville 030717 |
| 03/08 | 100.00 | Linda S Simmons DEBITS 2722097870 030817 OFFSET TRANSACTION |
| 03/09 | 70.00 | APPFOLIO INC 8666481536 753877814630 030917 |
| 03/10 | 100.00 | APPFOLIO INC 8666481536 753877814630 030917 |
| 03/10 | 296.77 | Distinctive Nash 555-555-5555 Settlement 000002428026766 Distinctive Nashville 031017 |
| 03/10 | 900.00 | APPFOLIO INC APPFOLIO 738877875644 031017 |
| 03/13 | 990.00 | Distinctive Nash 555-555-5555 Settlement 000002430078875M Distinctive Nashville 031317 |
| 03/14 | 650.00 | APPFOLIO INC APPFOLIO 690892540688 031417 |
| 03/16 | 70.00 | APPFOLIO INC 8666481536 733891996620 031617 |
| 03/16 | 70.00 | APPFOLIO INC 8666481536 672892122184 031617 |
| 03/17 | 70.00 | APPFOLIO INC 8666481536 696892091470 031717 |
| 03/17 | 150.00 | MOBILE DEPOSIT |
| 03/17 | 200.00 | Linda S Simmons DEBITS 2722097870 031717 OFFSET TRANSACTION |
| 03/17 | 233.88 | MOBILE DEPOSIT |
| 03/17 | 1,210.00 | Distinctive Nash 555-555-5555 Settlement 000002444423546 Distinctive Nashville 031717 |
| 03/20 | 58.12 | MOBILE DEPOSIT |
| 03/20 | 150.00 | MOBILE DEPOSIT |
| 03/20 | 150.00 | MOBILE DEPOSIT |
| 03/20 | 283.13 | MOBILE DEPOSIT |
| 03/20 | 750.00 | MOBILE DEPOSIT |
| 03/20 | 750.00 | MOBILE DEPOSIT |

FIFTH THIRD BANK
(TENNESSEE)
P.O. BOX 630900 CINCINNATI OH 45263-0900

LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS
OR RON RUNYEON
PO BOX 50617
NASHVILLE TN 37209-0617

0

5624

Banking Center: Metrocenter
Banking Center Phone: 615-248-0729
Business Banking Support: 877-534-2264

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 04/28 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5800 |
| 04/28 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0800 |
| 04/28 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 04/28 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX3800 |
| 04/28 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5800 |
| 04/28 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX9800 |
| 04/28 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 04/28 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2800 |
| 04/28 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5800 |
| 04/28 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 04/28 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2800 |
| 04/28 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX9800 |
| 04/28 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX4800 |
| 04/28 | 1,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXX4508 |



MAY 2017

## Deposits / Credits

32 items totaling $124,542.30

| Date | Amount | Description |
|---|---|---|
| 04/03 | 100.00 | Linda S Simmons DEBITS 2722097870 040317 OFFSET TRANSACTION |
| 04/03 | 12,718.66 | Distinctive Nash 555-555-5555 Settlement 000002482301750 Distinctive Nashville 040317 |
| 04/04 | 500.00 | APPFOLIO INC 8666481536 711909947492J 040417 |
| 04/04 | 1,450.00 | APPFOLIO INC 8666481536 674909948921 040417 |
| 04/04 | 58,684.98 | Distinctive Nash 555-555-5555 Settlement 000002492069858 Distinctive Nashville 040417 |
| 04/05 | 17,928.80 | Distinctive Nash 555-555-5555 Settlement 000002504334574 Distinctive Nashville 040517 |
| 04/06 | 5,915.00 | Distinctive Nash 555-555-5555 Settlement 000002511001794 Distinctive Nashville 040617 |
| 04/07 | 200.00 | Linda S Simmons DEBITS 2722097870 040717 OFFSET TRANSACTION |
| 04/07 | 990.00 | APPFOLIO INC 713909609945 040717 |
| 04/07 | 4,098.68 | Distinctive Nash 555-555-5555 Settlement 000002516945530 Distinctive Nashville 040717 |
| 04/10 | 1,445.00 | Distinctive Nash 555-555-5555 Settlement 000002521435050 Distinctive Nashville 041017 |
| 04/11 | 990.00 | Distinctive Nash 555-555-5555 Settlement 000002525734874 Distinctive Nashville 041117 |
| 04/12 | 855.00 | APPFOLIO INC 8666481536 757909885894 041217 |
| 04/14 | 200.00 | Linda S Simmons DEBITS 2722097870 041417 OFFSET TRANSACTION |
| 04/14 | 650.00 | APPFOLIO INC APPFOLIO 672920700709 041417 |
| 04/18 | 35.00 | APPFOLIO INC 8666481536 767922381164 041817 |
| 04/18 | 70.00 | APPFOLIO INC 8666481536 679920847842 041817 |
| 04/18 | 1,205.53 | DEPOSIT |
| 04/18 | 1,500.00 | DEPOSIT |
| 04/18 | 1,556.79 | Distinctive Nash 555-555-5555 Settlement 000002543978182 Distinctive Nashville 041817 |
| 04/19 | 660.00 | APPFOLIO INC 8666481536 669920935928 041917 |
| 04/20 | 900.00 | DEPOSIT |
| 04/20 | 1,050.00 | Distinctive Nash 555-555-5555 Settlement 000002553833226 Distinctive Nashville 042017 |
| 04/24 | 200.00 | Linda S Simmons DEBITS 2722097870 042417 OFFSET TRANSACTION |
| 04/24 | 940.00 | Distinctive Nash 555-555-5555 Settlement 000002557729390 Distinctive Nashville 042417 |
| 04/25 | 525.00 | Distinctive Nash 555-555-5555 Settlement 000002560833214 Distinctive Nashville 042517 |
| 04/26 | 35.00 | APPFOLIO INC 8666481536 674929823193 042617 |
| 04/26 | 3,044.50 | Distinctive Nash 555-555-5555 Settlement 000002566152222 Distinctive Nashville 042617 |

**FIFTH THIRD BANK**
(TENNESSEE)
P.O. BOX 630900 CONCINNATI OH 45263-0900

LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS
OR RON RUNYEON
PO BOX 90617
NASHVILLE TN 37209-0617

0

5491

Banking Center: Metrocenter
Banking Center Phone: 615-248-0729
Business Banking Support: 877-534-2264



## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 05/24 | 62.20 | 5/3 ONLINE PYMT TO PIEDMONT N- ACCT XXXXXXX03001 |
| 05/24 | 67.68 | 5/3 ONLINE PYMT TO PIEDMONT N- ACCT XXXXXXXXS029 |
| 05/25 | 30.36 | WEB INITIATED PAYMENT AT COMCAST CABLE 5699984 052517 |
| 05/25 | 224.76 | WEB INITIATED PAYMENT AT REPUBLICSERVICES RSI6ILLPAY 308400022503 052517 |
| 05/26 | 500.00 | Linda S Simmons CREDITS 2722097870 052617 OFFSET TRANSACTION |
| 05/26 | 10,071.76 | Linda S Simmons CREDITS 2722097870 052617 OFFSET TRANSACTION |
| 05/31 | 203.18 | WEB INITIATED PAYMENT AT WASTE CONNECTION WEB_PAY 24498180052917 053117 |
| 05/31 | 251.35 | WEB INITIATED PAYMENT AT WASTE CONNECTION WEB_PAY 24498185052917 053117 |
| 05/31 | 1,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXX4508 |

## Deposits / Credits

42 Items totaling $173,196.54

| Date | Amount | Description |
|---|---|---|
| 05/01 | 1,375.00 | Distinctive Nash 555-555-5555 Settlement 000002575297234 Distinctive Nashville 050117 |
| 05/02 | 69,958.24 | Distinctive Nash 555-555-5555 Settlement 000002581255374 Distinctive Nashville 050217 |
| 05/03 | 1,700.00 | APPFOLIO INC 8666481536 748933985903 050317 |
| 05/03 | 6,827.32 | Distinctive Nash 555-555-5555 Settlement 000002594705294 Distinctive Nashville 050317 |
| 05/04 | 535.00 | APPFOLIO INC 8666481536 718930470412 050417 |
| 05/04 | 7,592.00 | Distinctive Nash 555-555-5555 Settlement 000002601573602 Distinctive Nashville 050417 |
| 05/05 | 200.00 | Linda S Simmons DEBITS 2722097870 050517 OFFSET TRANSACTION |
| 05/05 | 6,100.00 | Distinctive Nash 555-555-5555 Settlement 000002607449574 Distinctive Nashville 050517 |
| 05/08 | 70.00 | APPFOLIO INC 8666481536 681939666556 050817 |
| 05/08 | 900.00 | APPFOLIO INC APPFOLIO 732939678678 050817 |
| 05/08 | 20,303.56 | Distinctive Nash 555-555-5555 Settlement 000002613239766 Distinctive Nashville 050817 |
| 05/09 | 775.00 | APPFOLIO INC 8666481536 732942577562 050917 |
| 05/09 | 1,350.00 | Distinctive Nash 555-555-5555 Settlement 000002619765894 Distinctive Nashville 050917 |
| 05/10 | 105.00 | APPFOLIO INC 8666481536 676929853412 051017 |
| 05/11 | 140.00 | APPFOLIO INC 8666481536 683939908325 051117 |
| 05/11 | 1,002.00 | Distinctive Nash 555-555-5555 Settlement 000002630595510 Distinctive Nashville 051117 |
| 05/12 | 120.87 | Linda S Simmons DEBITS 2722097870 051217 OFFSET TRANSACTION |
| 05/12 | 895.16 | Distinctive Nash 555-555-5555 Settlement 000002633689954 Distinctive Nashville 051217 |
| 05/15 | 35.00 | APPFOLIO INC 8666481536 670940003929 051517 |
| 05/16 | 35.00 | APPFOLIO INC 8666481536 664940123876 051617 |
| 05/16 | 35.00 | APPFOLIO INC 8666481536 757945436601 051617 |
| 05/16 | 105.00 | APPFOLIO INC 8666481536 716944324144 051617 |
| 05/17 | 742.76 | APPFOLIO INC 8666481536 669940174588 051717 |
| 05/18 | 300.00 | DEPOSIT |
| 05/18 | 2,400.00 | Distinctive Nash 555-555-5555 Settlement 000002649437398 Distinctive Nashville 051817 |
| 05/19 | 70.00 | APPFOLIO INC 8666481536 683950583947 051917 |
| 05/19 | 100.00 | Linda S Simmons DEBITS 2722097870 051917 OFFSET TRANSACTION |
| 05/19 | 550.00 | Distinctive Nash 555-555-5555 Settlement 000002654445890 Distinctive Nashville 051917 |
| 05/22 | 109.00 | Distinctive Nash 205-264-4275 Settlement CM31 Distinctive Nashville 052217 |
| 05/23 | 268.75 | APPFOLIO INC 8666481536 691952773833 052317 |
| 05/23 | 1,590.00 | Distinctive Nash 205-264-4275 Settlement JWP4L Distinctive Nashville 052317 |
| 05/24 | 50.00 | APPFOLIO INC 8666481536 704952801992 052417 |
| 05/24 | 1,149.66 | DEPOSIT |
| 05/24 | 2,450.97 | Distinctive Nash 205-264-4275 Settlement IND51 Distinctive Nashville 052417 |
| 05/25 | 785.00 | APPFOLIO INC 8666481536 689952914497 052517 |

Page 3 of 4

**FIFTH THIRD BANK**
(TENNESSEE)
P.O. BOX 630900 CINCINNATI OH 45263-0900

LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS
OR RON RUNYEON
PO BOX 90617
NASHVILLE TN 37209-0617

0

5700

Banking Center: Metrocenter
Banking Center Phone: 615-248-0729
Business Banking Support: 877-534-2264

JULY 2017

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 06/20 | 12,956.51 | Linda S Simmons CREDITS 2722097870 062017 OFFSET TRANSACTION |
| 06/20 | 8.95 | 5/3 ONLINE PYMT TO GREATER DI- ACCT XXXXXXXX4595 |
| 06/21 | 601.14 | WEB INITIATED PAYMENT AT REPUBLICSERVICES RSBILLPAY 308400017082 062117 |
| 06/21 | 5,440.15 | HERITAGE BANK DDA PYMT 062117 |
| 06/23 | 125.00 | WEB INITIATED PAYMENT AT PAYPAL INST XFER SPIRITOFATL 062317 |
| 06/26 | 19.99 | DEBIT CARD PURCHASE AT HORTON GROUP, 615-292-8642, TN ON 062317 FROM CARD#: XXXXXXXXXXXX1861 |
| 06/26 | 18.91 | Greater Dickson Bank Draft 021575 062617 |
| 06/26 | 500.00 | Linda S Simmons CREDITS 2722097870 062617 OFFSET TRANSACTION |
| 06/26 | 10,022.51 | Linda S Simmons CREDITS 2722097870 062617 OFFSET TRANSACTION |
| 06/27 | 53.59 | METRO WATER UT BILL 0021330301 062717 |
| 06/27 | 69.12 | METRO WATER UT BILL 0031497304 062717 |
| 06/27 | 32.76 | MERCHANT PAYMENT NNT CELLULAR SAL - 372004 7625 US HWY 70 SOUTH NASHVILLE TN ON 062717 FROM CARD#: XXXXXXXXXXXX186X |
| 06/28 | 79.76 | DEBIT CARD PURCHASE AT CHEATHAM COUNTY CL, 08665145192, TN ON 062817 FROM CARD#: XXXXXXXXXXXX1861 |
| 06/28 | 64.05 | PIEDMONT N. G. DRAFT 9001715543001 062817 |
| 06/28 | 5,359.22 | Linda S Simmons CREDITS 2722097870 062817 OFFSET TRANSACTION |
| 06/29 | 50.19 | PIEDMONT N. G. DRAFT 5002584439003 062917 |
| 06/29 | 79.76 | PIEDMONT N. G. DRAFT 9001356905020 062917 |
| 06/30 | 77.67 | 5/3 ONLINE PYMT TO AT&T / SBC- ACCT XXXXX4870 |
| 06/30 | 91.56 | 5/3 ONLINE PYMT TO ERIE INSUR- ACCT XXXXX0137 |
| 06/30 | 481.72 | 5/3 ONLINE PYMT TO FIDELITY B- ACCT XXXXX8302 |
| 06/30 | 649.37 | 5/3 ONLINE PYMT TO SETERUS IN- ACCT XXXX3944 |
| 06/30 | 1,246.29 | 5/3 ONLINE PYMT TO INDYMAC BA- ACCT XXXXX0020 |
| 06/30 | 1,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXX4508 |
| 06/30 | 1,947.33 | 5/3 ONLINE PYMT TO SELECT POR- ACCT XXXXX1582 |
| 06/30 | 2,525.45 | 5/3 ONLINE PYMT TO ERIE INSUR- ACCT XXXXX0112 |

## Deposits / Credits

38 items totaling $144,719.40

| Date | Amount | Description |
|------|--------|-------------|
| 06/01 | 35.00 | APPFOLIO INC 8666481536 737953429628 060117 |
| 06/01 | 13,929.92 | Distinctive Nash 205-264-4275 Settlement X9F1J Distinctive Nashville 060117 |
| 06/02 | -35.00 | APPFOLIO INC 8666481536 678933646315 060217 |
| 06/02 | 300.00 | APPFOLIO INC APPFOLIO 721953657309 060217 |
| 06/02 | 32,680.00 | Distinctive Nash 205-264-4275 Settlement HVFZ1 Distinctive Nashville 060217 |
| 06/05 | 100.00 | Linda S Simmons DEBITS 2722097870 060517 OFFSET TRANSACTION |
| 06/05 | 550.00 | Distinctive Nash 205-264-4275 Settlement YSR62 Distinctive Nashville 060517 |
| 06/05 | 1,141.00 | APPFOLIO INC 8666481536 708953691113 060517 |
| 06/05 | 21,333.60 | Distinctive Nash 205-264-4275 Settlement 28P52 Distinctive Nashville 060517 |
| 06/06 | 375.00 | APPFOLIO INC 8666481536 688953943754 060617 |
| 06/06 | 450.00 | APPFOLIO INC 8666481536 720953945990 060617 |
| 06/06 | 1,050.00 | APPFOLIO INC 8666481536 719953948586 060617 |
| 06/06 | 27,443.56 | Distinctive Nash 205-264-4275 Settlement 3MTF2 Distinctive Nashville 060617 |
| 06/07 | 865.00 | APPFOLIO INC 8666481536 690954070069 060717 |
| 06/07 | 900.00 | APPFOLIO INC APPFOLIO 752954077314 060717 |
| 06/07 | 2,200.00 | Distinctive Nash 205-264-4275 Settlement MMWR2 Distinctive Nashville 060717 |



**FIFTH THIRD BANK**
(TENNESSEE)
P.O. BOX 630900 CINCINNATI OH 45263-0900

LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS
OR RON RUNYEON
PO BOX 90617
NASHVILLE TN 37209-0617

0

5565

Banking Center: Metrocenter
Banking Center Phone: 615-248-0729
Business Banking Support: 877-534-2264

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 07/27 | 8.62 | 5/3 ONLINE PYMT TO GREATER DI- ACCT XXXXXXX04595 |
| 07/27 | 22.37 | 5/3 ONLINE PYMT TO WATER AUTH- ACCT XXXXXXX00004 |
| 07/28 | 23.05 | MERCHANT PAYMENT PUBLIX SUPER MAR - 753175 4480 S COBB DR SMYRNA GA OH 072817 FROM CARD#: XXXXXXXXXXXXX186X |
| 07/28 | 62.20 | PIEDMONT N. G. DRAFT 0001715943001 072817 |
| 07/28 | 85.00 | PEST, Inc 6158514912 PESTInc 111661 4038 Distinctive Nashville 072817 |
| 07/31 | 10.76 | ATT Payment 285946011EPAYN 073117 |
| 07/31 | 50.19 | PIEDMONT N. G. DRAFT 5002584439003 073117 |
| 07/31 | 53.59 | METRO WATER UT BILL 0021330301 073117 |
| 07/31 | 59.43 | PIEDMONT N. G. DRAFT 9001356905029 073117 |
| 07/31 | 61.36 | METRO WATER UT BILL 0021337302 073117 |
| 07/31 | 61.36 | METRO WATER UT BILL 0021497304 073117 |
| 07/31 | 61.36 | METRO WATER UT BILL 0021503302 073117 |
| 07/31 | 136.26 | METRO WATER UT BILL 0021332300 RONALD RUNYEON 073117 |
| 07/31 | 286.97 | METRO WATER UT BILL 0046363300 DUNHAM STATION CONDOS 073117 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0900 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0600 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1600 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2600 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX3800 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX4800 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX4800 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0800 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5800 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0800 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX3800 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5800 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2600 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX3800 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2800 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX9600 |
| 07/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX4800 |
| 07/31 | 1,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXX04508 |

## Deposits / Credits

38 items totaling $136,866.20

| Date | Amount | Description |
|------|--------|-------------|
| 07/03 | 100.00 | Linda S Simmons DEBITS 2722097870 070317 OFFSET TRANSACTION |
| 07/03 | 600.00 | APPFOLIO INC 8666481536 683987090780 070317 |
| 07/03 | 600.00 | Distinctive Nash 877-542-2244 Settlement V23C3 Distinctive Nashville 070317 |
| 07/03 | 16,962.50 | Distinctive Nash 877-542-2244 Settlement H1LQ03 Distinctive Nashville 070317 |
| 07/05 | 550.00 | APPFOLIO INC 8666481536 751987286914 070517 |
| 07/05 | 3,491.63 | DEPOSIT |



FIFTH THIRD BANK
(TOUR55442)
P.O. BOX 630900 CINCINNATI OH 45263-0900

LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS
OR RON RUNYEON
PO BOX 90617
NASHVILLE TN 37209-0617

0

560S

Banking Center: Metrocenter
Banking Center Phone: 615-248-0729
Business Banking Support: 877-534-2264

**September 2017**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 08/25 | 7.86 | Greater Dickson Bank Draft 021575 082517 |
| 08/25 | 85.00 | PEST, Inc 6158514912 PESTInc 111661 4039 Distinctive Nashville 082517 |
| 08/25 | 500.00 | Linda S Simmons CREDITS 2722097870 082517 OFFSET TRANSACTION |
| 08/25 | 500.00 | Linda S Simmons CREDITS 2722097870 082517 OFFSET TRANSACTION |
| 08/25 | 500.00 | Linda S Simmons CREDITS 2722097870 082517 OFFSET TRANSACTION |
| 08/25 | 20,626.86 | Linda S Simmons CREDITS 2722097870 082517 OFFSET TRANSACTION |
| 08/28 | 26.79 | NASHVILLE ELECT ONLINE PMT CKF046926230NEG DISTINCTIVE NASHVILLE 082817 |
| 08/28 | 36.83 | NASHVILLE ELECT ONLINE PMT CKF252342859NEG DISTINCTIVE NASHVILLE 082817 |
| 08/28 | 41.08 | METRO WATER UT BILL 0021330301 082817 |
| 08/28 | 48.84 | METRO WATER UT BILL 0021337302 082817 |
| 08/28 | 56.59 | METRO WATER UT BILL 0021497304 082817 |
| 08/28 | 64.36 | METRO WATER UT BILL 0021500302 082817 |
| 08/28 | 122.18 | METRO WATER UT BILL 0021332300 RONALD RUNYEON 082817 |
| 08/28 | 133.26 | METRO WATER UT BILL 0046363300 DUNHAM STATION CONDOS 082817 |
| 08/28 | 181.79 | NASHVILLE ELECT ONLINE PMT CKF591581389NEG DISTINCTIVE NASHVILLE 082817 |
| 08/28 | 22,743.92 | Linda S Simmons CREDITS 2722097870 082817 OFFSET TRANSACTION |
| 08/29 | 50.56 | WEB INITIATED PAYMENT AT L2G Metro Water PURC021493 3709581101 082917 |
| 08/29 | 61.28 | PIEDMONT N. G. DRAFT 9001715543001 082917 |
| 08/29 | 8.60 | 5/3 ONLINE PYMT TO GREATER DI- ACCT XXXXXXXX4595 |
| 08/29 | 185.00 | OVERDRAFT FEE |
| 08/30 | 10.76 | ATT Payment 638598011EPAYS 083017 |
| 08/30 | 50.19 | PIEDMONT N. G. DRAFT 5002584439003 083017 |
| 08/30 | 58.51 | PIEDMONT N. G. DRAFT 9001356905029 083017 |
| 08/31 | 29.66 | WEB INITIATED PAYMENT AT PAYPAL-INST XFER TEESPRING 083117 |
| 08/31 | 40.67 | PIEDMONT N. G. DRAFT 5001784933009 083117 |
| 08/31 | 52.02 | FIRSTENERGY OPCO ACH 0035826513479 083117 |
| 08/31 | 145.08 | METRO WATER UT BILL 0022863300 LINDA SIMMONS 083117 |
| 08/31 | 362.26 | VERIZON WIRELESS PAYMENTS 020769165400001 083117 |
| 08/31 | 1,925.19 | CIT BANK,N.A. MTG PYMT 3002810020 083117 |
| 08/31 | 1,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXX4508 |

## Deposits / Credits

47 items totaling $530,047.54

| Date | Amount | Description |
|------|--------|-------------|
| 08/01 | 35.00 | APPFOLIO INC 8666481536 768006972003 080117 |
| 08/01 | 25,841.79 | Distinctive Nash 877-542-2244 Settlement RLY9S Distinctive Nashville 080117 |
| 08/02 | 450.00 | APPFOLIO INC 8666481536 728006502111 080217 |
| 08/02 | 37,005.77 | Distinctive Nash 877-542-2244 Settlement KYCFS Distinctive Nashville 080217 |
| 08/03 | 440.00 | APPFOLIO INC 8666481536 757006592630 080317 |
| 08/03 | 9,438.78 | Distinctive Nash 877-542-2244 Settlement SPVKS Distinctive Nashville 080317 |
| 08/04 | 100.00 | Linda S Simmons DEBITS 2722097870 080417 OFFSET TRANSACTION |
| 08/04 | 7,042.00 | Distinctive Nash 877-542-2244 Settlement GCWFS Distinctive Nashville 080417 |
| 08/07 | 1,400.00 | APPFOLIO INC 8666481536 746006747651 080717 |
| 08/07 | 2,531.67 | Distinctive Nash 877-542-2244 Settlement R25VS Distinctive Nashville 080717 |
| 08/07 | 22,242.80 | Distinctive Nash 877-542-2244 Settlement NV2VS Distinctive Nashville 080717 |
| 08/08 | 0.43 | Bill.com Verify 01SHLZCCFVMS6I3 Distinctive Nashville 080817 |
| 08/08 | 751.50 | APPFOLIO INC 8666481536 735006920991 080817 |
| 08/08 | 900.00 | APPFOLIO INC APPFOLIO 738006918491 080817 |

FIFTH THIRD BANK

(TENNESSEE)
P.O. BOX 630900 CINCINNATI OH 45263-0900

LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS
OR RON RUNYEON
PO BOX 90617
NASHVILLE TN 37209-0617

0

5735

Banking Center: Metrocenter
Banking Center Phone: 615-248-0729
Business Banking Support: 877-534-2264



## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 09/28 | 19,873.70 | Linda S Simmons CREDITS 2722097870 092817 OFFSET TRANSACTION |
| 09/29 | 27.42 | NASHVILLE ELECT ONLINE PMT CKF66406436NEG DISTINCTIVE NASHVILLE 092917 |
| 09/29 | 44.87 | NASHVILLE ELECT ONLINE PMT CKF388778697NEG DISTINCTIVE NASHVILLE 092917 |
| 09/29 | 50.19 | PIEDMONT N. G. DRAFT S002584439003 092917 |
| 09/29 | 65.90 | NASHVILLE ELECT ONLINE PMT CKF131521554fNEG DISTINCTIVE NASHVILLE 092917 |
| 09/29 | 80.69 | PIEDMONT N. G. DRAFT 9001356305029 092917 |
| 09/29 | 235.74 | NASHVILLE ELECT ONLINE PMT CKF851251601NEG DISTINCTIVE NASHVILLE 092917 |
| 09/29 | 261.29 | NASHVILLE ELECT ONLINE PMT CKF879069837NEG DISTINCTIVE NASHVILLE 092917 |
| 09/29 | 77.67 | 5/3 ONLINE PYMT TO AT&T / SBC - ACCT XXXXX4870 |
| 09/29 | 481.72 | 5/3 ONLINE PYMT TO FIDELITY B - ACCT XXXXX08302 |
| 09/29 | 640.37 | 5/3 ONLINE PYMT TO SETERUS IN - ACCT XXXX3944 |
| 09/29 | 1,746.29 | 5/3 ONLINE PYMT TO INDYMAC BA - ACCT XXXXXX0020 |
| 09/29 | 1,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR - ACCT XXXXXXXXX4508 |
| 09/29 | 1,947.33 | 5/3 ONLINE PYMT TO SELECT POR - ACCT XXXXX1582 |

## Deposits / Credits

42 items totaling $200,623.45

| Date | Amount | Description |
|------|--------|-------------|
| 09/01 | 12,480.00 | Distinctive Nash 877-542-2244 Settlement H8STG Distinctive Nashville 090117 |
| 09/05 | 475.00 | APPFOLIO INC 8666481536 664043011586 090517 |
| 09/05 | 30,351.76 | Distinctive Nash 877-542-2244 Settlement 22BK7 Distinctive Nashville 090517 |
| 09/05 | 32,860.54 | Distinctive Nash 877-542-2244 Settlement 6DM87 Distinctive Nashville 090517 |
| 09/05 | 147,776.86 | INCOMING WIRE TRANS 090517 |
| 09/06 | 435.00 | APPFOLIO INC 8666481536 712043216774 090617 |
| 09/06 | 450.00 | APPFOLIO INC 8666481536 765043232833 090617 |
| 09/06 | 13,947.70 | Distinctive Nash 877-542-2244 Settlement RT8P7 Distinctive Nashville 090617 |
| 09/07 | 1,000.00 | APPFOLIO INC 8666481536 732043271105 090717 |
| 09/07 | 2,069.42 | Distinctive Nash 877-542-2244 Settlement 1X6R7 Distinctive Nashville 090717 |
| 09/08 | 100.00 | Linda S Simmons DEBITS 2722097870 090817 OFFSET TRANSACTION |
| 09/08 | 200.00 | Linda S Simmons DEBITS 2722097870 090817 OFFSET TRANSACTION |
| 09/08 | 686.00 | APPFOLIO INC 8666481536 754043299792 090817 |
| 09/11 | 665.00 | APPFOLIO INC 8666481536 666043322614 091117 |
| 09/11 | 900.00 | APPFOLIO INC 765043355633 091117 |
| 09/12 | 100.00 | Linda S Simmons DEBITS 2722097870 091217 OFFSET TRANSACTION |
| 09/12 | 200.00 | Linda S Simmons DEBITS 2722097870 091217 OFFSET TRANSACTION |
| 09/12 | 1,872.67 | Distinctive Nash 877-542-2244 Settlement 51BW7 Distinctive Nashville 091217 |
| 09/13 | 105.00 | APPFOLIO INC 8666481536 663043567293 091317 |
| 09/13 | 19,111.97 | Linda S Simmons CASH TRANS 2722097870 091317 OFFSET TRANSACTION |
| 09/14 | 20.00 | Linda S Simmons DEBITS 2722097870 091417 OFFSET TRANSACTION |
| 09/14 | 100.00 | Linda S Simmons DEBITS 2722097870 091417 OFFSET TRANSACTION |
| 09/14 | 1,201.75 | APPFOLIO INC 8666481536 671043612341 091417 |
| 09/15 | 35.00 | APPFOLIO INC 8666481536 699054108100 091517 |
| 09/15 | 935.00 | Distinctive Nash 877-542-2244 Settlement S78Y7 Distinctive Nashville 091517 |
| 09/18 | 90.00 | Distinctive Nash 877-542-2244 Settlement BP6Z7 Distinctive Nashville 091817 |
| 09/19 | 2,090.00 | Distinctive Nash 877-542-2244 Settlement M4108 Distinctive Nashville 091917 |
| 09/20 | 35.00 | APPFOLIO INC 8666481536 761054570824 092017 |
| 09/20 | 1,366.78 | DEPOSIT |
| 09/21 | 600.00 | Distinctive Nash 877-542-2244 Settlement VDG18 Distinctive Nashville 092117 |

Case 3:10-bk-12006    Doc 375    Filed 11/12/18    Entered 11/12/18 15:06:19    Desc Main
Document        Page 63 of 88

Statement Period Date: 10/1/2017 - 10/31/2017
Account Type: BUS ADVANTAGE CHKING
Account Number: 7361326494

Banking Center: Metrocenter
Banking Center Phone: 615-248-0229
Business Banking Support: 877-534-2264



**FIFTH THIRD BANK**
(TENNESSEE)
P.O. BOX 630412 CINCINNATI OH 45263-0901

LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS
OR RON RUNYEON
PO BOX 90617
NASHVILLE TN 37209-0617

6

5630

## Withdrawals / Debits - continued

November 2017

| Date | Amount | Description |
|------|--------|-------------|
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX9800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX3800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX4800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX6800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX7800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX8800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX3800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX7800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2900 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2600 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX9800 |
| 10/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0800 |
| 10/31 | 1,910.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXX4508 |

## Deposits / Credits

37 items totaling $240,511.98

| Date | Amount | Description |
|------|--------|-------------|
| 10/02 | 10,585.00 | Distinctive Nash 877-542-2244 Settlement 1CXJ48 Distinctive Nashville 100217 |
| 10/02 | 29,810.30 | DEPOSIT |
| 10/03 | 450.00 | APPFOLIO INC 8666481536 590066894044 100317 |
| 10/03 | 60,578.17 | Distinctive Nash 877-542-2244 Settlement XVY69 Distinctive Nashville 100317 |
| 10/04 | 2,731.91 | Linda S Simmons DEBITS 2722097870 100417 OFFSET TRANSACTION |
| 10/04 | 13,941.67 | Distinctive Nash 877-542-2244 Settlement NKHB9 Distinctive Nashville 100417 |
| 10/05 | 500.00 | AppFolio INC 8666481536 70706986249 1 100517 |
| 10/05 | 14,422.80 | Distinctive Nash 877-542-2244 Settlement QMSF9 Distinctive Nashville 100517 |
| 10/05 | 24,587.19 | Linda S Simmons DEBITS 2722097870 100517 OFFSET TRANSACTION |
| 10/06 | 2,000.00 | APPFOLIO INC 8666481536 598070688886 100617 |
| 10/06 | 10,875.00 | Distinctive Nash 877-542-2244 Settlement FQXK9 Distinctive Nashville 100617 |
| 10/10 | 335.15 | DEPOSIT |
| 10/10 | 375.00 | APPFOLIO INC 8666481536 662072637789 101017 |
| 10/10 | 900.00 | APPFOLIO INC APPFOLIO 668072638091 101017 |
| 10/10 | 3,308.03 | Distinctive Nash 877-542-2244 Settlement F7RJ49 Distinctive Nashville 101017 |
| 10/10 | 1,340.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXX04244 REF # 00495782068 |
| 10/11 | 570.00 | APPFOLIO INC 8666481536 695076770858 101117 |
| 10/12 | 350.00 | Distinctive Nash 877-542-2244 Settlement FVKG9 Distinctive Nashville 101217 |
| 10/12 | 22,000.00 | Linda S Simmons DEBITS 2722097870 101217 OFFSET TRANSACTION |
| 10/16 | 250.00 | Distinctive Nash 877-542-2244 Settlement YL359 Distinctive Nashville 101617 |
| 10/17 | 100.00 | Linda S Simmons DEBITS 2722097870 101717 OFFSET TRANSACTION |

Case 3:10-bk-12006    Doc 375    Filed 11/12/18    Entered 11/12/18 15:06:19    Desc Main
Document    Page 64 of 88

FIFTH THIRD BANK
(TENNESSEE)
P.O. BOX 630900 CINCINNATI OH 45263-0900

LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS
OR RON RUNYEON
PO BOX 90617
NASHVILLE TN 37209-0617

Statement Period Date: 11/1/2017 - 11/30/2017
Account Type: BUS ADVANTAGE CHKING
Account Number: 7361326494

Banking Center: Metrocenter
Banking Center Phone: 615-248-0729
Business Banking Support: 877-534-2264

0

$608

## Withdrawals / Debits · continued

| Date | Amount | Description |
|---|---|---|
| | |  December 2017 |
| 11/29 | 170.00 | DEBIT CARD PURCHASE AT PEST INC, 615-851-4912, TN ON 112817 FROM CARD#: XXXXXXXXXXX1861 |
| 11/29 | 320.00 | DEBIT CARD PURCHASE AT PEST INC, 615-851-4912, TN ON 112817 FROM CARD#: XXXXXXXXXXX1861 |
| 11/29 | 395.00 | DEBIT CARD PURCHASE AT PEST INC, 615-851-4912, TN ON 112817 FROM CARD#: XXXXXXXXXXX1861 |
| 11/29 | 67.51 | PIEDMONT N. G. DRAFT 9001715513001 112917 |
| 11/30 | 9.59 | WEB INITIATED PAYMENT AT PAYPAL INST XFER WASHPOST 113017 |
| 11/30 | 41.78 | FIRSTENERGY OPCO ACH 003446131473 113017 |
| 11/30 | 50.19 | PIEDMONT N. G. DRAFT S002584439003 113017 |
| 11/30 | 248.11 | PIEDMONT N. G. DRAFT 9001356905029 113017 |
| 11/30 | 500.00 | Linda S Simmons CREDITS 2722097870 113017 OFFSET TRANSACTION |
| 11/30 | 500.00 | Linda S Simmons CREDITS 2722097870 113017 OFFSET TRANSACTION |
| 11/30 | 1,940.95 | S/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXXX4508 |

## Deposits / Credits

44 items totaling $181,313.64

| Date | Amount | Description |
|---|---|---|
| 11/01 | 100.00 | Linda S Simmons DEBITS 2722097870 110117 OFFSET TRANSACTION |
| 11/01 | 200.00 | Linda S Simmons DEBITS 2722097870 110117 OFFSET TRANSACTION |
| 11/01 | 13,670.00 | Distinctive Nash 877-542-2244 Settlement 37TGB Distinctive Nashville 110117 |
| 11/02 | 37,735.00 | Distinctive Nash 877-542-2244 Settlement 2LNXB Distinctive Nashville 110217 |
| 11/03 | 450.00 | APPFOLIO INC 8666481536 632091901338 110317 |
| 11/03 | 9,626.06 | Distinctive Nash 877-542-2244 Settlement R322C Distinctive Nashville 110317 |
| 11/06 | 440.00 | APPFOLIO INC 8666481536 910010823564 110617 |
| 11/06 | 10,160.00 | Distinctive Nash 877-542-2244 Settlement 32X8C Distinctive Nashville 110617 |
| 11/07 | 150.00 | DEPOSIT |
| 11/07 | 500.00 | APPFOLIO INC 8666481536 910013325850 110717 |
| 11/07 | 23,962.80 | Distinctive Nash 877-542-2244 Settlement LYYGG Distinctive Nashville 110717 |
| 11/08 | 900.00 | APPFOLIO INC APPOLIO 7530097013926 110817 |
| 11/08 | 1,453.00 | APPFOLIO INC 8666481536 74009704307S 110817 |
| 11/09 | 335.15 | DEPOSIT |
| 11/09 | 350.00 | Distinctive Nash 877-542-2244 Settlement RDX8C Distinctive Nashville 110917 |
| 11/09 | 840.00 | APPFOLIO INC 8666481536 734097091145 110917 |
| 11/10 | 890.00 | Distinctive Nash 877-542-2244 Settlement BCFLC Distinctive Nashville 111017 |
| 11/13 | 200.00 | Linda S Simmons DEBITS 2722097870 111317 OFFSET TRANSACTION |
| 11/13 | 600.00 | Linda S Simmons DEBITS 2722097870 111317 OFFSET TRANSACTION |
| 11/13 | 1,095.00 | Distinctive Nash 877-542-2244 Settlement CSTXMC Distinctive Nashville 111317 |
| 11/13 | 31,270.64 | Linda S Simmons DEBITS 2722097870 111317 OFFSET TRANSACTION |
| 11/14 | 935.00 | Distinctive Nash 877-542-2244 Settlement MX4NC Distinctive Nashville 111417 |
| 11/15 | 45.44 | DEPOSIT |
| 11/15 | 1,188.00 | APPFOLIO INC 8666481536 765097436613 111517 |
| 11/16 | 1,797.00 | S/3 ONLINE PYMT TO HOMEQ SERV- ACCT XXXXXXXX0634 |
| 11/16 | 70.00 | APPFOLIO INC 8666481536 733097497073 111617 |
| 11/17 | 100.00 | Linda S Simmons DEBITS 2722097870 111717 OFFSET TRANSACTION |
| 11/17 | 150.00 | Distinctive Nash 877-542-2244 Settlement ZM3QC Distinctive Nashville 111717 |
| 11/17 | 200.00 | Linda S Simmons DEBITS 2722097870 111717 OFFSET TRANSACTION |
| 11/17 | 670.00 | APPFOLIO INC 8666481536 724108666492 111717 |
| 11/17 | 2,731.91 | Linda S Simmons DEBITS 2722097870 111717 OFFSET TRANSACTION |
| 11/21 | 1,095.00 | Distinctive Nash 877-542-2244 Settlement 00000331769959S Distinctive Nashville 112117 |
| 11/22 | 1,250.00 | Distinctive Nash 877-542-2244 Settlement 00000332349838S Distinctive Nashville 112217 |

Page 3 of 4

FIFTH THIRD BANK
(TENNESSEE)
P.O. BOX 630900 CINCINNATI OH 45263-0900

LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS
OR RON RUNYEON
PO BOX 90617
NASHVILLE TN 37209-0617

Statement Period Date: 12/1/2017 - 12/31/2017
Account Type: BUS ADVANTAGE CHKING
Account Number: 7361326494

Banking Center: Metrocenter
Banking Center Phone: 615-248-0729
Business Banking Support: 877-534-2264

0

6285



## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 12/28 | 82.03 | METRO WATER UT BILL 0046363300 DUNHAM STATION CONDOS 122817 |
| 12/28 | 160.00 | PEST, Inc 6158514912 PESTinc 111661 4039 Distinctive Nashville 122817 |
| 12/28 | 180.00 | PEST, Inc 6158514912 PESTinc 111661 4039 Distinctive Nashville 122817 |
| 12/28 | 1,233.00 | STATE FARM RO 08 CPC-CLIENT-16 F BZW8112 RONALD RUNYEON 122817 |
| 12/29 | 64.48 | PIEDMONT N. G. DRAFT 9001715543001 122917 |
| 12/29 | 443.48 | WEB INITIATED PAYMENT AT COMCAST CORPORAT CABLE SVC 2182855 122917 |
| 12/29 | 644.80 | BANNER BILL Pay 17182908527 122917 |
| 12/29 | 1,481.90 | BIS CONN BIS Batch CHEATHAM 122917 |
| 12/29 | 77.67 | 5/3 ONLINE PYMT TO AT&T / SBC- ACCT XXXXX4870 |
| 12/29 | 481.72 | 5/3 ONLINE PYMT TO FIDELITY B- ACCT XXXXXX8302 |
| 12/29 | 640.37 | 5/3 ONLINE PYMT TO SELFERUS IN- ACCT XXXX3944 |
| 12/29 | 1,246.29 | 5/3 ONLINE PYMT TO INDYMAC BA- ACCT XXXXXXX0300 |
| 12/29 | 1,797.00 | 5/3 ONLINE PYMT TO HOMEQ SERV- ACCT XXXXXX0634 |
| 12/29 | -1,540.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXX4508 * |
| 12/29 | 1,947.33 | 5/3 ONLINE PYMT TO SELECT POR- ACCT XXXXX1582 |

## Deposits / Credits

39 Items totaling $141,206.11

| Date | Amount | Description |
|---|---|---|
| 12/01 | 2,458.50 | APPFOLIO INC 8666481536 708109697061 120117 |
| 12/01 | 2,731.91 | Linda S Simmons DEBITS 2722097870 120117 OFFSET TRANSACTION |
| 12/04 | 18,723.84 | Distinctive Nash Settlement 00000334970450I Distinctive Nashville 120117 |
| 12/04 | 100.00 | Linda S Simmons DEBITS 2722097870 120417 OFFSET TRANSACTION |
| 12/04 | 1,150.00 | Distinctive Nash Settlement 0000036823140I Distinctive Nashville 120417 |
| 12/04 | 32,825.48 | Distinctive Nash Settlement 0000033656730461 Distinctive Nashville 120417 |
| 12/05 | -375.00 | APPFOLIO INC 8666481536 753110036706 120517 |
| 12/05 | 2,167.75 | APPFOLIO INC 8666481536 714110026861 120517 |
| 12/05 | -29,558.27 | Distinctive Nash Settlement 0000037163480S Distinctive Nashville 120517 |
| 12/05 | 13,042.64 | Distinctive Nash Settlement 0000033832092097 Distinctive Nashville 120517 |
| 12/07 | -365.00 | Linda S Simmons DEBITS 2722097870 120717 OFFSET TRANSACTION |
| 12/07 | 1,000.00 | Linda S Simmons DEBITS 2722097870 120717 OFFSET TRANSACTION |
| 12/07 | 2,024.00 | Distinctive Nash Settlement 0000033021892269 Distinctive Nashville 120717 |
| 12/08 | 100.00 | Linda S Simmons DEBITS 2722097870 120817 OFFSET TRANSACTION |
| 12/08 | 221.00 | Linda S Simmons DEBITS 2722097870 120817 OFFSET TRANSACTION |
| 12/08 | 335.15 | DEPOSIT |
| 12/08 | 588.00 | Distinctive Nash Settlement 0000033968169901 Distinctive Nashville 120817 |
| 12/08 | -900.00 | APPFOLIO INC APPFOLIO 723125632612 120817 |
| 12/11 | 505.00 | Linda S Simmons DEBITS 2722097870 121117 OFFSET TRANSACTION |
| 12/11 | 1,539.00 | APPFOLIO INC 8666481536 910013956570 121117 |
| 12/12 | -475.00 | APPFOLIO INC 8666481536 708125944299 121217 |
| 12/12 | 935.00 | Distinctive Nash Settlement 0000034064389509 Distinctive Nashville 121217 |
| 12/13 | 1,797.00 | 5/3 ONLINE PYMT TO HOMEQ SERV- ACCT XXXXXX0634 |
| 12/15 | 35.00 | APPFOLIO INC 8666481536 740126216962 121517 |
| 12/15 | 628.00 | DEPOSIT |
| 12/18 | 150.00 | Linda S Simmons DEBITS 2722097870 121817 OFFSET TRANSACTION |
| 12/18 | 812.50 | Distinctive Nash Settlement 0000034246362717 Distinctive Nashville 121817 |
| 12/19 | 440.00 | APPFOLIO INC 8666481536 676127760654 121917 |
| 12/19 | 1,250.00 | Distinctive Nash Settlement 0000034429180273 Distinctive Nashville 121917 |

FIFTH THIRD BANK
(TENNESSEE)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 1/1/2018 - 1/31/2018
Account Type: BUS ADVANTAGE CHKING
Account Number: 7361326494

LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS
OR RON RUNYEON
PO BOX 90617
NASHVILLE TN 37209-0617

Banking Center: Metrocenter
Banking Center Phone: 615-248-0729
Business Banking Support: 877-534-2264

0

5624

## Withdrawals / Debits - continued



February 2018

| Date | Amount | Description |
|---|---|---|
| 01/29 | 1,374.95 | METRO WATER UT BILL 0060093300 DUNHAM STATION CONDOS 012918 |
| 01/30 | 27.69 | ATT Payment 638521011EPAYO 013018 |
| 01/30 | 63.27 | PIEDMONT N. G. DRAFT 9001715543001 013018 |
| 01/30 | 3,097.00 | ERIE INSURANCE ACHWEB 000000905921041 013018 |
| 01/30 | 1,140.00 | ERIE INSURANCE ACHWEB 000000905922107 013018 |
| 01/30 | 23,169.62 | Linda S Simmons CREDITS 2722097870 013018 OFFSET TRANSACTION |
| 01/31 | 50.19 | PIEDMONT N. G. DRAFT 3002584419003 013118 |
| 01/31 | 152.16 | METRO WATER UT BILL 0022863300 LINDA SIMMONS 013118 |
| 01/31 | 362.45 | VERIZON WIRELESS PAYMENTS 020789165400001 013118 |
| 01/31 | 2,198.58 | PIEDMONT N. G. DRAFT 9001356905029 013118 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX9800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX3600 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX4800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX8800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX9800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX9800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 01/31 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX0800 |
| 01/31 | 1,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXXX4508 |

## Deposits / Credits

44 items totaling $287,685.09

| Date | Amount | Description |
|---|---|---|
| 01/02 | 9,505.00 | Distinctive Nash Settlement 000003456697349 Distinctive Nashville 010218 |
| 01/02 | 44,598.28 | Distinctive Nash Settlement 000003472130313 Distinctive Nashville 010218 |
| 01/03 | 363.00 | APPFOLIO INC 8666481536 666132489670 010318 |
| 01/03 | 725.00 | APPFOLIO INC 8666481536 689132285971 010318 |
| 01/04 | 22,794.64 | Distinctive Nash Settlement 000003481482685 Distinctive Nashville 010318 |
| 01/04 | 450.00 | APPFOLIO INC 8666481536 240135403353 010418 |
| 01/05 | 4,555.00 | Distinctive Nash Settlement 000003493742925 Distinctive Nashville 010418 |
| 01/05 | 150.00 | Linda S Simmons DEBITS 2722097870 010518 OFFSET TRANSACTION |
| 01/05 | 150.00 | Linda S Simmons DEBITS 2722097870 010518 OFFSET TRANSACTION |
| 01/05 | 1,934.97 | APPFOLIO INC 8666481536 760127195307 010518 |
| 01/05 | 2,731.91 | Linda S Simmons DEBITS 2722097870 010518 OFFSET TRANSACTION |

Page 3 of 4

**FIFTH THIRD BANK**
(TENNESSEE)
P.O. BOX 630900 CINCINNATI OH 45263-0900

LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS
OR RON RUNYEON
PO BOX 90617
NASHVILLE TN 37209-0617

0

S638

Banking Center: Metrocenter
Banking Center Phone: 615-248-0729
Business Banking Support: 877-534-7264

march 2018

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 02/27 | 79.87 | METRO WATER UT BILL 0021503302 022718 |
| 02/27 | 87.64 | METRO WATER UT BILL 0021337302 022718 |
| 02/27 | 110.92 | METRO WATER UT BILL 0021497304 022718 |
| 02/27 | 164.88 | METRO WATER UT BILL 0021332300 RONALD RUNYEON 022718 |
| 02/27 | 1,516.78 | METRO WATER UT BILL 0060093300 DURHAM STATION CONDOS 022718 |
| 02/27 | 247.50 | RETURN DEPOSIT ITEM(S) ADVICE:100914 |
| 02/28 | 63.35 | PIEDMONT N. G. DRAFT 9001715543001 022818 |
| 02/28 | 355.28 | METRO WATER UT BILL 0046363300 DURHAM STATION CONDOS 02281B |
| 02/28 | 1,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXXX4509 |

## Deposits / Credits

40 Items totaling $141,296.25

| Date | Amount | Description |
|------|--------|-------------|
| 02/01 | 18,721.83 | Distinctive Nash Settlement 000003598570077 Distinctive Nashville 020118 |
| 02/02 | 825.00 | APPFOLIO INC 8666481536 698173901659 020218 |
| 02/02 | 34,347.06 | Distinctive Nash Settlement 000003605362321 Distinctive Nashville 020218 |
| 02/05 | 550.00 | DEPOSIT |
| 02/05 | 675.00 | APPFOLIO INC 8666481536 760173953555 020518 |
| 02/05 | 8,791.06 | Distinctive Nash Settlement 000003617302333 Distinctive Nashville 020518 |
| 02/06 | 150.00 | Linda S Simmons DEBITS 2722097870 020618 OFFSET TRANSACTION |
| 02/06 | 756.00 | Linda S Simmons DEBITS 2722097870 020618 OFFSET TRANSACTION |
| 02/06 | 1,000.00 | Linda S Simmons DEBITS 2722097870 020618 OFFSET TRANSACTION |
| 02/06 | 2,731.91 | Linda S Simmons DEBITS 2722097870 020618 OFFSET TRANSACTION |
| 02/06 | 30,472.80 | Distinctive Nash Settlement 000003629464573 Distinctive Nashville 020618 |
| 02/07 | 8,426.30 | Distinctive Nash Settlement 000003641401453 Distinctive Nashville 020718 |
| 02/08 | 864.50 | Distinctive Nash Settlement 000003647226417 Distinctive Nashville 020818 |
| 02/08 | 900.00 | APPFOLIO INC APPFOLIO 910018118589 020818 |
| 02/09 | -35.00 | APPFOLIO INC 8666481536 910019387068 020918 |
| 02/12 | 35.00 | APPFOLIO INC 8666481536 910021489304 021218 |
| 02/12 | 670.30 | DEPOSIT |
| 02/13 | 35.00 | APPFOLIO INC 8666481536 910025353368 021318 |
| 02/13 | 300.00 | APPFOLIO INC 8666481536 910025381090 021318 |
| 02/13 | 684.00 | Linda S Simmons DEBITS 2722097870 021316 OFFSET TRANSACTION |
| 02/13 | 804.00 | Linda S Simmons DEBITS 2722097870 021318 OFFSET TRANSACTION |
| 02/13 | 1,688.00 | Distinctive Nash Settlement 000003661868653 Distinctive Nashville 021318 |
| 02/13 | 1,797.00 | 5/3 ONLINE PYMT TO HOMEQ SERV- ACCT XXXXXX0634 |
| 02/15 | 1,085.00 | Distinctive Nash Settlement 000003673472277 Distinctive Nashville 021518 |
| 02/15 | 1,350.00 | APPFOLIO INC 8666481536 691184992528 021518 |
| 02/16 | 1,015.00 | Distinctive Nash Settlement 000003677876693 Distinctive Nashville 021618 |
| 02/20 | 710.00 | Distinctive Nash Settlement 000003681625369 Distinctive Nashville 022018 |
| 02/21 | 35.00 | APPFOLIO INC 8666481536 557188687483 022118 |
| 02/21 | 35.00 | APPFOLIO INC 8666481536 593189240594 022118 |
| 02/21 | 200.00 | Linda S Simmons DEBITS 2722097870 022118 OFFSET TRANSACTION |
| 02/21 | 982.60 | Linda S Simmons CASH TRANS 2722097870 022118 OFFSET TRANSACTION |
| 02/21 | 1,738.69 | Distinctive Nash Settlement 000003686875397 Distinctive Nashville 022118 |
| 02/22 | 864.25 | DEPOSIT |
| 02/22 | 909.57 | Distinctive Nash Settlement 000003693814193 Distinctive Nashville 022218 |
| 02/23 | 380.00 | Distinctive Nash Settlement 000003697892093 Distinctive Nashville 022318 |

Page 3 of 4

**FIFTH THIRD BANK**
(TENNESSEE)
P.O. BOX 630000 CINCINNATI OH 45263-0900

Banking Center: Metrocenter
Banking Center Phone: 615-248-0729
Business Banking Support: 877-534-2264

LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS
OR RON RUNYEON
PO BOX 90617
NASHVILLE TN 37209-0617

0

484

## April 2018

### Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 03/20 | 5,440.15 | HERITAGE BANK DOA PYMT 032018 |
| 03/20 | 116.79 | MERCHANT PAYMENT COSTCO WHSE #063 - 063113 2900 CUMBERLAND MALL SE ATLANTA GA ON 032018 FROM CARD#: XXXXXXXXXXXX186X |
| 03/21 | 45.42 | DEBIT CARD PURCHASE AT BETTER BUSINESS BU, 615-2501087, TN ON 032018 FROM CARD#: XXXXXXXXXXXX1861 |
| 03/22 | 30.56 | METRO WATER UT BILL 0030496306 032218 |
| 03/23 | 719.00 | WEB INITIATED PAYMENT AT COMCAST CORPORAT CABLE SVC 6832510 032318 |
| 03/26 | 19.99 | DEBIT CARD PURCHASE AT HORTON GROUP, 615-292-8642, TN ON 032318 FROM CARD#: XXXXXXXXXXXX1861 |
| 03/26 | 83.87 | Greater Dickson Bank Draft 021575 032618 |
| 03/26 | 192.00 | Linda S Simmons CASH DISB 2722097870 032618 OFFSET TRANSACTION |
| 03/26 | 439.38 | METRO WATER UT BILL 0017917301 RONALD RUNYEON 032618 |
| 03/26 | 500.00 | Linda S Simmons CREDITS 2722097870 032618 OFFSET TRANSACTION |
| 03/26 | 600.00 | Linda S Simmons CASH DISB 2722097870 032618 OFFSET TRANSACTION |
| 03/26 | 750.00 | Linda S Simmons CASH DISB 2722097870 032618 OFFSET TRANSACTION |
| 03/26 | 1,038.00 | Linda S Simmons CASH DISB 2722097870 032618 OFFSET TRANSACTION |
| 03/26 | 8,528.46 | Linda S Simmons CREDITS 2722097870 032618 OFFSET TRANSACTION |
| 03/27 | 33.33 | METRO WATER UT BILL 0021330301 032718 |
| 03/27 | 72.12 | METRO WATER UT BILL 0021337302 032718 |
| 03/27 | 87.64 | METRO WATER UT BILL 0021503102 032718 |
| 03/27 | 95.39 | METRO WATER UT BILL 0021497304 032718 |
| 03/27 | 130.72 | METRO WATER UT BILL 0021332300 RONALD RUNYEON 032718 |
| 03/27 | 1,311.14 | METRO WATER UT BILL 0060093300 DUNHAM STATION CONDOS 032718 |
| 03/28 | 883.46 | DEBIT CARD PURCHASE AT The Spa Guy Inc, 6154816941, TN ON 032718 FROM CARD#: XXXXXXXXXXXX1861 |
| 03/28 | 65.98 | PIEDMONT N. G. DRAFT 9001715543001 032818 |
| 03/28 | 107.64 | METRO WATER UT BILL 0046363300 DUNHAM STATION CONDOS 032818 |
| 03/29 | 1.50 | METRO WATER UT BILL 0019649302 032918 |
| 03/29 | 50.19 | PIEDMONT N. G. DRAFT 5002584439003 032918 |
| 03/29 | 70.00 | APPFOLIO INC 8666481536 763222469701 032918 |
| 03/29 | 609.73 | PIEDMONT N. G. DRAFT 9001356505029 032918 |
| 03/30 | 29.61 | ATT Payment 645902011EPAY1 032018 |
| 03/30 | 266.00 | 5/3 ONLINE PYMT TO AT&T / SBC- ACCT XXXXX4870 |
| 03/30 | 481.72 | 5/3 ONLINE PYMT TO FIDELITY B- ACCT XXXXXX8302 |
| 03/30 | 640.37 | 5/3 ONLINE PYMT TO SETERUS IN- ACCT XXXX3944 |
| 03/30 | 1,246.29 | 5/3 ONLINE PYMT TO LOANCARE S- ACCT XXXXXX4771 |
| 03/30 | 1,797.00 | 5/3 ONLINE PYMT TO HOMEQ SERV- ACCT XXXXXX0634 |
| 03/30 | 1,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXXX4508 |
| 03/30 | 1,947.33 | 5/3 ONLINE PYMT TO SELECT POR- ACCT XXXXXX1582 |

### Deposits / Credits

41 items totalling $151,236.34

| Date | Amount | Description |
|------|--------|-------------|
| 03/01 | 820.00 | APPFOLIO INC 8666481536 742197256215 030118 |
| 03/01 | 21,268.41 | Distinctive Nash Settlement 000000719323489 Distinctive Nashville 030118 |
| 03/02 | 27,584.82 | Distinctive Nash Settlement 000000727973361 Distinctive Nashville 030218 |
| 03/05 | 450.00 | APPFOLIO INC 8666481536 712197325254 030518 |
| 03/05 | 1,070.00 | Distinctive Nash Settlement 000003749804997 Distinctive Nashville 030518 |
| 03/05 | 20,213.75 | Distinctive Nash Settlement 000003740474109 Distinctive Nashville 030518 |



FIFTH THIRD BANK

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 04/30 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2800 |
| 04/30 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX5800 |
| 04/30 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX1800 |
| 04/30 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX2800 |
| 04/30 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX9800 |
| 04/30 | 4.50 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX4800 |
| 04/30 | 4,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXXX4508 |

## Deposits / Credits

42 Items totaling $153,896.63

| Date | Amount | Description |
|------|--------|-------------|
| 04/02 | 481.12 | Distinctive Nash Settlement 000003861587353 Distinctive Nashville 040218 |
| 04/02 | 750.50 | APPFOLIO INC 8666481536 718224391146 040218 |
| 04/02 | 16,270.00 | Distinctive Nash Settlement 000003855917637 Distinctive Nashville 040218 |
| 04/03 | 70.00 | APPFOLIO INC 8666481536 557224712426 040318 |
| 04/03 | 400.00 | APPFOLIO INC 8666481536 579224721568 040318 |
| 04/03 | 830.00 | APPFOLIO INC 8666481536 589224889856 040318 |
| 04/03 | 55,588.88 | Distinctive Nash Settlement 000003865489793 Distinctive Nashville 040318 |
| 04/04 | 605.00 | APPFOLIO INC 8666481536 679224513947 040418 |
| 04/04 | 17,017.80 | Distinctive Nash Settlement 000003882343277 Distinctive Nashville 040418 |
| 04/05 | 10,295.00 | Distinctive Nash Settlement 000003891105457 Distinctive Nashville 040518 |
| 04/06 | 785.00 | APPFOLIO INC 8666481536 752224641654 040618 |
| 04/06 | 11,850.00 | Distinctive Nash Settlement 000003899025693 Distinctive Nashville 040618 |
| 04/09 | 900.00 | APPFOLIO INC APPFOLIO 728224662169 040918 |
| 04/09 | 1,350.00 | DEPOSIT |
| 04/09 | 7,492.88 | Distinctive Nash Settlement 000003906584073 Distinctive Nashville 040918 |
| 04/10 | 650.00 | APPFOLIO INC 8666481536 684232745962 041018 |
| 04/11 | 1,338.00 | Distinctive Nash Settlement 000003921732557 Distinctive Nashville 041118 |
| 04/11 | 2,970.00 | APPFOLIO INC 8666481536 706233121404 041118 |
| 04/12 | 1,167.00 | APPFOLIO INC 8666481536 910055956314 041218 |
| 04/12 | 2,000.00 | Distinctive Nash Settlement 000003930491361 Distinctive Nashville 041218 |
| 04/13 | 70.00 | APPFOLIO INC 8666481536 910058448918 041318 |
| 04/13 | 310.20 | Distinctive Nash Settlement 000003932033153 Distinctive Nashville 041318 |
| 04/16 | 100.00 | Distinctive Nash Settlement 000003935786145 Distinctive Nashville 041618 |
| 04/17 | 35.00 | APPFOLIO INC 8666481536 910073215979 041718 |
| 04/17 | 195.00 | Distinctive Nash Settlement 000003940142737 Distinctive Nashville 041718 |
| 04/20 | 48.33 | Distinctive Nash Settlement 000003957650629 Distinctive Nashville 042018 |
| 04/23 | 1,077.64 | Distinctive Nash Settlement 000003960210765 Distinctive Nashville 042318 |
| 04/24 | 35.00 | APPFOLIO INC 8666481536 910094738395 042418 |
| 04/24 | 150.00 | DEPOSIT |
| 04/24 | 2,875.00 | Distinctive Nash Settlement 000003964689133 Distinctive Nashville 042418 |
| 04/25 | 35.00 | APPFOLIO INC 8666481536 910098590127 042518 |
| 04/25 | 2,235.00 | Distinctive Nash Settlement 000003972644277 Distinctive Nashville 042518 |
| 04/26 | 2,268.60 | APPFOLIO INC 8666481536 810219038892 042618 |
| 04/27 | 191.29 | NES POWER UTILITY 5345520 042718 |
| 04/27 | 475.00 | APPFOLIO INC 8666481536 755247509705 042718 |
| 04/27 | 2,130.00 | Distinctive Nash Settlement 000003980327189 Distinctive Nashville 042718 |
| 04/30 | 35.00 | APPFOLIO INC 8666481536 810238131127 043018 |
| 04/30 | 600.00 | Linda S Simmons DEBITS 2722097870 043018 OFFSET TRANSACTION |
| 04/30 | 600.00 | Linda S Simmons DEBITS 2722097870 043018 OFFSET TRANSACTION |
| 04/30 | 650.00 | Linda S Simmons DEBITS 2722097870 043018 OFFSET TRANSACTION |
| 04/30 | 900.00 | DEPOSIT |
| 04/30 | 6,059.39 | Distinctive Nash Settlement 000003984255653 Distinctive Nashville 043018 |



FIFTH THIRD BANK
(TENNESSEE)
P.O. BOX 639900 CINCINNATI OH 45263-0900

Statement Period Date: 5/1/2018 - 5/31/2018
Account Type: BUS ADVANTAGE CHKING
Account Number: 7361326494

LINDA S SIMMONS
DISTINCTIVE NASHVILLE RENTALS.
OR RON RUNYEON
PO BOX 90617
NASHVILLE TN 37209-0617

Banking Center: Metrocenter
Banking Center Phone: 615-248-0729
Business Banking Support: 877-534-2264

0

479

## Withdrawals / Debits - continued

JUNE 2018

| Date | Amount | Description |
|---|---|---|
| 05/15 | 280.00 | 5/3 ONLINE PYMT TO METRO WATE- ACCT XXXXXX6802 |
| 05/16 | 39.00 | Distinctive Nash Return 00000407986674) Distinctive Nashville 051618 |
| 05/16 | 44.62 | INFINITE ENERGY 8773425434 633255825269 051618 |
| 05/16 | 353.65 | WEB INITIATED PAYMENT AT REPUBLICSERVICES RSIBILLPAY 308400022503 051618 |
| 05/16 | 14,735.95 | Linda S Simmons CREDITS 2722097870 051618 OFFSET TRANSACTION |
| 05/17 | 27.31 | RECURRING PURCHASE AT INTUIT *QB ONLINE, 800-286-6800, CA ON 051618 FROM CARD#: XXXXXXXXXXXX1861 |
| 05/18 | 104.86 | WEB INITIATED PAYMENT AT WASTE CONNECTION WEB_PAY 3017888505011B 051618 |
| 05/18 | 256.84 | WEB INITIATED PAYMENT AT WASTE CONNECTION WEB_PAY 3017885705011B 051618 |
| 05/21 | 45.42 | DEBIT CARD PURCHASE AT BETTER BUSINESS BU, 615-2501087, TN ON 052018 FROM CARD#: XXXXXXXXXXXX1861 |
| 05/21 | 363.34 | COMCAST CORPORAT CABLE SVC 6434896 052118 |
| 05/21 | 649.00 | Distinctive Nash Return 00000409348280] Distinctive Nashville 052118 |
| 05/21 | 5,457.08 | HERITAGE BANK DDA PYMT 052118 |
| 05/22 | 941.10 | WEB INITIATED PAYMENT AT REPUBLICSERVICES RSIBILLPAY 308400017082 052218 |
| 05/23 | 538.63 | METRO WATER UT BILL 0017917301 RONALD RUNYEON 052318 |
| 05/24 | 19.99 | DEBIT CARD PURCHASE AT HORTON GROUP, 615-292-8642, TN ON 052318 FROM CARD#: XXXXXXXXXXXX1861 |
| 05/24 | 86.60 | DEBIT CARD PURCHASE AT LOWES #01675*, 615-441-5460, TN ON 052318 FROM CARD#: XXXXXXXXXXXX1861 |
| 05/25 | 45.86 | Greater Dickson Bank Draft 021575 052518 |
| 05/29 | 1.50 | METRO WATER UT BILL 0019648302 052918 |
| 05/29 | 52.09 | METRO WATER UT BILL 0021337302 052918 |
| 05/29 | 56.59 | METRO WATER UT BILL 0021330301 052918 |
| 05/29 | 64.36 | METRO WATER UT BILL 0021500302 052918 |
| 05/29 | 73.48 | METRO WATER UT BILL 0016363300 DUNHAM STATION CONDOS 052918 |
| 05/29 | 87.64 | METRO WATER UT BILL 0021487304 052918 |
| 05/29 | 130.72 | METRO WATER UT BILL 0021332300 RONALD RUNYEON 052918 |
| 05/29 | 227.00 | TRAVELERS INSUR INSURANCE 600675956 052918 |
| 05/29 | 343.00 | COMCAST CORPORAT CABLE SVC 4286294 052918 |
| 05/29 | 1,268.60 | METRO WATER UT BILL 0060093300 DUNHAM STATION CONDOS 052918 |
| 05/29 | 18,493.87 | Linda S Simmons CREDITS 2722097870 052918 OFFSET TRANSACTION |
| 05/30 | 67.08 | PIEDMONT N. G. DRAFT 9001715543001 053018 |
| 05/30 | 107.54 | METRO WATER UT BILL 0022863300 LINDA SIMMONS 053018 |
| 05/31 | 14.56 | ATT Payment 830207011EPAYF 053118 |
| 05/31 | 50.12 | PIEDMONT N. G. DRAFT 5002584939003 053118 |
| 05/31 | 252.77 | PIEDMONT N. G. DRAFT 9001356905029 053118 |
| 05/31 | 366.54 | VERIZON WIRELESS PAYMENTS 020789165400001 053118 |
| 05/31 | 1,940.95 | 5/3 ONLINE PYMT TO NATIONSTAR- ACCT XXXXXXXXXX4508 |

## Deposits / Credits

37 Items totalling $152,735.70

| Date | Amount | Description |
|---|---|---|
| 05/01 | 805.20 | APPFOLIO INC 8666481536 810268816352 050118 |
| 05/01 | 1,035.00 | APPFOLIO INC 8666481536 810268376989 050118 |
| 05/01 | 27,141.14 | Distinctive Nash Settlement 000003869417953 Distinctive Nashville 050118. |
| 05/02 | 450.00 | APPFOLIO INC 8666481536 692250907372 050218 |
| 05/02 | 34,178.47 | Distinctive Nash Settlement 000004001500353 Distinctive Nashville 050218 |
| 05/03 | 450.00 | APPFOLIO INC 8666481536 910126580686 050318 |

Page 3 of 4

Exhibit "D"

## Map And Parcel/Account (2017) #09116002500

### Property Tax Details for Map And Parcel/Account (2017) #09116002500

| General Information | | Appraisal Information | | Tax Information | |
|---|---|---|---|---|---|
| Bill # | 111339 | Appraisal Year: | 2017 | Appraised Property Value: | 467,300.00 |
| Property: | 4508 PARK AVE | Land Value: | 275,000.00 | Taxable Property: | x 40% |
| | | Improvement Value: | 192,300.00 | Assessed Taxable Value: | 186,920.00 |
| Owner: | RUNYEON, RONALD D. & SIMMONS, LINDA SUE | Personal Property Value: | 0.00 | | |
| | | Total Property Value: | 467,300.00 | 2017 Tax Rate: | 3.15900 (%) |
| Mailing Address: | 1116 DOG CREEK RD KINGSTON SPRINGS, TN 37082 | | | 2017 Tax Levy: | 5,897.32 |
| | | | | Interest: | 0.00 (+) |
| Control Map: | | | | Existing Payments: | 5,897.32 (-) |
| Group: | 16 | | | State Relief Given: | 0.00 (-) |
| Parcel: | 25.00 | | | County Relief Given: | 0.00 (-) |
| P/I: | R | | | Balance Due By June 30th, 2018: | 0.00 |
| S/I: | 0 | | | Balance if paid next month: | 0.00 |
| City Code: | 518 NASHVILLE | | | | |

◇ Return to Property Lookup

### Parcel History

| | Year | Map&Parcel/Account # | Rcpt # | Balance Due | Confirm # |
|---|---|---|---|---|---|
| 1 | 2017 | 09116002500 | 3535705 | 0.00 | |
| 2 | 2016 | 09116002500 | 3246181 | 0.00 | |
| 3 | 2015 | 09116002500 | 2707121 | 0.00 | |
| 4 | 2014 | 09116002500 | 160548 | 0.00 | |
| 5 | 2013 | 09116002500 | 363868 | 0.00 | |
| 6 | 2012 | 09116002500 | 642554 | 0.00 | |
| 7 | 2011 | 09116002500 | 904263 | 0.00 | |
| 8 | 2010 | 09116002500 | 1171284 | 0.00 | |
| 9 | 2009 | 09116002500 | 1475104 | 0.00 | |
| 10 | 2008 | 09116002500 | 1835125 | 0.00 | |
| 11 | 2007 | 09116002500 | 1986874 | 0.00 | |
| | | | | 0 | |

This property tax bill has already been paid.

2011 Property Tax was 5,793.58 -
2010 Property Taxes
Were 6537.04 -

### Payment History - 2017 Tax Year

| | Date | Status | Paid By | Amount |
|---|---|---|---|---|
| 1 | 12/18/2017 | COMPLETED | NATIONSTAR MORTGAGE LLC | 5,897.32 |
| | | | | 5,897.32 |

### Payment History - 2016 Tax Year

| | Date | Status | Paid By | Amount |
|---|---|---|---|---|
| 1 | 12/16/2016 | COMPLETED | NATIONSTAR MORTGAGE LLC | 5,887.06 |
| | | | | 5,887.06 |

### Payment History - 2015 Tax Year

| | Date | Status | Paid By | Amount |
|---|---|---|---|---|
| 1 | 12/26/2015 | COMPLETED | NATIONSTAR MORTGAGE LLC | 5,887.06 |
| | | | | 5,887.06 |

### Payment History - 2014 Tax Year

| | Date | Status | Paid By | Amount |
|---|---|---|---|---|
| 1 | 12/12/2014 | COMPLETED | 010578 - NATIONSTAR MORTGAGE LLC | 5,887.06 |
| | | | | 5,887.06 |

### Payment History - 2013 Tax Year

| | Date | Status | Paid By | Amount |
|---|---|---|---|---|
| 1 | 12/16/2013 | COMPLETED | 010578 - HOMESELECT SETTLEMENT SOLUTIONS | 5,887.06 |
| | | | | 5,887.06 |

### Payment History - 2012 Tax Year

| | Date | Status | Paid By | Amount |
|---|---|---|---|---|
| 1 | 12/19/2012 | COMPLETED | 010300 - OCWEN LOAN SERVICING,LLC | 6,537.04 |
| | | | | 6,537.04 |

### Payment History - 2011 Tax Year

| | Date | Status | Paid By | Amount |
|---|---|---|---|---|
| 1 | 12/17/2011 | COMPLETED | 010300 - OCWEN LOAN SERVICING,LLC | 5,793.58 |
| | | | | 5,793.58 |

### Payment History - 2010 Tax Year

| | Date | Status | Paid By | Amount |
|---|---|---|---|---|
| 1 | 01/21/2011 | COMPLETED | OCWEN LOAN | 5,793.58 |
| | | | | 5,793.58 |

### Payment History - 2009 Tax Year

| | Date | Status | Paid By | Amount |
|---|---|---|---|---|
| 1 | 12/15/2009 | COMPLETED | 015114 - CENLAR FED SAVINGS BANK | 5,793.58 |
| | | | | 5,793.58 |

### Payment History - 2008 Tax Year

| | Date | Status | Paid By | Amount |
|---|---|---|---|---|
| 1 | 12/09/2008 | COMPLETED | 73600 - TAYLOR, DEAN & WHITAKER | 5,472.28 |
| | | | | 5,472.28 |

### Parcel History

| | Year | Map&Parcel/Account # | Rcpt # | Balance Due | Confirm. # |
|---|---|---|---|---|---|
| 1 | 2017 | 09116002500 | 3535705 | 0.00 | |
| 2 | 2016 | 09116002500 | 3246181 | 0.00 | |
| 3 | 2015 | 09116002500 | 2707121 | 0.00 | |
| 4 | 2014 | 09116002500 | 160548 | 0.00 | |
| 5 | 2013 | 09116002500 | 363868 | 0.00 | |
| 6 | 2012 | 09116002500 | 642554 | 0.00 | |
| 7 | 2011 | 09116002500 | 904263 | 0.00 | |
| 8 | 2010 | 09116002500 | 1171284 | 0.00 | |
| 9 | 2009 | 09116002500 | 1475104 | 0.00 | |
| 10 | 2008 | 09116002500 | 1835125 | 0.00 | |
| 11 | 2007 | 09116002500 | 1986074 | 0.00 | |
| | | | | 0 | |

If you would like to print a copy of your receipt, bill or all available parcel history, please click the appropriate button below:

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 310-12006 |
| | ) | Judge Paine |
| RONALD D. RUNYEON and | ) | Chapter 11 |
| LINDA SUE SIMMONS, | ) | |
| | ) | |
| Debtors. | ) | |

## MOTION FOR FINAL DECREE AND FINAL ACCOUNTING

Ronald D. Runyeon and Linda Sue Simmons (the "Debtors") submit this final accounting and motion for final decree pursuant to Fed. R. Bankr. P. 3022 and Local Bankruptcy Rule 3022-1:

1. On November 4, 2010, the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtors' Second Amended Plan of Reorganization Dated October 31, 2011, was confirmed by entry of an order on November 2, 2011 (the "Plan") (Docket No. 290).

3. The Effective Date of the Plan is March 15, 2012. Payments to the Class 16 Claimant began November 16, 2011. The Class 16 Allowed Secured Claim is $1,603,574.23 and the monthly payment pursuant to the Plan is $11,748.22. The Plan has been substantially consummated.

4. All professional fee applications have been filed with the Court and served on the appropriate parties, as provided in Local Bankruptcy Rule 2016-1.

## PAYMENTS TO CREDITORS

5. Class 1 consisted of Administrative Claims, of which there were none to be paid.

6. Class 2 consisted of the Allowed Claims of governmental units entitled to priority. Payments to the Cheatham County Trustee, Dickson County Trustee, Humphreys County Trustee and Metropolitan Trustee shall begin on April 1, 2012 and shall continue on a monthly basis for 60 months.

7. Class 3 consisted of the Allowed Secured Claim of Aurora Loan Services. Payments to Aurora Loan Services shall begin on April 1, 2012 and shall continue on a monthly basis for 300 months.

8. Class 4 consisted of the Allowed Secured Claim of BAC Home Loans. Payments to BAC Home Loans shall begin on April 1, 2012 and shall continue on a monthly basis for 360 months.

9. Class 5 consisted of the Allowed Secured Claim of Bank of America. Payments to Bank of America shall begin on March 15, 2012 and shall continue on a monthly basis for 360 months.

10. Class 6 consisted of the Allowed Secured Claim of Ocwen Loan Servicing, LLC. Payments to Ocwen Loan Servicing, LLC shall begin on April 1, 2012 and shall continue on a monthly basis for 360 months.

11. Class 7 consisted of the Allowed Secured Claim of Chase Home Finance. Payments to Chase Home Finance shall begin on April 1, 2012 and shall continue on a monthly basis for 360 months.

12. Class 8 consisted of the Allowed Secured Claim of Fidelity Bank. Payments to Fidelity Bank shall begin on April 1, 2012 and shall continue on a monthly basis for 360 months.

13. Class 9 consisted of the Allowed Secured Claim of GreenBank. GreenBank was granted relief from the automatic stay to proceed with the enforcement of its security interest in

2

Case 3:10-bk-12006    Doc 375    Filed 11/12/18    Entered 11/12/18 15:06:19    Desc Main
Case 3:10-bk-12006    Doc 293    Filed 12/13/11    Entered 12/12/11 12:44:49    Desc Main
Document    Page 2 of 5

the Class 9 Collateral. Any deficiency balance shall be treated as a Class 18 General Unsecured Claim.

14.     Class 10 consisted of the Allowed Secured Claim of Heritage Bank. Payments to Heritage Bank shall begin on March 15, 2012 and shall continue on a monthly basis for 24 months. Additional terms of the agreement between the Debtors and Heritage Bank are detailed in the Plan.

15.     Class 11 consisted of the Allowed Secured Claim of Northpointe Bank. Payments to Northpointe Bank shall begin on April 1, 2012 and shall continue on a monthly basis for 12 months. Additional terms of the agreement between the Debtors and Northpointe Bank are detailed in the Plan.

16.     Class 12 consisted of the Allowed Secured Claim of OneWest Bank. Payments to OneWest Bank shall begin on April 1, 2012 and shall continue on a monthly basis for 360 months.

17.     Class 13 consisted of the Allowed Secured Claim of Regions Bank. No payments shall be made to Regions Bank pursuant to the Plan.

18.     Class 14 consisted of the Allowed Secured Claim of Regions Mortgage. Payments to Regions Mortgage shall begin on April 1, 2012 and shall continue on a monthly basis for 360 months.

19.     Class 15 consisted of the Allowed Secured Claim of RoundPoint Mortgage. No payments shall be made RoundPoint Mortgage pursuant to the Plan.

20.     Class 16 consisted of the Allowed Secured Claim of Southeast Financial Credit Union. Payments to Southeast Financial Credit Union began on November 16, 2011 and shall

continue on a monthly basis for 360 months. Additional terms of the agreement between the Debtors and Southeast Financial Credit Union are detailed in the Plan.

21. Class 15 consisted of the Allowed Secured Claim of SunTrust Bank. No payments shall be made to SunTrust Bank pursuant to the Plan.

22. Class 12 consisted of the Allowed General Unsecured Claims. Payments to the Allowed General Unsecured Claimants shall begin on April 1, 2012 and shall continue on a monthly basis for 60 months.

**WHEREFORE**, the Debtors pray that this Final Accounting be approved and that a Final Decree be issued pursuant to 11 U.S.C. §350(a), Fed. R. Bankr. P. 3022 and Local Bankruptcy Rule 3022-1, and for such other and further relief as the Court deems appropriate and just.

DATED December 12, 2011.

Respectfully submitted,

/s/ Elliott W. Jones
Elliott W. Jones (#003687)
Warner Jones (#028021)
Emerge Law PLC
1600 Division Street, Suite 675
Nashville, TN 37203
(615) 916-5264
Fax: (615) 916-5261
elliott@emergelaw.net
warner@emergelaw.net

ATTORNEYS FOR DEBTORS

4

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing has been served on the parties consenting the electronic service in this case and via U.S. Mail, postage prepaid, to the parties on the attached service list, on the 12th day of December, 2011

/s/ Elliott W. Jones
Elliott W. Jones

5

*mr.*
# cooper™
CHANGING THE FACE OF HOME LOANS

P.O. Box 619098
Dallas, TX 75261-9741

**OUR INFO**
**ONLINE**
www.mrcooper.com

Amy L. Woods
513 3rd Avenue South
Nashville, TN 37210

July 9, 2018

**LOAN NUMBER:** 0608113569
**MORTGAGOR NAME:**
Ronald D. Runyeon
**PROPERTY ADDRESS:** 4508 Park Avenue,
Nashville, TN 37209
**COOPER REFERENCE NUMBER:**
LB-07-18-43038

Dear Amy L. Woods:

We received your correspondence on July 9, 2018, regarding the above-referenced loan. We thank you for bringing this matter to our attention. We take all matters seriously and are in the process of reviewing your concerns.

A response will be provided no later than August 17, 2018.

If you have any questions, please contact us via one of the following methods.

Mr. Cooper
Customer Relations
PO Box 619098
Dallas, TX 75261-9741
phone: 877-783-7480
facsimile: 972-315-8637
email: customerrelationsofficer@mrcooper.com

Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper
Customer Relations

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.





**mr. cooper™**

CHANGING THE FACE OF HOME LOANS

**Hawaii Residents:** If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.

**New York Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC d/b/a Mr. Cooper is also licensed by the North Carolina Department of Insurance, Permit Numbers 105369, 112715, 105368, 111828, 112954, and 113359. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

Exhibit "E"

# INFORMATIONAL STATEMENT

## mr. cooper
CHANGING THE FACE OF HOME LOANS
8950 Cypress Waters Blvd.
Coppell, TX 75019



**CONTACT INFORMATION**

Customer Service 877-343-5602
Monday – Friday: 8 a.m. – 5 p.m. CT
www.mrcooper.com
Your Dedicated Loan Specialist is Charlotte Kelly and can be reached at (866)-316-2492 or via mail at:
8950 Cypress Waters Blvd, Coppell, TX 75019

| | |
|---|---|
| Statement Date: | 07/18/2018 |
| Loan Number: | 608113569 |
| Payment Due Date: | 08/01/2018 |
| **Total Payment Amount:** | **$10,278.10** |

Property Address:
4508 PARK AVE
NASHVILLE, TN 37209

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only, it is not an attempt to collect a debt against you.
If you wish to stop receiving these statements, please contact us in writing at the address on the following page.

823995.2-NNNN-30101548.1279
RONALD D RUNYEON
PO BOX 90617
NASHVILLE, TN 37209

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $225,198.63 |
| Interest Rate | 5.000% |
| Escrow Balance | $2,595.32 |

The Principal Balance does not represent the payoff amount of the account and is not to be used for payoff purposes.

## Explanation of Total Payable Amount

| | |
|---|---|
| Principal | $429.67 |
| Interest | $938.33 |
| Escrow Amount (for Taxes and Insurance) | $687.62 |
| **Regular Monthly Payment** | **$2,055.62** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $8,222.48 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$10,278.10** |

## Past Payments Breakdown

| | Payments Rec'd Since 06/20/2018 | Paid Year to Date |
|---|---|---|
| Principal | $427.89 | $2,121.77 |
| Interest | $940.11 | $4,718.23 |
| Escrow (Taxes & Insurance) | $687.62 | $5,024.18 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,055.62** | **$11,864.18** |

## Transaction Activity (06/20/2018 to 07/18/2018)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 06/30/2018 | Payment | $2,055.62 | $427.89 | $940.11 | $687.62 | |
| 06/30/2018 | Adjustment-Misc Suspense | -$2,055.62 | | | | -$2,055.62 |
| 06/30/2018 | Partial Payment | $2,452.14 | | | | $2,452.14 |
| 06/30/2018 | Adjustment-Misc Suspense | -$2,452.14 | | | | -$2,452.14 |

## Important Messages                                     (See Reverse side for Additional Critical Notices)

If you no longer wish to receive a monthly statement, please send a written request to the following address:
PO Box 612287 Dallas, TX 75261

If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.

Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

DETACH HERE AND RETURN WITH YOUR PAYMENT, PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

## mr. cooper
CHANGING THE FACE OF HOME LOANS
www.mrcooper.com

### VOLUNTARY PAYMENT COUPON

| ACCOUNT NUMBER | TOTAL PAYABLE AMOUNT | |
|---|---|---|
| 608113569 | 08/01/2018 | $10,278.10 |

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED, ENTER CHANGES ON BACK OF COUPON

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER

RONALD D RUNYEON

MR. COOPER
PO BOX 619094
DALLAS, TX 75261-9741

| | |
|---|---|
| ADDITIONAL ESCROW | $ |
| **ADDITIONAL PRINCIPAL | $ |
| TOTAL AMOUNT OF YOUR CHECK | |
| DO NOT SEND CASH | |

**All amounts must be paid in full before additional principal can be made.

06081135690 001027810  001027810

 **mr.**
# cooper
CHANGING THE FACE OF HOME LOANS
8950 Cypress Waters Blvd.
Coppell, TX 75019

## INFORMATIONAL STATEMENT

### CONTACT INFORMATION
Customer Service: 877-343-5602
Monday – Friday: 8 a.m. – 5 p.m. CT

**www.mrcooper.com**

Your Dedicated Loan Specialist is Charlotte Kelly and can be
reached at (866)-316-2432 or via mail at:
8950 Cypress Waters Blvd., Coppell, TX 75019

| | |
|---|---|
| Statement Date: | 07/18/2018 |
| Loan Number: | 608113569 |
| Payment Due Date: | 08/01/2018 |
| **Total Payment Amount:** | **$10,278.10** |

Property Address:
4508 PARK AVE
NASHVILLE, TN 37209

RONALD D RUNYEON
PO BOX 90617
NASHVILLE, TN 37209



829985.2-NNNN-816S3569-1278.2

### Transaction Activity (06/20/2018 to 07/18/2018) continued from Page 1

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 06/19/2018 | Partial Payment | $1,940.95 | | | | $1,940.95 |

**mr. cooper**
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

**OUR INFO**
ONLINE
www.mrcooper.com

RONALD D RUNYEON
PO BOX 90617
NASHVILLE, TN 37209

07/18/2018

**LOAN INFO**
LOAN NUMBER: 608113569
PROPERTY ADDRESS:
4508 PARK AVE
NASHVILLE, TN 37209

Dear Ronald Runyeon:

At Mr. Cooper, we're committed to helping homeowners find solutions in times of difficulties.

Our records indicate that you are a debtor in bankruptcy and we are sending you this letter for informational and compliance purposes only. It is not an attempt to collect a debt against you.

*Recent Account History:*

Payment due 02/01/2018: Fully paid on 06/01/2018

Payment due 03/01/2018: Fully paid on 06/30/2018

Payment due 04/01/2018: Unpaid balance of $2,055.62

Payment due 05/01/2018: Unpaid balance of $2,055.62

Payment due 06/01/2018: Unpaid balance of $2,055.62

Payment due 07/01/2018: Unpaid balance of $2,055.62

Current payment due 08/01/2018: $2,055.62
As of 07/18/2018, the total payable amount is $10,278.10 to bring the loan current.

If you wish to voluntarily pay the amount due, please call us to request the full amount due, as the amount stated above may not include recent interest or other charges and credits.

The loan recently transferred to Mr. Cooper. If the payment history above is less than 6 months, please review the prior monthly statements or contact your prior servicer for information regarding the 6-month payment history.

We are here to help. You do have options in addition to the options available in the current bankruptcy proceeding. *Here are some of the solutions that might be available, depending on your situation:
· Modifying the terms of the current loan.
· If you simply can't pay the mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off the current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. To locate a HUD-approved housing counselor who can help you explore possible solutions:

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287

Mr. Cooper is a proud member of the HOPE NOW Alliance. For information about resources that might be able to help you find a solution to your hardship:

- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

If you have any questions, please contact our Customer Service Department at 877-343-5602 or via mail at the address listed above. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

The Loss Mitigation Department at Mr. Cooper

---

*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.





Exhibit "F"

513 3rd Avenue South | Nashville, TN 37210 | (615) 988-9911 O | (615) 988-9922 F | SoBroLaw.com

August 13, 2018

*Via U.S. Mail, Facsimile, and Electronic Mail*
Mr. Cooper
Attn: Customer Relations
P.O. Box 619098
Dallas, Texas 75261
Facsimile: (972)315-8637
E-Mail: customerrelationsofficer@mrcooper.com

> Re:  *Ronald D. Runyeon and Linda Sue Simmons*
> *Bankruptcy Case Number 3:10-BK-12006*
> *Property Address: 4508 Park Avenue*
> *Account Number: 608113569*

To Whom It May Concern:

Our firm represents Ronald D. Runyeon and Linda Sue Simmons (collectively the "Client") concerning the property located at 4508 Park Avenue (the "Property") and U.S. Bankruptcy case 3:10-BK-12006. On June 29, 2018, we sent a letter to you expressing our concerns regarding the status of this account (enclosed herein as Exhibit "A"). We received a response on July 26, 2018, dated July 9, 2018, which guaranteed a response and / or resolution to the issue on or before August 17, 2018 (enclosed herein as Exhibit "B"). We have received no further communication from Mr. Cooper regarding this matter.

Our Client has made all payments in a timely manner, in accordance with the Confirmation Order since April of 2012, and Mr. Cooper has accepted all payments tendered. However, our Client's most recent statement dated July 18, 2018, shows the same issues mentioned in our original letter (enclosed herein as Exhibit "C"). In fact, as of the date of this letter, none of the issues mentioned in the original letter have been addressed or corrected on the updated statement. Our Client would like to resolve this issue without further litigation.

Please accept this letter as formal demand for a full accounting of our Client's account **within ten (10) days** from the date of this letter.

Please do not hesitate to contact me with any questions or concerns.

Sincerely,

Amy L. Wood, Esq.

Exhibit "G"



**mr. cooper**

CHANGING THE FACE OF HOME LOANS

P.O. Box 619098
Dallas, TX 75261-9741

**OUR INFO**
**ONLINE**
www.mrcooper.com

Amy L. Wood
Sobro Law Group
513 3rd Avenue South
Nashville, TN 37210

August 20, 2018

**LOAN NUMBER:** 0608113569
**MORTGAGOR NAME:**
Ronald D. Runyeon
**PROPERTY ADDRESS:**
4508 Park Avenue
Nashville, TN 37209
**COOPER REFERENCE NUMBER:**
LB-08-18-01606

Dear Amy L. Wood:

We received your correspondence on August 20, 2018, regarding the above-referenced loan. We thank you for bringing this matter to our attention. We take all matters seriously and are in the process of reviewing your concerns.

A response will be provided no later than October 01, 2018.

If you have any questions, please contact us via one of the following methods.

Mr. Cooper
Customer Relations
PO Box 619098
Dallas, TX 75261-9741
phone: 877-783-7480
facsimile: 972-315-8637
email: customerrelationsofficer@mrcooper.com

Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper
Customer Relations

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

## mr. cooper
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

**INFORMATIONAL STATEMENT**

### CONTACT INFORMATION
Customer Service: 877-343-5602
Monday – Friday: 8 a.m. – 5 p.m. CT
www.mrcooper.com
Your Dedicated Loan Specialist is Charlotte Kelly and can be
reached at (866)-316-2432 or via mail at:
8950 Cypress Waters Blvd., Coppell, TX 75019

| | |
|---|---|
| Statement Date: | 08/20/2018 |
| Loan Number: | 608113569 |
| Payment Due Date: | 09/01/2018 |
| **Total Payment Amount:** | **$10,278.10** |

Property Address:
4508 PARK AVE
NASHVILLE, TN 37209

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.
If you want to stop receiving these statements, please contact us in writing at the address on the following table.

839997.2-NNNN-30112282.2530

RONALD D RUNYEON
PO BOX 90617
NASHVILLE, TN 37209



### Account Information
| | |
|---|---|
| Interest Bearing Principal Balance | $224,768.96 |
| Interest Rate | 5.000% |
| Escrow Balance | $3,282.94 |

The Principal Balance does not represent the payoff amount of this account and is not to be used for payoff purposes.

### Explanation of Total Payable Amount
| | |
|---|---|
| Principal | $431.46 |
| Interest | $936.54 |
| Escrow Amount (for Taxes and Insurance) | $687.62 |
| **Regular Monthly Payment** | **$2,055.62** |
| Total Fees and Charges | $0.00 |
| Past Unpaid amount | $8,222.48 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Payment Amount** | **$10,278.10** |

### Past Payments Breakdown
| | Payments Rec'd Since 07/21/2018 | Paid Year to Date |
|---|---|---|
| Principal | $429.67 | $2,551.44 |
| Interest | $938.33 | $5,656.56 |
| Escrow (Taxes & Insurance) | $687.62 | $5,711.80 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,055.62** | **$13,919.80** |

### Transaction Activity (07/21/2018 to 08/20/2018)
| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 08/01/2018 | Payment | $2,055.62 | $429.67 | $938.33 | $687.62 | |
| 08/01/2018 | Adjustment-Misc Suspense | -$2,055.62 | | | | -$2,055.62 |
| 08/01/2018 | Partial Payment | $2,055.62 | | | | $2,055.62 |
| 08/01/2018 | Adjustment-Misc Suspense | -$2,055.62 | | | | -$2,055.62 |

### Important Messages                    (See Reverse side for Additional Critical Notices)

If you no longer wish to receive a monthly statement, please send a written request to the following address:

PO Box 613287 Dallas, TX 75261

If you later choose to resume delivery of a monthly statement, you must do so in writing to the same address. Please be aware that we cannot resume delivery of monthly statements if such delivery was halted by an order of the Bankruptcy Court.

Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

Transaction Activity (07/21/2018 to 08/20/2018) continued from Page 1

| Date | Description | Total | Principal | Interest | Escrow | Other |
|------|-------------|-------|-----------|----------|--------|-------|
| 07/31/2018 | Partial Payment | $1,940.95 | | | | $1,940.95 |

839997.2-NNNN-85161285-2530.2

**mr. cooper**
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

**OUR INFO**
**ONLINE**
www.mrcooper.com

08/20/2018

RONALD D RUNYEON
PO BOX 90617
NASHVILLE, TN 37209

**LOAN INFO**
**LOAN NUMBER:** 608113569
**PROPERTY ADDRESS:**
4508 PARK AVE
NASHVILLE, TN 37209

Dear Ronald Runyeon:

At Mr. Cooper, we're committed to helping homeowners find solutions in times of difficulties.

Our records indicate that you are a debtor in bankruptcy and we are sending you this letter for informational and compliance purposes only. It is not an attempt to collect a debt against you.

*Recent Account History:*

Payment due 03/01/2018: Fully paid on 06/30/2018

Payment due 04/01/2018: Fully paid on 08/01/2018

Payment due 05/01/2018: Unpaid balance of $2,055.62

Payment due 06/01/2018: Unpaid balance of $2,055.62

Payment due 07/01/2018: Unpaid balance of $2,055.62

Payment due 08/01/2018: Unpaid balance of $2,055.62

**Current payment due 09/01/2018: $2,055.62**
**As of 08/20/2018, the total payable amount is $10,278.10 to bring the loan current.**

If you wish to voluntarily pay the amount due, please call us to request the full amount due, as the amount stated above may not include recent interest or other charges and credits.

The loan recently transferred to Mr. Cooper. If the payment history above is less than 6 months, please review the prior monthly statements or contact your prior servicer for information regarding the 6-month payment history.

We are here to help. You do have options in addition to the options available in the current bankruptcy proceeding. *Here are some of the solutions that might be available, depending on your situation:
• Modifying the terms of the current loan.
• If you simply can't pay the mortgage, an alternative to foreclosure may be selling your home and using the proceeds to pay off the current loan. A short payoff may be acceptable, or a deed in lieu of foreclosure may be an option.

Additional resources are also available. To locate a HUD-approved housing counselor who can help you explore possible solutions:

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287

Mr. Cooper is a proud member of the HOPE NOW Alliance. For information about resources that might be able to help you find a solution to your hardship:

- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

If you have any questions, please contact our Customer Service Department at 877-343-5602 or via mail at the address listed above. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

The Loss Mitigation Department at Mr. Cooper